UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK E. MCCAUGHEY III,<br>TRISTAN CHANDLER STEVENS,<br>DAVID LEE JUDD,<br>CHRISTOPHER JOSEPH QUAGLIN,<br>ROBERT MORSS,<br>GEOFFREY WILLIAM SILLS,<br>DAVID MEHAFFIE,<br>STEVEN CAPPUCCIO, and<br>FEDERICO GUILLERMO KLEIN<br>*Defendants.* | Case No.1:21-cr-40<br>Assign to: Judge Trevor N. McFadden<br>Date Assigned: 08/04/2021<br>Description: SUPERSEDING INDICTMENT (B)<br>Case Related to 21-cr-40 (TNM)<br><br>**FILED UNDER SEAL** |

### ORDER

Upon consideration of the Government's *Ex Parte* Motion for Limited Sealing of the Fourth Superseding Indictment and other related Pleadings, Warrants, Files, and Records, and to Delay Entry on the Public Docket of the Filings of the Motion to Seal and all Related Matters, with exceptions that permit the government to disclose the existence of the Fourth Superseding Indictment, as well as other records and files in this case as necessary to effectuate the arrest of Defendants STEVEN CAPPUCCIO, and DAVID MEHAFFIE, for the reasons set out therein and in consideration of *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is this _____ day of August, 2021, hereby,

**ORDERED** that the Fourth Superseding Indictment and other related pleadings, warrants, files, and records be sealed, and that entry on the public docket of the filings of the motion to seal and all related matters be delayed until the initial appearance of defendants STEVEN CAPPUCCIO, and DAVID MEHAFFIE before this Court.

It is further **ORDERED** that, notwithstanding the above, the government may disclose the existence of the Indictment, as well as other related records and files in this case as necessary to effectuate the arrest of Defendants STEVEN CAPPUCCIO, and DAVID MEHAFFIE.

It is further **ORDERED** that the Fourth Superseding Indictment and all other related pleadings, warrants, records, and files in this case be unsealed, and the case placed on the public docket, without further motion from the government upon the initial appearance of the defendants in this case.

It is further **ORDERED** that the government shall inform the Court as soon as practicable when sealing is no longer necessary or upon the initial appearance of defendants STEVEN CAPPUCCIO, and DAVID MEHAFFIE.

Robin M. Meriweather
2021.08.04
23:02:40 -04'00'

UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:   Melissa Jackson
      Fraud Section
      Assistant U.S. Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530