

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

September 14, 2021

VIA USAFX and Email

| | |
|---|---|
| Lindy Urso, Esq.<br>lindy@lindyursolaw.com<br>Counsel for Defendant McCaughey | Elizabeth Toplin<br>Elizabeth_Toplin@fd.org<br>Kathleen Gaughan<br>Kathleen_Gaughan@fd.org<br>Counsel for Defendant Morss |
| Lauren Cobb, Esq.<br>Lauren_Cobb@fd.org<br>Counsel for Defendant Stevens | Stanley Woodward<br>stanley@brandwoodwardlaw.com<br>Kristin McGough<br>kristin@kmcgoughlaw.com<br>Counsel for Defendant Klein |
| Elizabeth Mullin<br>Elizabeth_Mullin@fd.org<br>Counsel for Defendant Judd | |
| Joseph McBride<br>jmcbride@mcbridelawnyc.com<br>Counsel for Defendant Quaglin | Sabrina Shroff<br>Sabrina_Shroff@fd.org<br>Counsel for Defendant Mehaffie |
| John Kiyonaga<br>john@johnckiyonaga.com<br>Counsel for Defendant SILLS | Marina-Thais Douenat<br>Marina_Douenat@fd.org<br>Counsel for Defendant Cappuccio |

Re:   *United States v. Patrick McCaughey, Tristan Stevens, Christopher Quaglin, David Judd, Robert Morss, Geoffrey Sills, David Mehaffie, Steven Cappuccio, and Federico Klein,  21-CR-40 (TNM)  - Production 11*

Dear Counsel:

**Production 11:**

As part of our ongoing discovery production in this case, you will receive an invitation via USAFx to download reports from U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021. Officer names, witness names, and complainant names have been redacted. We are working to produce a set of reports that replaces the redactions with unique identifiers for individuals whose names have been redacted. When that process is complete, we will reproduce the documents with the unique identifiers. Additional exhibits from these investigations are forthcoming. At this time, we understand that a small number of investigations are still on-going, and we will provide reports of those investigations on a rolling basis as they are concluded.

An index to the materials provided is attached.

As with all files on USAfx, they automatically delete after 60 days, please download before then.

**Upcoming Discovery:**

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio, Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

By: /s/

MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

**Jocelyn Bond**
Assistant United States Attorney

**Kimberley Nielsen**
Assistant United States Attorney

Enclosure(s):
cc: