

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 6, 2021

VIA Email and USAfX

Lindy Urso, Esq.
lindy@lindyursolaw.com
Counsel for Defendant McCaughey

Lauren Cobb, Esq.
Lauren_Cobb@fd.org
Counsel for Defendant Stevens

Elizabeth Mullin
Elizabeth_Mullin@fd.org
Counsel for Defendant Judd

Joseph McBride
jmcbride@mcbridelawnyc.com
Counsel for Defendant Quaglin

John Kiyonaga
john@johnckiyonaga.com
Counsel for Defendant SILLS

Elizabeth Toplin
Elizabeth_Toplin@fd.org
Kathleen Gaughan
Kathleen_Gaughan@fd.org
Counsel for Defendant Morss

Stanley Woodward
stanley@brandwoodwardlaw.com
Kristin McGough
kristin@kmcgoughlaw.com
Counsel for Defendant Klein

Sabrina Shroff
Sabrina_Shroff@fd.org
Counsel for Defendant Mehaffie

Marina-Thais Douenat
Marina_Douenat@fd.org
Counsel for Defendant Cappuccio

Re:    *United States v. Patrick McCaughey, Tristan Stevens, Christopher Quaglin,*
*David Judd, Robert Morss, Geoffrey Sills, David Mehaffie, Steven Cappuccio, and Federico*
*Klein,  21-CR-40 (TNM)  - Copies of Productions 2- 10*

Dear Counsel:

We have uploaded copies of Productions 2- 10 (and the August Viewing letter) and all the related files to USAfx. (This includes files and the related letters for Discovery Letter 2- 4-8-21; Discovery Letter 3 – 4-13-21; Discovery Letter 4 and 5- June 9, 2021; Discovery Letter 6- June 14, 2021; Discovery Letter 7- June 14, 2021; Discovery Letter 8- 6-14-21; Discovery Letter 9- Aug 4, 2021; and Discovery Letter 10 – Aug. 9, 2021).

As with all files on USAfx, they auto-expire after 60 days.  Please download them before they auto-expire.

If you have any questions, please feel free to contact me.

By:

**MELISSA JACKSON**
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

**Jocelyn Bond**
Assistant United States Attorney

**Kimberley Nielsen**
Assistant United States Attorney

Enclosure(s):
cc:

2