| | |
|---|---|
| **From:** | LANELLE HAWA (LIA) |
| **To:** | @saa.senate.gov; @mail.house.gov; @mail.house.gov; @saa.senate.gov; @uscp.gov; @uscp.gov; @uscp.gov; @uscp.gov; @uscp.gov; @uscp.gov; @uscp.gov; @uscp.gov; @uscp.gov; |
| **Cc:** | |
| **Subject:** | HOS Notification - Visit of Vice President Michael Pence, Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214/ House and Senate Floors) on Wednesday, January 6, 2021 |
| **Date:** | Tuesday, January 5, 2021 2:50:21 PM |
| **Attachments:** | |

All,

Please see the attached HOS Notification for Vice President Michael Pence, Mrs. Pence and Charlotte Pence to the US Capitol on Wednesday, January 6, 2021.

Regards,
Lani


Lani Hawa
Special Agent/ Staff Assistant
United States Secret Service
Liaison Division - Capitol Hill



# HEAD OF STATE WORKSHEET
U.S. Secret Service – Liaison Division (U.S. Capitol)

Date(s) of Visit: **Wednesday (01/06/2021)**

Visitor Full Name: **Vice President Michael Pence, Mrs. Pence & Charlotte Pence**

███████████████████

USCP (Tail) Car Rendezvous Location:  **The Naval Observatory**

USCP (Tail) Car Rendezvous Time  ███████████████

Number of Motorcade Vehicles: ███████████████

USSS Liaison Supervisor: **Lani Hawa**   Cell: ██████

USSS VPD Lead Agent: **Elizabeth Glavey**   Cell: ██████

USSS Transportation SA (AM Shift)  **Earthy Donald**   Cell: ██████
USSS Transportation SA (PM Shift)  **Kevin Kirby**   Cell: ██████

USSS Command Post:  **Washington Field Office**   Tel: ██████

USSS Pin color:  ██████

████████  █
████████  █

USSS Push Vehicles: ████████████████
████████████████

## ITINERARY:

| ARRIVAL TIME | ARRIVAL LOCATION | GREETER | DESTINATION | FUNCTION | DEPARTURE | DEPART TIME |
|---|---|---|---|---|---|---|
| 12:30 PM | Via M/C to Senate Carriage [1] | SSAA | S-214 | Hold | Via foot en route House Chamber | 12:45 PM |
| 12:55 PM | House Chamber | N/A | House Floor | Electoral College Certification | Via foot en route S-214 | TBD |
| TBD | S-214 | N/A | S-214/ Senate Chamber | Hold/ Initiate Voting | Via foot en route House Chamber | TBD |
| TBD | House Chamber | N/A | House Floor | Continuation of Electoral College Certification | Via foot en route House Carriage | TBD |
| TBD | House Carriage | N/A | House Carriage | Motorcade Departure | Depart via M/C from House Carriage [2] | TBD |

████████████████████████████

_____

█████████████
█████████████

\*\*\* Please anticipate multiple movements by the Vice President between the House Chamber, S-214 and the Senate Chamber prior to departure.\*\*\*