IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  |
|   | ) **Criminal No. 1:21-CR-00040-TNM** |
| v. | ) ) |
| **FEDERICO GUILLERMO KLEIN,** | ) ) |
| **Defendant.** | ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Federico Klein's Motion for Transfer of Venue, it is, this ___ day of June, 2022, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**; and it is further

**ORDEERED** that a trial in this matter shall be held in the Eastern District of Virginia.

**SO ORDERED**

_____
The Honorable Trevor N. McFadden
United States District Court Judge