IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) Criminal No. 1:21-cr-00040-TNM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| v. | |
| **FREDERICO GUILLERMO KLEIN,** | |
| **Defendant.** | |

## MOTION TO JOIN AND ADOPT

Federico Guillermo Klein, by and through undersigned counsel, and pursuant to Rule 2 of the Federal Rules of Criminal Procedure, hereby respectfully requests this Court permit him to adopt and join the following Motions (as well as any replies in support thereof):

- The following specific sections of Steven Cappuccio's Motion *in Limine* (June 3, 2022) (ECF No. 304):
    - **Section 1:** Seeking to preclude the government from offering evidence or argument related to the public and political controversy surrounding the events of January 6, 2021, including, but not limited to, reference to an "insurrection," or an "attack" on the Capitol, describing those present on January 6, 2021, as "rioters," and describing the Lower West Terrace as the "Tunnel of Death," as well as comparable terms of an informal nature used to describe the event, locations, or participants involved in the events of January 6, 2021. (*Id.* at 4-5);
    - **Section 3:** Seeking to preclude the testimony of expert witnesses not otherwise identified by the government prior to June 3, 2021, pursuant to the Court's March 4, 2022, Minute Order. (*Id.* at 10);
    - **Section 4:** Seeking to exclude any purported expert testimony by government witnesses not formally designated as experts by limiting lay witness testimony to observations based on personal knowledge (*Id.* at 15);
    - **Section 7:** Seeking to exclude reference by the government to the terms, "victim," "robbery," "assault," and any similar terms the Court might identify, that are prejudicial, conclusory, and reach ultimate issues. (*Id.* at 18-19); and
    - **Section 8:** Seeking to exclude testimony and evidence suggesting possible conspiracies prior to the events of January 6, 2021, and to have witnesses and the government instructed to refrain from using the term "conspiracy" and similar terms in testimony and evidence submitted to the jury. (*Id.* at 20-21).
- The following specific sections of David Lee Judd's Motion to Exclude (June 3, 2022) (ECF No. 316):
    - **Section I:** Seeking, *inter alia*, a limiting instruction that the jury is not to consider evidence introduced as against any co-defendant when evaluating the charges as against another co-defendant.
- David Lee Judd's Motion for a Juror Questionnaire (June 3, 2022) (ECF No. 317);

- David MeHaffie's Motion *in Limine* (June 3, 2022) (ECF No. 328); and
- David Lee Judd's Motion for Attorney-Conducted Jury Voir Dire (June 3, 2022) (ECF No. 333);

The government has charged Mr. Klein with the same or substantially similar counts as those addressed in the foregoing motions and the alleged "concerted conduct," applicable law, and arguments applied thereto apply equally to Mr. Klein as to his co-defendants.

[SIGNATURE ON NEXT PAGE]

Dated: June 13, 2022                     Respectfully submitted,

                                                            */s/ Stanley E. Woodward, Jr.*
                                     Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road, Northwest
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Frederico Guillermo Klein*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) Criminal No. 1:21-CR-00040-TNM |
| | ) |
| **FEDERICO GUILLERMO KLEIN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**CERTIFICATE OF SERVICE**

On June 13, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties:

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road, Northwest
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Frederico Guillermo Klein*