## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) **Criminal No. 1:21-CR-00040-TNM** |
| **v.** | ) |
| | ) |
| **FEDERICO GUILLERMO KLEIN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### [PROPOSED] ORDER

Upon consideration of Defendant Federico Klein's Motion, it is, this ___ day of

_____, 2022, hereby:

**ORDERED** that Defendant Klein's Motion is **GRANTED**.

**SO ORDERED**


_____
The Honorable Trevor N. McFadden
United States District Court Judge