## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00040-TNM** |
| | ) | |
| **FEDERICO KLEIN.** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## <u>MOTION TO WITHDRAW APPEARANCE</u>

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Stanly Woodward has been primary counsel for Defendant Klein.

2. Mr. Shipley entered an appearance into the case for the sole purpose as co-counsel during trial, so no undue delay shall be caused.

3. Due to a scheduling conflict, Mr. Shipley will no longer be able to participate in trial for Defendant Klein.

WHEREFORE, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Dated: May 29, 2023          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*