UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 21-cr-40 (TNM) |
| CHRISTOPHER JOSEPH QUAGLIN, | : | |
| STEVEN CAPPUCCIO, and FEDERICO | : | |
| KLEIN, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court that Trial Attorney Laura Hill will appear for the United States in the above-captioned matter.

Respectfully submitted,

DATED: July 7, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Laura E. Hill*
LAURA E. HILL
Trial Attorney, Detailee
NV Bar No. 13894
175 N Street, NE, 9th Floor
Washington, D.C. 20002
(202) 514-7900
Laura.e.hill@usdoj.gov

ASHLEY AKERS
Trial Attorney, Detailee
MO Bar No. 69601
1100 L Street, NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

## CERTIFICATE OF SERVICE

On this 7th day of July 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:    /s/ Laura Hill
       Laura Hill
       Trial Attorney