Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States of America
VS.
Federico Guillermo Klein

Civil/Criminal No. 21-cr-40-9 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Government's Exhibit 430 | 7/10/2023 | 7/10/2023 | Henry Foulds | |
| 2 | Government's Exhibit 532 | 7/12/2023 | 7/12/2023 | Morris Moore | |
| 3 | email | 7/14/2023 | 7/14/2023 | Benjamin Fulp | |
| 4 | email | 7/14/2023 | 7/14/2023 | Benjamin Fulp | |