# ATTACHMENT A

# Freddie Klein Legal Defense Fund





**Campaign Created by: Cecilia Klein**
The funds from this campaign will be received by Cecilia Klein.

Goal: USD $120,000                    Raised: USD $ 47,187

Give                                                          782

Share                                                          11

Pray                                                          362

## Recent Donations

**Samuel Moore**
553 days ago

USD $
100

Former Trump Campaign Staffer and Administration Appointee, OIF-III Marine Veteran, follower of Christ.

The federal government has arrested and accused Freddie Klein of participating in the events at the Capitol on January 6, 2021; they intend to deprive Klein of as much of his freedom and dignity as they can. He, like hundreds of other patriots, is charged with multiple felonies and misdemeanors, and faces years in federal prison.

After 40 days of solitary confinement, Freddie has been placed under house arrest until his trial begins. His legal defense will require resources far beyond his ability to provide, as government prosecutors plan on examining tens of thousands of hours of video, and countless electronic communications of all kinds. He is in need of funding to defend his case, and is extremely grateful to the people who have assisted him up to now. He and the other several hundred similarly accused and imprisoned look forward to your continued assistance in this contest for