# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-CR-40 (TNM) |
| v. | : | |
| **FEDERICO KLEIN,** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States, by and through the United States Attorney, hereby files a Victim Impact Statement submitted by Aquilino Gonell, formerly with the United States Capitol Police. The Statement is attached to this filing as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
Capitol Siege Section
IL Bar No. 6316768
601 D Street, N.W.,
Washington, D.C. 20530
202-252-6778
Kaitlin.Klamann@usdoj.gov