# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) )  ) Criminal No. 1:21-CR-00040-TNM |
| v. | ) ) |
| **FEDERICO GUILLERMO KLEIN,** | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Federico Guillermo Klein appeals to the United States Court of Appeals for the District of Columbia from the Judgment and Sentence entered in this case on November 3, 2023 (ECF No. 733).

Dated: November 22, 2023

Respectfully submitted,

/s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Federico Guillermo Klein*

**CERTIFICATE OF SERVICE**

On Wednesday, November 22, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com