APPEAL,CAP

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21−cr−00040−TNM−9

Case title: USA v. MCCAUGHEY, III et al          Date Filed: 01/29/2021

Assigned to: Judge Trevor N. McFadden

**Defendant (9)**

| | | |
|---|---|---|
| **FEDERICO GUILLERMO KLEIN** *also known as* FREDDIE KLEIN | represented by | **Stanley Edmund Woodward , Jr.** BRAND WOODWARD LAW, LP 400 Fifth Street, Northwest Washington, DC 20001 202−996−7447 Fax: 202−996−0113 Email: stanley@brandwoodwardlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **William Lee Shipley , Jr.** LAW OFFICES OF WILLIAM L. SHIPLEY PO Box 745 Kailua, HI 96734 808−228−1341 Email: 808Shipleylaw@gmail.com *TERMINATED: 05/30/2023* *LEAD ATTORNEY* *Designation: Retained* |
| | | **Kristin Leigh McGough** WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBA 700 14th Street, N.W. Suite 400 Washington, DC 20005 202−319−1067 Fax: 202−319−1010 Email: kristin_mcgough@washlaw.org *TERMINATED: 07/20/2022* *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 111(a)(1) and 2; ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers | |

and Aiding and Abetting
(9)

| | |
|---|---|
| 18 U.S.C. 111(a)(1) and 2; ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting (9s) | Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000. |
| 18 U.S.C. 111(a)(1) and 2; ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting (17) | |
| 18 U.S.C. 111(a)(1) and 2; ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting (17s) | Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000. |

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(19)

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(19s)

Defendant sentenced to a term of Seventy
(70) Months of Incarceration on each of
Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term
of Sixty (60) Months of Incarceration on
Count 35s; a term of Twelve (12) Months of
Incarceration on each of Counts 43s and 51s;
a term of Six (6) Months of Incarceration on
each of Counts 52s and 53s, with all terms to
run concurrently, followed by a term of
Twenty−Four (24) Months of Supervised
Release on each of Counts 9s, 17s, 19s, 27s,
31s−32s, 34s, 35s; a term of Twelve (12)
Months of Supervised Release on each of
Counts 43s and 51s, with all terms to run
concurrently. Special Assessment of $100
imposed on Counts 9s, 17s, 19s, 27s,
31s−32s; $25 imposed on Counts 43s and
51s; $10 imposed on Counts 52s and 53s, for
a total of $870. Restitution imposed in the
amount of $2,000. Fine imposed in the
amount of $3,000.

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(27)

18 U.S.C. 111(a)(1) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
and Aiding and Abetting
(27s)

Defendant sentenced to a term of Seventy
(70) Months of Incarceration on each of
Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term
of Sixty (60) Months of Incarceration on
Count 35s; a term of Twelve (12) Months of
Incarceration on each of Counts 43s and 51s;
a term of Six (6) Months of Incarceration on
each of Counts 52s and 53s, with all terms to
run concurrently, followed by a term of
Twenty−Four (24) Months of Supervised
Release on each of Counts 9s, 17s, 19s, 27s,
31s−32s, 34s, 35s; a term of Twelve (12)
Months of Supervised Release on each of
Counts 43s and 51s, with all terms to run
concurrently. Special Assessment of $100
imposed on Counts 9s, 17s, 19s, 27s,
31s−32s; $25 imposed on Counts 43s and
51s; $10 imposed on Counts 52s and 53s, for

a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (31−32)

18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (31s−32s)

Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (34)

18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (34s)

Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100

4

imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder
(35)

18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder
(35s)

Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(43)

18 U.S.C. 1752(a)(2) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(43s)

Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of

Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

18 U.S.C. 1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(51)

18 U.S.C. 1752(a)(4) and (b)(1)(A); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon
(51s)

Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(52)

40 U.S.C. 5104(e)(2)(D), 2; VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building
(52s)

Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of

6

Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in a Capitol
Grounds or Buildings
(53)

Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000.

40 U.S.C. 5104(e)(2)(F), 18:2; VIOLENT
ENTRY AND DISORDERLY
CONDUCT ON CAPITOL GROUNDS;
Act of Physical Violence in a Capitol
Grounds or Buildings
(53s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

7

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Interested Party**

**PRESS COALITION**     represented by   **Charles D. Tobin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
202−661−2218
Fax: 202−661−2299
Email: tobinc@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Lauren Russell**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
202−661−2200
Fax: 202−661−2299
Email: russelll@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maxwell S. Mishkin**
BALLARD SPAHR LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
(202) 508−1140
Fax: (202) 661−2299
Email: mishkinm@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

**USA**     represented by   **James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE
SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW

Suite 1250
Washington, DC 20530
(202) 532−4991
Fax: (202) 305−2121
Email: james.pearce@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jocelyn Patricia Bond**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20001
(202) 252−2571
Email: jocelyn.bond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kaitlin Klamann**
DOJ−USAO
601 D Street NW
Washington, DC 20530
(202) 252−6778
Email: kaitlin.klamann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kimberley Charlene Nielsen**
U.S. ATTORNEY'S OFFICE
Homicide Section
555 4th Street NW
Room 9913
Washington, DC 20532
(202) 252−7418
Email: Kimberley.Nielsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Laura Elizabeth Hill**
DOJ−CIV
175 N Street, NE
Room 9.1811
Washington, DC 20002
202−598−3962
Email: laura.e.hill@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Anthony William Mariano**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
601 D Street, NW
Washington, DC 20530
(202) 476−0319
Email: anthony.mariano2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Ashley Akers**
DOJ−CIV
Commercial Litigation Branch
1100 L Street Northwest
Washington, DC 20530
(202) 353−0521
Email: ashley.akers@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Gregory Paul Rosen**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−6932
Fax: (202) 514−9155
Email: gregory.rosen@usdoj.gov
*TERMINATED: 06/29/2023*
*Designation: Assistant U.S. Attorney*

**Kimberly Louise Paschall**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 252−2650
Email: kimberly.paschall@usdoj.gov
*TERMINATED: 06/29/2023*
*Designation: Assistant U.S. Attorney*

**Melissa Joy Jackson**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20530
202−252−7786
Email: melissa.jackson@usdoj.gov
*TERMINATED: 05/31/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 08/04/2021 | 102 | FOURTH SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 14ssss, 24ssss−25ssss, 34ssss, 35ssss, 37ssss, 45ssss, 52ssss, 53ssss, TRISTAN CHANDLER STEVENS (2) count(s) 14sss, 16sss, 21sss, 33sss, 34sss, 35sss, 36sss, 44sss, 52sss, 53sss, DAVID LEE JUDD (3) count(s) 16ss, 22ss, 33ss, 34ss, 35ss, 38ss, 46ss, 52ss, 53ss, CHRISTOPHER JOSEPH QUAGLIN (4) count(s) 1ss, 2ss, 3ss, 4ss, 11ss, 20ss, 23ss, 26ss, 34ss, 35ss, 39ss, 47ss, 52ss, 53ss, ROBERT MORSS (5) count(s) 5s, 6s, 10s, 20s, 27s, 34s, 35s, 41s, 49s, 52s, 53s, GEOFFREY WILLIAM SILLS (6) count(s) 7s−8s, 13s, 15s, 18s, 34s, 35s, 40s, 48s, 52s, 53s, DAVID MEHAFFIE (7) count(s) 12, 34, 35, 52, 53, STEVEN CAPPUCCIO (8) count(s) 28, 29, 30, 34, 35, 42, 50, 52, 53, FEDERICO GUILLERMO KLEIN (9) count(s) 9, 17, 19, 27, 31−32, 34, 35, 43, 51, 52, 53. (zltp) (Entered: 08/10/2021) |
| 08/04/2021 | 104 | MOTION to Seal Case by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 08/10/2021) |
| 08/04/2021 | 105 | ORDER granting 104 Motion to Seal Case as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Signed by Magistrate Judge Robin M. Meriweather on 8/4/2021. (zltp) (Entered: 08/10/2021) |
| 08/16/2021 | | Case unsealed as to DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (bb) (Entered: 08/17/2021) |
| 08/24/2021 | 119 | NOTICE OF ATTORNEY APPEARANCE Kimberley Charlene Nielsen appearing for USA. (Nielsen, Kimberley) (Entered: 08/24/2021) |
| 08/24/2021 | 120 | STATUS REPORT *Regarding Status of Discovery* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 08/24/2021) |
| 09/03/2021 | 123 | NOTICE OF ATTORNEY APPEARANCE: Stanley Edmund Woodward, Jr appearing for FEDERICO GUILLERMO KLEIN (Woodward, Stanley) (Entered: 09/03/2021) |
| 09/14/2021 | 124 | MOTION for Protective Order by USA as to DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Affidavit Declaration of Thomas A. Dibiase, # 2 Exhibit to Affidavit, # 3 Text of Proposed Order Proposed Protective Order)(Bond, Jocelyn) (Entered: 09/14/2021) |
| 09/15/2021 | | MINUTE ORDER as to DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) ordering Defendants to file their opposition, if any, to the Government's 124 Motion for a Protective Order on or before September 21, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/15/21. (lctnm2) Modified on 9/16/2021 to add defendants' names (hmc). (Entered: 09/15/2021) |
| 09/15/2021 | 125 | STATUS REPORT *on Discovery as of 9/14/21* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM |

| | | |
|---|---|---|
| | | SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Bond, Jocelyn) (Entered: 09/15/2021) |
| 09/16/2021 | | Set/Reset Deadlines as to DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) : Defendants' response to Government's 124 Motion due by 9/21/2021. (hmc) (Entered: 09/16/2021) |
| 09/17/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Due to the recent unavailability of remote hearing rooms at DC Jail, the Status Conference set for September 20, 2021 is hereby VACATED. The Court will promptly reschedule the hearing. Signed by Judge Trevor N. McFadden on 9/17/2021. (hmc) (Entered: 09/17/2021) |
| 09/20/2021 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Status Conference that was originally set for 9/20/2021, is rescheduled to 10/4/2021 at 4:30 PM in the Ceremonial Courtroom − In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 9/20/2021 to 10/4/2021, in the interests of justice and in light of the logistical issues in scheduling a hearing with all defendants earlier than this. Signed by Judge Trevor N. McFadden on 9/20/2021. (hmc) (Entered: 09/20/2021) |
| 09/23/2021 | 130 | NOTICE of Discovery by USA as to FEDERICO GUILLERMO KLEIN (Attachments: # 1 Appendix Discovery Letter)(Bond, Jocelyn) (Entered: 09/23/2021) |
| 09/23/2021 | 133 | NOTICE OF FILING OF DISCOVERY LETTER by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/23/2021) |
| 09/23/2021 | 134 | NOTICE OF FILING OF DISCOVERY LETTER by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/23/2021) |
| 09/27/2021 | 136 | NOTICE OF FILING OF DISCOVERY LETTER by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Notice to Counsel/Party)(Jackson, Melissa) (Entered: 09/27/2021) |
| 10/01/2021 | 140 | NOTICE of Filing of Discovery Letter by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO |

| | | |
|---|---|---|
| | | KLEIN (Attachments: # 1 Exhibit)(Jackson, Melissa) (Entered: 10/01/2021) |
| 10/04/2021 | | MINUTE ORDER granting Governments 145 Motion to Seal. The Clerk of Court shall place ECF No. 145 and 145−1 under seal. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/4/21. (lctnm2) (Entered: 10/04/2021) |
| 10/04/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to PATRICK EDWARD MCCAUGHEY, III (2), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 10/4/2021. Due Process Protections Act read into the record by the Court. PATRICK EDWARD MCCAUGHEY III (1) arraigned on Counts 14ssss, 24ssss−25ssss, 34ssss, 35ssss, 37ssss, 45ssss, 52ssss, 53ssss. Defendant entered a plea of Not Guilty as to all counts. TRISTAN CHANDLER STEVENS (2) arraigned on Counts 14sss, 16sss, 21sss, 33sss, 34sss, 35sss, 36sss, 44sss, 52sss, 53sss. Defendant entered a plea of Not Guilty as to all counts. DAVID LEE JUDD (3) arraigned on Counts 16ss, 22ss, 33ss, 34ss, 35ss, 38ss, 46ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. CHRISTOPHER JOSEPH QUAGLIN (4) arraigned on Counts 1ss, 2ss, 3ss, 4ss, 11ss, 20ss, 23ss, 26ss, 34ss, 35ss, 39ss, 47ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. ROBERT MORSS (5) arraigned on Counts 5s, 6s, 10s, 20s, 27s, 34s, 35s, 41s, 49s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. GEOFFREY WILLIAM SILLS (6) arraigned on Counts 7s−8s, 13s, 15s, 18s, 34s, 35s, 40s, 48s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. STEVEN CAPPUCCIO (8) arraigned on Counts 28, 29, 30, 34, 35, 42, 50, 52, 53. Defendant entered a plea of Not Guilty as to all counts. FEDERICO GUILLERMO KLEIN (9) arraigned on Counts 9, 17, 19, 27, 31−32, 34, 35, 43, 51, 52, 53. Defendant entered a plea of Not Guilty as to all counts. Government's 124 Motion for Protective Order as to DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9), GRANTED. PATRICK EDWARD MCCAUGHEY'S (1) 129 Motion to Modify Conditions of Release, GRANTED. Defendant will no longer be subject to GPS monitoring. All other conditions of release remain the same. TRISTAN CHANDLER STEVENS' (2) 135 Motion to Modify Conditions of Release, DENIED. DAVID LEE JUDD'S (3) 132 Motion to Modify Conditions of Release, GRANTED. Defendant will no longer be subject to home detention, but will continue to be subject to GPS location monitoring. All other conditions of release remain the same. Government's response to DAVID LEE JUDD'S (3) 138 Motion to Compel Discovery in Support of Claim of Selective Prosecution due by 10/18/2021. Defendant's reply due by 10/25/2021. Status Conference set for 12/17/2021 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 10/4/2021 to 12/17/2021, in the interests of justice. DAVID LEE JUDD'S (3) appearance is waived for the next hearing. STEVEN CAPPUCCIO'S (8) appearance is waived for the next hearing. FEDERICO GUILLERMO KLEIN (9) directed to appear in person to the next hearing. Bond Status of Defendants: (1), (2), (3), (7), (8) & (9): Personal Recognizance, (4), (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): Steven Metcalf standing in for Joseph D. McBride, (5): Elizabeth L. Toplin and Kathleen M. Gaughan, (6): Marc Massey standing in for John C. Kiyonaga, (7): Eugene Ohm standing in for Sabrina P. Shroff, (8): Marina T. Douenat, (9): Stanley E. Woodward, Jr.; US Attorneys: Jocelyn P. Bond, Melissa J. Jackson, Kimberly C. Nielsen; Pretrial Officer: Shay Holman; Court Reporter: Nancy Meyer. (hmc) (Entered: 10/05/2021) |

| | | |
|---|---|---|
| 10/04/2021 | 148 | ORDER Setting Conditions of Release with Global Positioning System Monitoring as to FEDERICO GUILLERMO KLEIN (9). Signed by Judge Trevor N. McFadden on 10/4/2021. (Attachments: # 1 Appearance Bond) (hmc) (Entered: 10/05/2021) |
| 10/05/2021 | | MINUTE ORDER as to DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Consistent with the Due Process Protections Act, and as stated at the hearing held before Judge McFadden, the Court ORDERS that all government counsel shall review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/5/21. (lctnm2) (Entered: 10/05/2021) |
| 10/05/2021 | 147 | ORDER granting 124 Motion for Protective Order as to DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), and FEDERICO GUILLERMO KLEIN (9). See attached Protective Order for details. Signed by Judge Trevor N. McFadden on 10/5/2021. (lctnm2). (Entered: 10/05/2021) |
| 10/06/2021 | 149 | NOTICE of Filing of Discovery Letter by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit Discovery letter− 10−6−2021)(Jackson, Melissa) (Entered: 10/06/2021) |
| 10/07/2021 | 150 | NOTICE of Filing of Discovery Letter by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit)(Jackson, Melissa) (Entered: 10/07/2021) |
| 10/12/2021 | 152 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 10/04/021. Page Numbers: 1−64. Date of Issuance: 10/07/2021. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Transcripts may be ordered by submitting the <ahref="http://www.dcd.uscourts.gov/node/110">Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 11/2/2021. Redacted Transcript Deadline set for 11/12/2021. Release of Transcript Restriction set for 1/10/2022.(Meyer, Nancy) (Entered: 10/12/2021) |
| 10/27/2021 | 161 | STATUS REPORT *Regarding Status of Discovery* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 10/27/2021) |
| 11/05/2021 | 166 | STATUS REPORT *Regarding Status of Discovery* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 11/05/2021) |
| 12/01/2021 | 179 | FIFTH SUPERSEDING INDICTMENT as to PATRICK EDWARD MCCAUGHEY, III (1) count(s) 14sssss, 24sssss−25sssss, 34sssss, 35sssss, 37sssss, 45sssss, 52sssss, 53sssss, TRISTAN CHANDLER STEVENS (2) count(s) 14ssss, 16ssss, 21ssss, 33ssss, 34ssss, 35ssss, 36ssss, 44ssss, 52ssss, 53ssss, DAVID LEE JUDD (3) count(s) 16sss, 22sss, 33sss, 34sss, 35sss, 38sss, 46sss, 52sss, 53sss, CHRISTOPHER JOSEPH QUAGLIN (4) count(s) 1sss, 2sss, 3sss, 4sss, 11sss, 20sss, 23sss, 26sss, 34sss, 35sss, 39sss, 47sss, 52sss, 53sss, ROBERT MORSS (5) count(s) 5ss, 6ss, 10ss, 20ss, 27ss, 34ss, 35ss, 41ss, 49ss, 52ss, 53ss, GEOFFREY WILLIAM SILLS (6) count(s) 7ss−8ss, 13ss, 15ss, 18ss, 34ss, 35ss, 40ss, 48ss, 52ss, 53ss, DAVID MEHAFFIE (7) count(s) 12s, 34s, 35s, 52s, 53s, STEVEN CAPPUCCIO (8) count(s) 28s, 29s, 30s, 34s, 35s, 42s, 50s, 52s, 53s, FEDERICO GUILLERMO KLEIN (9) count(s) 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s, 43s, 51s, 52s, 53s. (zltp) (Entered: 12/03/2021) |
| 12/16/2021 | 190 | NOTICE OF ATTORNEY APPEARANCE James Pearce appearing for USA. (Pearce, James) (Entered: 12/16/2021) |
| 12/17/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 12/17/2021. Appearance waived for PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), DAVID MEHAFFIE (7). CHRISTOPHER JOSEPH QUAGLIN (4) arraigned on Counts 1sss, 2sss, 3sss, 4sss, 11sss, 20sss, 23sss, 26sss, 34sss, 35sss, 39sss, 47sss, 52sss, 53sss. Defendant entered a plea of Not Guilty as to all counts. ROBERT MORSS (5) arraigned on Counts 5ss, 6ss, 10ss, 20ss, 27ss, 34ss, 35ss, 41ss, 49ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. GEOFFREY WILLIAM SILLS (6) arraigned on Counts 7ss, 8ss, 13ss, 15ss, 18ss, 34ss, 35ss, 40ss, 48ss, 52ss, 53ss. Defendant entered a plea of Not Guilty as to all counts. STEVEN CAPPUCCIO (8) arraigned on Counts 28s, 29s, 30s, 34s, 35s, 42s, 50s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. FEDERICO GUILLERMO KLEIN (9) arraigned on Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s, 43s, 51s, 52s, 53s. Defendant entered a plea of Not Guilty as to all counts. Defendants PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), DAVID MEHAFFIE (7) waived their arraignment. DAVID LEE JUDD'S (3) 158 Motion to Dismiss Counts Alleging Use of a Dangerous Weapon, DENIED for |

reasons stated on the record. ROBERT MORSS'(5) 164 Emergency Motion to Revoke Detention Order and for Pretrial Release; DENIED and affirming the detention decision of the magistrate judge. STEVEN CAPPUCCIO'S (8) 185 Motion for Bond Modification, GRANTED IN PART. Defendant STEVEN CAPPUCCIO (8) is placed on curfew from 10:00 PM to 6:00 AM. Government's response to GEOFFREY WILLIAM SILLS' (6) 188 Motion for Release from Custody due by 1/5/2022, Defendant's reply due by 1/12/2022. The Court directs the Clerk's Office to close criminal case 21−236, USA v. Klein. Jury Trial for Group 1 (PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), ROBERT MORSS (5), DAVID MEHAFFIE (7)) set for 8/29/2022 at 9:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Jury Trial for Group 2 (DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), GEOFFREY WILLIAM SILLS (6), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9)) set for 9/26/2022 at 9:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. A further Status Conference is set for 2/4/2022 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. The defendants who decide to accept a plea shall appear in person to the next status conference. The defendants who are rejecting the plea shall file something on the docket stating that they are rejecting the plea. Speedy Trial Excludable (XT) started 12/17/2021 through 2/4/2022, in the interest of justice. Bond Status of Defendants: (1) − appearance waived, (2) − appearance waived, (3) − appearance waived, (7) − appearance waived, (8) & (9): Personal Recognizance, (4), (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): Steven Metcalf standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): Ryan Marshall, (8): Marina T. Douenat and Edgar Holguin, (9): Stanley E. Woodward; US Attorneys: Jocelyn P. Bond, Melissa J. Jackson, James Pearce; Pretrial Officer: Christine Schuck; Court Reporter: Lisa Bankins. (hmc) (Entered: 12/17/2021)

| | | |
|---|---|---|
| 12/20/2021 | 201 | Unopposed MOTION to Modify Conditions of Release *Temporarily* by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 12/20/2021) |
| 12/21/2021 | | MINUTE ORDER granting 201 Unopposed Motion to Temporarily Modify Release Conditions as to FEDERICO GUILLERMO KLEIN (9). Defendant is permitted to travel to his brother's house between 11 AM and 11 PM on December 24, 2021 and is permitted to travel to his mother's house between 11 AM and 11 PM on December 25, 2021. The addresses of both residences have been provided to Pretrial Services Agency. All other conditions of Defendant's pretrial release remain in effect. SO ORDERED. Signed by Judge Trevor N. McFadden on 12/21/21. (lctnm2) (Entered: 12/21/2021) |
| 01/06/2022 | | MINUTE ORDER as to DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), GEOFFREY WILLIAM SILLS (6), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Jury Trial for Group 2, previously set for 9/26/2022, is RESCHEDULED to 10/3/2022 at 9:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Signed by Judge Trevor N. McFadden on 1/6/2022. (hmc) (Entered: 01/06/2022) |
| 01/27/2022 | 208 | MOTION for Order implementing proposed pretrial scheduling order by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order |

| | | |
|---|---|---|
| | | Proposed Pretrial Scheduling Order)(Bond, Jocelyn) (Entered: 01/27/2022) |
| 02/03/2022 | | MINUTE ORDER as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Members of the public may access the February 4, 2022 status conference by dialing the toll−free public access line: (877) 336−1831, access code 4509718. Signed by Judge Trevor N. McFadden on 2/3/2022. (hmc) (Entered: 02/03/2022) |
| 02/04/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 2/4/2022. Defendants PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID MEHAFFIE (7), and STEVEN CAPPUCCIO (8) waived their appearance. GEOFFREY WILLIAM SILLS' (6) 188 Motion for Release from Custody as Corrected for Second Time, DENIED. Defendants CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), FEDERICO GUILLERMO KLEIN (9) rejected the government's plea offer on the record. Defendants DAVID MEHAFFIE (7) and STEVEN CAPPUCCIO (8) shall, within one week, file a signed notice rejecting the government's plea offer. The government's response to the pending motions to sever is held in abeyance. A further Status Conference is set for 3/4/2022 at 4:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Speedy Trial Excludable (XT) started 2/4/2022 through 3/4/2022, in the interest of justice. Bond Status of Defendants: (1), (2), (7) & (8) − appearance waived, (3) & (9): Personal Recognizance, (4), (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): John C. Kiyonaga standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): John M. Pierce, (8): Marina T. Douenat, (9): Stanley E. Woodward; US Attorneys: (1): Jocelyn P. Bond, Melissa J. Jackson, Kimberley C. Nielsen; Court Reporter: Lisa Griffith. (hmc) (Entered: 02/04/2022) |
| 02/11/2022 | 224 | Status Report of Discovery by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Bond, Jocelyn) Modified text on 2/14/2022 (zltp). (Entered: 02/11/2022) |
| 03/03/2022 | 226 | NOTICE OF ATTORNEY APPEARANCE Kimberly Louise Paschall appearing for USA. (Paschall, Kimberly) (Entered: 03/03/2022) |
| 03/03/2022 | 232 | MOTION for Order to issue proposed pre−trial scheduling order *for severance and other Rule 12 motions* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order Proposed Pre−Trial Scheduling Order)(Bond, Jocelyn) (Entered: 03/03/2022) |
| 03/04/2022 | 237 | MOTION to Modify Conditions of Release by FEDERICO GUILLERMO KLEIN. (Woodward, Stanley) (Entered: 03/04/2022) |

| 03/04/2022 | 238 | STATUS REPORT of Defense Counsel Discovery Status Report by FEDERICO GUILLERMO KLEIN as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Woodward, Stanley) (Entered: 03/04/2022) |
|---|---|---|
| 03/04/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 3/4/2022. Government's response to Defendant STEVEN CAPPUCCIO'S (8) 236 Motion to Compel Discovery due by 3/18/2022. Oral request by Attorney Mullin to have the Court appoint CJA counsel as co−counsel for DAVID LEE JUDD (3). Attorney Mullin directed to file her request. Government's 232 Motion for Order to Issue Proposed Pre−Trial Scheduling Order for Severance and Other Rule 12 Motions, GRANTED, over the objection of DAVID MEHAFFIE (7). All other pretrial motions and notices by any party, including, but not limited to motions in limine, motions to dismiss, and expert notices shall be filed no later than 6/3/2022. Responses to motions and notices related to Group 1 defendants are due by 7/1/2022. Replies related to Group 1 defendants are due by 7/15/2022. Responses to motions and notices related to Group 2 defendants are due by 7/15/2022. Replies related to Group 2 defendants are due by 7/29/2022. Government's 208 Motion for Order Implementing Proposed Pretrial Scheduling Order, DENIED AS MOOT. The government shall provide defendants with any evidence it intends to use in its case−in−chief by 4/22/2022. Defendant FEDERICO GUILLERMO KLEIN'S (9) 237 Motion to Modify Conditions of Release, GRANTED. The Court authorizes Pretrial Services to approve Defendant's visits to his family. The Court also authorizes Defendant to travel on March 10, 2022 for the purpose of obtaining mulch. A further Status Conference is set for 4/22/2022 at 1:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Speedy Trial Excludable (XT) started 3/4/2022 through 4/22/2022, in the interest of justice. Bond Status of Defendants: (1), (2), (7) & (8) − Personal Recognizance − appearances waived, (3) & (9): Personal Recognizance, (4), (5) & (6): committed/commitments issued. Defense Attorneys: (1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): John C. Kiyonaga standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): John M. Pierce, (8): Marina T. Douenat, (9): Stanley E. Woodward; US Attorneys: Jocelyn P. Bond, Kimberly C. Nielsen, Kimberly L. Paschall; Court Reporter: Sara Wick. (hmc) Modified on 3/7/2022 (hmc). (Entered: 03/04/2022) |
| 03/25/2022 | 248 | MOTION to Modify Conditions of Release Temporarily by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 03/25/2022) |
| 03/25/2022 | 249 | MOTION to Sever Defendant for Trial by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 03/25/2022) |
| 03/25/2022 | | MINUTE ORDER denying 248 Motion to Modify Conditions of Release as to FEDERICO GUILLERMO KLEIN (9). SO ORDERED. Signed by Judge Trevor N. McFadden on 3/25/22. (lctnm2) (Entered: 03/25/2022) |

| 04/08/2022 | 251 | TRANSCRIPT OF STATUS CONFERENCE in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 03/04/2022. Page Numbers: 1−42. Date of Issuance: 04/08/2022. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | Redaction Request due 4/29/2022. Redacted Transcript Deadline set for 5/9/2022. Release of Transcript Restriction set for 7/7/2022.(Wick, Sara) (Entered: 04/08/2022) |
| 04/12/2022 | | RESOLVED.....NOTICE of Provisional Status re 252 NOTICE OF ATTORNEY APPEARANCE: Edward John Ungvarsky appearing for DAVID LEE JUDD *Co−Counsel with AFPD E. Mullin* (Ungvarsky, Edward). |
| | | Your attorney renewal has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Criminal Rule 57.21.1, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−renewal. |
| | | Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/19/2022. (znm) Modified on 4/14/2022 (znm). (Entered: 04/12/2022) |
| 04/19/2022 | 262 | MOTION to Adopt and Join Motions Filed by Co−Defendant (ECF Nos. 254, 255, 256, and 257) re 254 MOTION to Dismiss Count *Thirty−Five*, 255 MOTION to Dismiss Count *Thirty−Four*, 256 MOTION to Dismiss Count *Thirty−Eight and Forty−Six*, 257 MOTION to Change Venue by TRISTAN CHANDLER STEVENS as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Cobb, Lauren) Modified event type on 5/5/2022 (zltp). (Entered: 04/19/2022) |
| 04/22/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to PATRICK EDWARD MCCAUGHEY, III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) |

| | | |
|---|---|---|
| | | held on 4/22/2022. Defendant DAVID MEHAFFIE'S (7) 242 Motion to Modify Conditions of Release, GRANTED. Defendant STEVEN CAPPUCCIO'S (8) 270 Motion for Bond Modification, GRANTED. Pretrial Conference for Group 1 set for 7/22/2022 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Pretrial Conference for Group 2 set for 8/23/2022 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolling as a matter of staute. Bond Status of Defendants: (1), (2), & (7) − Personal Recognizance − appearances waived, (3), (8) & (9): Personal Recognizance, (4) & (5): committed/commitments issued, (6) committed, appearance waived. Defense Attorneys:(1): Lindy R. Urso, (2): Lauren Cobb, (3): Elizabeth A. Mullin, (4): John C. Kiyonaga standing in for Joseph D. McBride, (5) & (6): John C. Kiyonaga, (7): Stanley E. Woodward, Jr. standing in for William L. Shipley, Jr., (8): Marina T. Doucnat, (9): Stanley E. Woodward; US Attorneys: Jocelyn P. Bond, Kimberly C. Nielsen, Kimberly L. Paschall; Pretrial Officer: Christine Schuck; Court Reporter: Lisa Moreira. (hmc) (Entered: 04/22/2022) |
| 04/22/2022 | 277 | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 206 MOTION to Sever Defendant , 207 MOTION to Sever Defendant , 249 MOTION to Sever Defendant *for Trial* (Paschall, Kimberly) (Entered: 04/22/2022) |
| 05/02/2022 | 281 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 2−4−2022; Page Numbers: 1−36. Date of Issuance:5−2−2022. Court Reporter/Transcriber Lisa Griffith, Telephone number (202) 354−3247, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be acc essed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/23/2022. Redacted Transcript Deadline set for 6/2/2022. Release of Transcript Restriction set for 7/31/2022.(Griffith, Lisa) (Entered: 05/02/2022) |
| 05/03/2022 | 282 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 2−4−2022; Page Numbers: 1−36. |

| | | |
|---|---|---|
| | | Date of Issuance:5−3−2022. Court Reporter/Transcriber Lisa Griffith, Telephone number 2023543247, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be access d via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/24/2022. Redacted Transcript Deadline set for 6/3/2022. Release of Transcript Restriction set for 8/1/2022.(Griffith, Lisa) (Entered: 05/03/2022) |
| 05/12/2022 | <u>288</u> | MOTION for Extension of Time to File Response/Reply as to 259 MOTION to Dismiss Count *Thirty−Four* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # <u>1</u> Text of Proposed Order Order Granting Motion)(Bond, Jocelyn) (Entered: 05/12/2022) |
| 05/13/2022 | <u>289</u> | TRANSCRIPT OF STATUS CONFERENCE in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on April 22, 2022; Page Numbers: 1−38. Date of Issuance:May 13, 2022. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354−3187, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 day s, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/3/2022. Redacted Transcript Deadline set for 6/13/2022. Release of Transcript Restriction set for 8/11/2022.(Moreira, Lisa) (Entered: 05/13/2022) |

| 05/13/2022 | | MINUTE ORDER granting <u>288</u> Motion for Extension of Time to File Response/Reply as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Government's response to Defendant McCaughey's 259 Motion to Dismiss is due by May 27, 2022. The Court expects that the Government will file an omnibus response to all pending motions to dismiss obstruction counts. McCaughey's reply is due by June 10, 2022. This ruling applies only to Defendant McCaughey's 259 Motion. All other dates in the previous scheduling order, *see* Minute Entry, Mar. 4, 2022, remain the same. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/13/22. (lctnm2) (Entered: 05/13/2022) |
| --- | --- | --- |
| 05/20/2022 | <u>290</u> | MEMORANDUM ORDER denying the 206 , 207 , and <u>249</u> Motions to Sever as to DAVID LEE JUDD (3), STEVEN CAPPUCCIO (8), and FEDERICO GUILLERMO KLEIN (9). See attached Order for details. Signed by Judge Trevor N. McFadden on 5/20/22. (lctnm2) (Entered: 05/20/2022) |
| 05/27/2022 | <u>292</u> | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 278 MOTION for Joinder, 258 MOTION for Joinder *and to adopt Motion for Change of Venue*, 269 MOTION for Joinder , 257 MOTION to Change Venue , <u>262</u> MOTION for Joinder, 260 MOTION for Joinder, 279 MOTION for Joinder (Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/27/2022 | <u>293</u> | MOTION for Leave to File Excess Pages by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/27/2022 | | MINUTE ORDER granting in part the Governments <u>293</u> Motion to File Excess Pages as to PATRICK EDWARD MCCAUGHEY III (1), TRISTAN CHANDLER STEVENS (2), DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), ROBERT MORSS (5), GEOFFREY WILLIAM SILLS (6), DAVID MEHAFFIE (7), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Court has permitted the Government to file an omnibus response to all pending motions to dismiss *obstruction counts*. Min. Order, May 13, 2022 (emphasis added). As to that response, the Government may file excess pages. But for its responses to Plaintiffs' motions to dismiss other charges not under 18 USC 1512, the Government shall respond singly to each motion and do so within the prescribed page limits. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/27/22. (lctnm2) (lccr) (Entered: 05/27/2022) |
| 05/27/2022 | <u>294</u> | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 254 MOTION to Dismiss Count *Thirty−Five*, <u>262</u> MOTION for Joinder, 271 MOTION for Joinder, 268 MOTION for Joinder (Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/27/2022 | <u>295</u> | |

| | | |
|---|---|---|
| | | RESPONSE by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 256 MOTION to Dismiss Count *Thirty−Eight and Forty−Six*, 271 MOTION for Joinder, 262 MOTION for Joinder, 268 MOTION for Joinder *Opposition to Motion to Dismiss Counts* (Attachments: # 1 Exhibit)(Bond, Jocelyn) (Entered: 05/27/2022) |
| 05/27/2022 | 296 | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 278 MOTION for Joinder, 259 MOTION to Dismiss Count *Thirty−Four*, 255 MOTION to Dismiss Count *Thirty−Four*, 269 MOTION for Joinder, 271 MOTION for Joinder, 262 MOTION for Joinder, 253 MOTION to Dismiss Count *Thirty−Four*, 279 MOTION for Joinder (Attachments: # 1 Exhibit Hale−Cusanelli Pretrial Ruling Transcript)(Paschall, Kimberly) (Entered: 05/27/2022) |
| 05/31/2022 | 300 | NOTICE OF WITHDRAWAL OF APPEARANCE *of AUSA Melissa Jackson* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Jackson, Melissa) (Entered: 05/31/2022) |
| 06/01/2022 | | MINUTE ORDER granting 301 Motion to Adopt and Join Reply as to GEOFFREY WILLIAM SILLS (6). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/1/22. (lctnm2) (Entered: 06/01/2022) |
| 06/02/2022 | 302 | NOTICE OF ATTORNEY APPEARANCE Ashley Akers appearing for USA. (Akers, Ashley) (Entered: 06/02/2022) |
| 06/03/2022 | 307 | MOTION Join and Adopt Motions *ECF Nos. 253, 254, 255, 256, 257 & 259* by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) Modified Event on 6/3/2022 (zhsj). (Entered: 06/03/2022) |
| 06/03/2022 | 308 | MOTION to Dismiss Count *Thirty−Four (34)* by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 06/03/2022) |
| 06/03/2022 | 309 | MOTION to Change Venue by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Additional attachment(s) added on 6/13/2022: # 2 Exhibit A− COMPARATIE COMMUNITY ATTITUDE −MULTI−DISTRICT STUDY) (zstd). (Entered: 06/03/2022) |
| 06/03/2022 | 310 | MOTION in Limine *to Exclude Evidence* by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(Woodward, Stanley) (Entered: 06/03/2022) |
| 06/03/2022 | 312 | MOTION to Join and Adopt Mr. David Lee Judd's Motion for Selective Prosecution and for Limited Discovery by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) Modified Text and Event on 6/3/2022 (zhsj). (Entered: 06/03/2022) |

| 06/03/2022 | | MINUTE ORDER granting 307 Motion to Join as to FEDERICO GUILLERMO KLEIN (9). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/3/22. (lctnm2) (Entered: 06/03/2022) |
|---|---|---|
| 06/03/2022 | 313 | MOTION in Limine *to Limit Cross−Examination of Secret Service Agency Witnesses* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Akers, Ashley) (Entered: 06/03/2022) |
| 06/03/2022 | 314 | MOTION in Limine *Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Akers, Ashley) (Entered: 06/03/2022) |
| 06/03/2022 | 327 | MOTION in Limine *to Preclude Claim of Self Defense* by USA as to FEDERICO GUILLERMO KLEIN. (Paschall, Kimberly) (Entered: 06/03/2022) |
| 06/13/2022 | 350 | MOTION Join and Adopt Motions by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) Modified event type on 6/14/2022 (zltp). (Entered: 06/13/2022) |
| 06/13/2022 | | MINUTE ORDER granting 350 Motion to Join and Adopt as to FEDERICO GUILLERMO KLEIN (9). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/13/22. (lctnm2) (Entered: 06/13/2022) |
| 06/16/2022 | | MINUTE ORDER granting 348 Motion to Adopt Reply as to PATRICK EDWARD McCAUGHEY, III (1). SO ORDERED. Signed by Judge Trevor N. McFadden on 6/16/22. (lctnm2) (Entered: 06/16/2022) |
| 06/28/2022 | 359 | MOTION for Joinder by STEVEN CAPPUCCIO as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Exhibit Order)(Douenat, Marina) (Entered: 06/28/2022) |
| 07/01/2022 | 360 | MOTION to Continue *Trial* by PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Certificate of Service)(Shipley, William) (Entered: 07/01/2022) |
| 07/01/2022 | 361 | Memorandum in Opposition by USA as to FEDERICO GUILLERMO KLEIN re 312 MOTION for Leave to Join *Opposition to Motion to Compel Discovery for Selective Prosecution* (Bond, Jocelyn) (Entered: 07/01/2022) |
| 07/01/2022 | | MINUTE ORDER as to DAVID JUDD (3) and STEVEN CAPPUCCIO (8). The Court grants Judd's 358 Motion. He may join the 355 Motion to Compel communications between DOJ and the House Select Committee. Judd also moves to compel the transcripts of the depositions taken by the Select Committee. As to that request, the Court grants Cappuccio's 359 Motion to join it. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/1/22. (lctnm2) (Entered: 07/01/2022) |
| 07/01/2022 | 367 | |

| | | |
|---|---|---|
| | | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 329 MOTION in Limine *AUTHENTICATION OF STILL IMAGES* (Akers, Ashley) (Entered: 07/01/2022) |
| 07/01/2022 | | MINUTE ORDER granting 364 Motion to Adopt and Join as to TRISTAN CHANDLER STEVENS (2). SO ORDERED. Signed by Judge Trevor N. McFadden on 7/1/22. (lctnm2) (Entered: 07/01/2022) |
| 07/12/2022 | | MINUTE ORDER as to DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), GEOFFREY WILLIAM SILLS (6), STEVEN CAPPUCCIO (8), and FEDERICO GUILLERMO KLEIN (9). The Court directs the Group Two parties to file joint proposed voir dire questions and jury instructions by August 16, 2022. If the parties cannot agree, they shall submit their respective positions as to a particular question or instruction. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/12/22. (lctnm2) (Entered: 07/12/2022) |
| 07/15/2022 | 373 | Memorandum in Opposition by USA as to FEDERICO GUILLERMO KLEIN re 309 MOTION to Change Venue (Paschall, Kimberly) (Entered: 07/15/2022) |
| 07/15/2022 | 374 | Memorandum in Opposition by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re 358 MOTION for Joinder *and to Supplement, ECF. No. 355, Motion to Compel Communications with and Transcripts produced for House Select Committee Hearings on January 6*, 368 MOTION for Joinder *and Supplement Motion to Continue Trial*, 355 MOTION to Compel *Discovery*, 359 MOTION for Joinder , 360 MOTION to Continue *Trial*, 356 MOTION for Leave to Join, 364 MOTION for Leave to Join (Paschall, Kimberly) (Entered: 07/15/2022) |
| 07/15/2022 | 375 | Memorandum in Opposition by USA as to FEDERICO GUILLERMO KLEIN re 308 MOTION to Dismiss Count *Thirty−Four (34)* (Paschall, Kimberly) (Entered: 07/15/2022) |
| 07/15/2022 | 381 | RESPONSE by USA as to FEDERICO GUILLERMO KLEIN re 310 MOTION in Limine *to Exclude Evidence* (Akers, Ashley) (Entered: 07/15/2022) |
| 07/15/2022 | 383 | RESPONSE by FEDERICO GUILLERMO KLEIN re 314 MOTION in Limine *Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras*, 327 MOTION in Limine *to Preclude Claim of Self Defense*, 313 MOTION in Limine *to Limit Cross−Examination of Secret Service Agency Witnesses* (Woodward, Stanley) (Entered: 07/15/2022) |
| 07/20/2022 | 392 | MOTION to Withdraw as Attorney by Kristin McGough. by FEDERICO GUILLERMO KLEIN. (McGough, Kristin) (Entered: 07/20/2022) |
| 07/20/2022 | | MINUTE ORDER granting 392 Motion to Withdraw as to FEDERICO GUILLERMO KLEIN (9). Attorney McGough is no longer involved in this case. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/20/22. (lctnm2) (Entered: 07/20/2022) |
| 07/27/2022 | | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. The parties shall take notice that a Status Conference to discuss any Motions to Continue the Group II trial is scheduled for 8/3/2022, at 10:00 AM via videoconference before Judge Trevor N. McFadden. (ztg) Modified to correct typo on 7/27/2022 (ztg). (Entered: 07/27/2022) |
| 07/27/2022 | 397 | MOTION for Bench Trial *or in the alternative*, MOTION to Continue *Trial* by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 07/27/2022) |
| 07/28/2022 | | **ENTERED IN ERROR.....** MINUTE ORDER granting 396 Sealed Motion for Leave to File Under Seal as to CHRISTOPHER JOSEPH QUAGLIN. The Clerk's Office shall place ECF No. 396−1 on the case docket as Defendant's Motion to Continue and shall place ECF No. 396−2 under seal on the docket as Exhibit A to that Motion. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/28/22. (lctnm3) Modified to mark order as error on 7/29/2022 (zkh). (Entered: 07/28/2022) |
| 07/29/2022 | 402 | REPLY in Support by FEDERICO GUILLERMO KLEIN re 308 MOTION to Dismiss Count *Thirty−Four (34)* (Woodward, Stanley) (Entered: 07/29/2022) |
| 07/29/2022 | 403 | REPLY in Support by FEDERICO GUILLERMO KLEIN re 312 MOTION for Leave to Join *and for Discovery re: Selective Prosecution* (Woodward, Stanley) (Entered: 07/29/2022) |
| 07/29/2022 | 404 | REPLY in Support by FEDERICO GUILLERMO KLEIN re 309 MOTION to Change Venue (Woodward, Stanley) (Entered: 07/29/2022) |
| 07/29/2022 | 405 | REPLY in Support by FEDERICO GUILLERMO KLEIN re 310 MOTION in Limine *to Exclude Evidence* (Woodward, Stanley) (Entered: 07/29/2022) |
| 08/05/2022 | | NOTICE OF RESCHEDULED HEARING as to CHRISTOPHER JOSEPH QUAGLIN (4). The VTC Status Conference previously set for 8/3/2022, is RESCHEDULED to 8/8/2022 at 3:00 PM before Judge Trevor N. McFadden. The parties shall take notice that only Mr. Quaglin, Attorney McBride and government counsel are requested to be present. (hmc) (Entered: 08/05/2022) |
| 08/11/2022 | 409 | ORDER re pending Motions to Dismiss as to DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), and FEDERICO GUILLERMO KLEIN (9). See attached Order for details. Signed by Judge Trevor N. McFadden on 8/11/2022. (lctnm3) (Entered: 08/11/2022) |
| 08/11/2022 | 410 | ORDER re various pending Motions as to DAVID LEE JUDD (3), CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), and FEDERICO GUILLERMO KLEIN (9). See attached Order for details. Signed by Judge Trevor N. McFadden on 8/11/2022. (lctnm3) (Entered: 08/11/2022) |
| 08/12/2022 | 411 | RESPONSE by USA as to FEDERICO GUILLERMO KLEIN re 397 MOTION for Bench Trial *or in the alternative* MOTION to Continue *Trial* (Paschall, Kimberly) (Entered: 08/12/2022) |
| 08/15/2022 | 414 | Consent MOTION for Extension of Time to File *proposed voir dire and jury instructions* by DAVID LEE JUDD. (Mullin, Elizabeth) (Entered: 08/15/2022) |

| | | |
|---|---|---|
| 08/15/2022 | 415 | MOTION Join and Adopt Motion 414 *to Extend Time File Proposed Jury Instructions and Voir Dire* by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) Modified event type on 8/16/2022 (zltp). (Entered: 08/15/2022) |
| 08/16/2022 | 416 | Unopposed MOTION for Joinder by STEVEN CAPPUCCIO as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Exhibit Order)(Douenat, Marina) (Entered: 08/16/2022) |
| 08/16/2022 | | MINUTE ORDER granting the 414 Motion for Extension of Time to File Proposed Voir Dire and Jury Instructions as to DAVID LEE JUDD (3). The parties shall file their proposed voir dire and jury instructions on or before Friday, August 19, 2022. Upon consideration of the 415 and 416 Motions to Join and Adopt as to FEDERICO GUILLERMO KLEIN (9) and STEVEN CAPPUCCIO (8), the Court grants these Motions and will treat Defendants Klein and Cappuccio as having joined the 414 Motion for Extension of Time. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/16/2022. (lctnm3) (Entered: 08/16/2022) |
| 08/19/2022 | 417 | MOTION for Extension of Time to File *Group 2 Jury Instructions & Voir Dire* by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN. (Bond, Jocelyn) (Entered: 08/19/2022) |
| 08/19/2022 | | MINUTE ORDER granting the 417 Motion for Extension of Time to File Group 2 Jury Instructions & Voir Dire. The Court will set a new due date for Group 2 to file Jury Instructions and Voir Dire, if they remain necessary, at the August 23, 2022 Pre−Trial Conference. SO ORDERED. Signed by Judge Trevor N. McFadden on 8/19/2022. (lctnm3) (Entered: 08/19/2022) |
| 08/23/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Pretrial Conference as to CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 8/23/2022. All three defendants waived their right to a trial by jury. All jury trial related deadlines vacated. Defendant Cappuccio's 305 and 306 expert notices, provisionally granted. Defendant's full and proper expert notices due by 10/15/2022, government's opposition due by 11/15/2022. 331 Motion in Limine − Inflammatory Words and Phrases, denied as moot in light of defendant Cappuccio's withdrawal. 304 Motion to Exclude Evidence at Trial, denied as moot in light of defendant Cappuccio's withdrawal. 316 Motion to Exclude Irrelevant and Prejudicial Evidence Under Federal Rules of Evidence 401 and 403, denied as moot without prejudice as to defendants Quaglin and Klein. Defendant Klein's 397 Motion to Continue Trial, granted. Bench Trial as to defendants Quaglin, Cappuccio and Klein set for 4/10/2023 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Time under the Speedy Trial Act is excluded from 8/23/2022 through 4/10/2023, in the interest of justice. Bond Status of Defendants: (4): Committed/Commitment Issued, (8) & (9): Personal Recognizance. Defense Attorneys: (4): Joseph D. McBride, (8): Marina T. Douenat, Edgar L. Holguin, (9): Stanley Edmund Woodward, Jr.; US Attorneys: Kimberly L. Paschall, Jocelyn P. Bond, Ashley Akers; Court Reporter: Tammy Nestor. (hmc) (Entered: 08/24/2022) |

| 08/23/2022 | 440 | WAIVER of Trial by Jury as to FEDERICO GUILLERMO KLEIN (9). Approved by Judge Trevor N. McFadden on 8/23/2022. (hmc) (Entered: 08/24/2022) |
|---|---|---|
| 08/24/2022 | | MINUTE ORDER as to CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO(8), FEDERICO GUILLERMO KLEIN (9). All parties in the Group 2 Bench Trial shall submit trial briefs, if any, no later than one week before trial. Signed by Judge Trevor N. McFadden on 8/24/2022. (hmc) (Entered: 08/24/2022) |
| 09/10/2022 | 471 | RESPONSE by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN re: *469 Defendant Stevens Memorandum of Law on 18 USC 111(a)* (Bond, Jocelyn) Modified text to include linkage on 9/26/2022 (zltp). (Entered: 09/10/2022) |
| 03/08/2023 | 564 | NOTICE OF ATTORNEY APPEARANCE Anthony William Mariano appearing for USA. (Mariano, Anthony) (Entered: 03/08/2023) |
| 03/10/2023 | 567 | NOTICE OF ATTORNEY APPEARANCE Kaitlin Klamann appearing for USA. (Attachments: # 1 Certificate of Service)(Klamann, Kaitlin) (Entered: 03/10/2023) |
| 03/13/2023 | 571 | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for FEDERICO GUILLERMO KLEIN (Shipley, William) (Entered: 03/13/2023) |
| 03/17/2023 | | NOTICE OF HEARING as to CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The parties shall take notice that a VTC Status Conference is set for 3/21/2023 at 3:30 PM before Judge Trevor N. McFadden. (hmc) (Entered: 03/17/2023) |
| 03/21/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held via video on 3/21/2023. Defendant Klein's presence waived for this hearing. Defendant Quaglin's motion for severance, denied. Defendant Quaglin's motion to continue bench trial, granted. Bench trial previously scheduled for 4/10/2023, vacated. Ascertainment of Counsel Hearing as to CHRISTOPHER JOSEPH QUAGLIN (4) and Status Conference as to all three defendants set for 4/17/2023 at 2:00 PM via videoconference before Judge Trevor N. McFadden. Defendant's Cappuccio's appearance is waived for this hearing. Time under the Speedy Trial Act tolled from 3/21/2023 to 4/17/2023, in the interest of justice. Bond Status of Defendants: (4): committed, (8) personal recognizance, (9): personal recognizance, presence waived for this hearing. Defense Attorneys: (4): Jonathan Gross, (8): Marina T. Douenat, Edgar H. Holguin, (9): Stanley E. Woodward, Jr., William L. Shipley, Jr.; US Attorneys: Anthony W. Mariano, Kaitlin Klamann; Court Reporter: Lisa Edwards. (hmc) (Entered: 03/22/2023) |
| 03/25/2023 | 593 | TRANSCRIPT OF STATUS CONFERENCE in case as to CHRISTOPHER JOSEPH QUAGLIN, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on March 21, 2023; Page Numbers: 1−23. Date of Issuance: March 25, 2023. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, |

| | | |
|---|---|---|
| | | (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/15/2023. Redacted Transcript Deadline set for 4/25/2023. Release of Transcript Restriction set for 6/23/2023.(zlfe) (Entered: 03/25/2023) |
| 04/11/2023 | 617 | TRANSCRIPT OF PROCEEDINGS in case as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN before Judge Trevor N. McFadden held on 12//17/2021; Page Numbers: 1−95. Date of Issuance:12/24/2021. Court Reporter/Transcriber Lisa K. Bankins, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/2/2023. Redacted Transcript Deadline set for 5/12/2023. Release of Transcript Restriction set for 7/10/2023.(zhsj) (Entered: 04/14/2023) |
| 04/17/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 4/17/2023. Defendant Quaglin (4) was not present for this hearing. Defendant Klein's presence was waived during the previous status conference. Attorney Maria Rodriguez will be lead counsel for defendant Quaglin (4). Bench Trial rescheduled to 7/11/2023 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. Trial briefs due by 7/6/2023. Time under the Speedy Trial Act tolled from 4/17/2023 to 7/11/2023, in the interest of justice. Bond Status of Defendants: (4): committed, no present for this hearing, (8) personal recognizance, (9): personal recognizance, presence waived for this hearing; Defense Attorneys: (4): Maria Rodriguez, Jonathan Gross, (8): Marina T. Douenat, Edgar H. Holguin, (9): Stanley E. Woodward, Jr., William L. Shipley, Jr.; US Attorneys: Ashley Akers, Anthony W. Mariano, Kaitlin Klamann; Court Reporter: Tammi Sefranek. (hmc) (Entered: 04/17/2023) |
| 05/29/2023 | 648 | MOTION to Withdraw as Attorney by FEDERICO GUILLERMO KLEIN. (Shipley, William) (Entered: 05/29/2023) |

| 05/30/2023 | | MINUTE ORDER as to FEDERICO GUILLERMO KLEIN (9) granting 648 Motion to Withdraw as Attorney. Attorney William Shipley will no longer represent Defendant FEDERICO GUILLERMO KLEIN (9). SO ORDERED. Signed by Judge Trevor N. McFadden on 5/30/2023. (lctnm3) Modified to add defendant's name on 5/31/2023 (hmc). (Entered: 05/30/2023) |
|---|---|---|
| 06/22/2023 | | NOTICE OF RESCHEDULED HEARING as to CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). The Bench Trial for Group 2 previously set for 7/11/2023, is RESCHEDULED to 7/10/2023 at 9:30 AM in Courtroom 2 before Judge Trevor N. McFadden. (hmc) (Entered: 06/22/2023) |
| 06/29/2023 | 660 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Certificate of Service)(Rosen, Gregory) (Entered: 06/29/2023) |
| 06/29/2023 | 662 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to PATRICK EDWARD MCCAUGHEY, III, TRISTAN CHANDLER STEVENS, DAVID LEE JUDD, CHRISTOPHER JOSEPH QUAGLIN, ROBERT MORSS, GEOFFREY WILLIAM SILLS, DAVID MEHAFFIE, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Paschall, Kimberly) (Entered: 06/29/2023) |
| 07/04/2023 | 663 | NOTICE *of Intent to Offer Evidence Pursuant to Rule 902(11)* by USA as to CHRISTOPHER JOSEPH QUAGLIN, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Klamann, Kaitlin) (Entered: 07/04/2023) |
| 07/06/2023 | 667 | TRIAL BRIEF by USA as to CHRISTOPHER JOSEPH QUAGLIN, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Attachments: # 1 Proposed Stipulations)(Akers, Ashley) (Entered: 07/06/2023) |
| 07/07/2023 | 668 | NOTICE OF ATTORNEY APPEARANCE Laura Elizabeth Hill appearing for USA. (Hill, Laura) (Entered: 07/07/2023) |
| 07/09/2023 | 672 | TRIAL BRIEF by USA as to CHRISTOPHER JOSEPH QUAGLIN, STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Hill, Laura) (Entered: 07/09/2023) |
| 07/10/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to CHRISTOPHER JOSEPH QUAGLIN (4), STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) began and held on 7/10/2023. Bench Trial converted to a Stipulated Bench Trial as to CHRISTOPHER JOSEPH QUAGLIN (4). Bench Trial as to STEVEN CAPPUCCIO (8) and FEDERICO GUILLERMO KLEIN (9) continued to 7/11/2023 at 9:30 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Bond Status of Defendants: (4): committed/commitment issued, (8), (9): personal recognizance. Defense Attorneys: (4): Jonathan Gross, Maria Teresa Rodriguez, (8): Marina T. Douenat, Edgar H. Holguin, (9): Stanley E. Woodward, Jr.; US Attorneys: Ashley Akers, Kaitlin Klamann, Laura E. Hill; Court Reporter: Nancy Meyer. Government Witnesses: Lieutenant George McCree, Officer Laschon Harvell, Officer Henry Foulds, Officer Omar Forrester (testimony began and continued). (hmc) (Entered: 07/10/2023) |

| 07/11/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) resumed and held on 7/11/2023. Any additional briefing due by 8:00 AM on 7/12/2023. Bench Trial continued to 7/12/2023 at 9:30 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (8): Marina T. Douenat, Edgar H. Holguin, (9): Stanley E. Woodward; US Attorneys: Ashley Akers, Kaitlin Klamann, Laura E. Hill; Court Reporter: Nancy Meyer. Government Witnesses: Officer Omar Forrester (testimony resumed and concluded), Sergeant William Bogner, Officer Daniel Hodges. (hmc) (Entered: 07/11/2023) |
| 07/12/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) resumed and held on 7/12/2023. Government's 675 Motion to Exclude the Expert Testimony of Brian Cutler, DENIED. Government's 677 Motion to Exclude the Expert Testimony of Dr. Stephen Nicholas Xenakis, DENIED. Bench Trial continued to 7/13/2023 at 9:30 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (8): Marina T. Douenat, Edgar H. Holguin, (9): Stanley E. Woodward; US Attorneys: Ashley Akers, Kaitlin Klamann, Laura E. Hill; Court Reporter: Nancy Meyer. Government Witnesses: Officer Morris Moore Jr., Gabriela Mancini, Special Agent Jon Comottor, Special Agent Benjamin Fulp (testimony began and continued). Defendant Cappuccio's Witness: Dr. Brian Cutler (appeared by video). (hmc) (Entered: 07/12/2023) |
| 07/13/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) resumed and held on 7/13/2023. Defendants' oral motions for judgement of acquittal, deferred by the Court. Bench Trial continued to 7/14/2023 at 9:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (8): Marina T. Douenat, Edgar H. Holguin, (9): Stanley E. Woodward; US Attorneys: Ashley Akers, Kaitlin Klamann, Laura E. Hill; Court Reporters: Nancy Meyer (AM), Lisa Moreira (PM). Government Witnesses: Special Agent Benjamin Fulp (testimony resumed and concluded), Alina Banasyak. Defendant Cappuccio's Witnesses: Michael Ingersoll, General Stephen Xenakis, Steven Cappuccio (testimony began and continued). (hmc) (Entered: 07/13/2023) |
| 07/14/2023 | 680 | NOTICE *of Authority* by USA as to STEVEN CAPPUCCIO, FEDERICO GUILLERMO KLEIN (Akers, Ashley) (Entered: 07/14/2023) |
| 07/14/2023 | 681 | NOTICE *of Authority* by FEDERICO GUILLERMO KLEIN (Woodward, Stanley) (Entered: 07/14/2023) |
| 07/14/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) resumed and held on 7/14/2023. Government's motion to reopen its case in chief, granted. Defendants' renewed oral motions for judgement of acquittal, deferred by the Court. Oral Ruling set for 7/20/2023 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance; Defense Attorneys: (8): Marina T. Douenat, Edgar H. Holguin, (9): Stanley E. Woodward; US Attorneys: Ashley Akers, Kaitlin Klamann, Laura E. Hill; Court Reporter: Nancy Meyer. Defendant Cappuccio's Witness: Steven Cappuccio (testimony resumed and concluded). (hmc) (Entered: 07/14/2023) |
| 07/14/2023 | 682 | |

| | | |
|---|---|---|
| | | Right to Testify by FEDERICO GUILLERMO KLEIN (9). (hmc) (Entered: 07/17/2023) |
| 07/14/2023 | 683 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). (hmc) (Entered: 07/17/2023) |
| 07/14/2023 | 684 | EXHIBIT LIST by USA as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). (hmc) (Entered: 07/17/2023) |
| 07/14/2023 | 685 | EXHIBIT LIST by FEDERICO GUILLERMO KLEIN (9). (hmc) (Entered: 07/17/2023) |
| 07/20/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Oral Ruling as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9) held on 7/20/2023. VERDICT of Guilty rendered by the Court as to STEVEN CAPPUCCIO (8) on Counts 28s, 29s, 30s, 35s, 42s, 50s, 53s. VERDICT of Not Guilty rendered by the Court as to STEVEN CAPPUCCIO (8) on Counts 34s, 52s. VERDICT of Guilty rendered by the Court as to FEDERICO GUILLERMO KLEIN (9) on Counts 9s, 17s, 19s, 27s, 34s, 35s, 52s, 53s. VERDICT of Guilty rendered by the Court as to FEDERICO GUILLERMO KLEIN (9) on Counts 31s−32s under 111(a), but Not Guilty under 111(b). VERDICT of Guilty rendered by the Court as to FEDERICO GUILLERMO KLEIN (9) on Count 43s of disruptive conduct under 18 U.S.C. § 1752(a)(2), but NOT GUILTY of the dangerous weapon enhancement found in § 1752(b)(1)(A). VERDICT of Guilty rendered by the Court as to FEDERICO GUILLERMO KLEIN (9) on Count 51s under 18 U.S.C. § 1752(a)(4), but NOT GUILTY of the dangerous weapon enhancement found in § 1752(b)(1)(A). REFERRAL TO PROBATION OFFICE for Presentence Investigation as to STEVEN CAPPUCCIO (8), FEDERICO GUILLERMO KLEIN (9). Sentencing as to STEVEN CAPPUCCIO (8) set for 10/19/2023 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Sentencing as to FEDERICO GUILLERMO KLEIN (9) set for 11/3/2023 at 10:00 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Defendant FEDERICO GUILLERMO KLEIN (9) directed to not have any contact with any witnesses or not have any third party contact any witnesses on his behalf. Government's oral motion as to FEDERICO GUILLERMO KLEIN (9) to revoke his release, heard and denied. Government's oral motion as to STEVEN CAPPUCCIO (8) to revoke his release, heard and granted. Defendant CAPPUCCIO (8) was remanded to the custody of the U.S. Marhals. Bond Status of Defendants: (8): Committed/Commitment issued; (9): Personal Recognizance. Defense Attorneys: (8): Marina T. Douenat, (9): Stanley E. Woodward; US Attorneys: Ashley Akers, Kaitlin Klamann, Laura E. Hill; Court Reporter: Nancy Meyer.(hmc) (Entered: 07/20/2023) |
| 07/21/2023 | 688 | COURT VERDICT as to FEDERICO GUILLERMO KLEIN (9). See text for details. Signed by Judge Trevor N. McFadden on 7/21/2023. (lctnm3) (Entered: 07/21/2023) |
| 07/28/2023 | | MINUTE ORDER as to STEVEN CAPPUCCIO (8) and FEDERICO GUILLERMO KLEIN (9) directing the Government, after consultation with and consent of the Defendants, to promptly make the video exhibits submitted at trial between July 10, 2023 and July 14, 2023, publicly available without restrictions by providing access using the "drop box" technical solution described in Standing Order 2l−28, In re: Media Access to Video Exhibits in Pretrial Capitol Cases. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/28/23. (lctnm3) (Entered: 07/28/2023) |
| 10/27/2023 | 717 | |

| | | |
|---|---|---|
| | | SENTENCING MEMORANDUM by USA as to FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit A: Klein's GiveSendGo)(Klamann, Kaitlin) (Entered: 10/27/2023) |
| 10/27/2023 | 719 | SENTENCING MEMORANDUM by FEDERICO GUILLERMO KLEIN (Woodward, Stanley) (Entered: 10/27/2023) |
| 11/02/2023 | 725 | NOTICE *OF FILING* by USA as to FEDERICO GUILLERMO KLEIN (Attachments: # 1 Exhibit Victim Impact Statement)(Klamann, Kaitlin) (Entered: 11/02/2023) |
| 11/03/2023 | 726 | RESPONSE by FEDERICO GUILLERMO KLEIN re 717 Sentencing Memorandum (Woodward, Stanley) (Entered: 11/03/2023) |
| 11/03/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 11/3/2023 as to FEDERICO GUILLERMO KLEIN (9). Defendant sentenced to a term of Seventy (70) Months of Incarceration on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s; a term of Sixty (60) Months of Incarceration on Count 35s; a term of Twelve (12) Months of Incarceration on each of Counts 43s and 51s; a term of Six (6) Months of Incarceration on each of Counts 52s and 53s, with all terms to run concurrently, followed by a term of Twenty−Four (24) Months of Supervised Release on each of Counts 9s, 17s, 19s, 27s, 31s−32s, 34s, 35s; a term of Twelve (12) Months of Supervised Release on each of Counts 43s and 51s, with all terms to run concurrently. Special Assessment of $100 imposed on Counts 9s, 17s, 19s, 27s, 31s−32s; $25 imposed on Counts 43s and 51s; $10 imposed on Counts 52s and 53s, for a total of $870. Restitution imposed in the amount of $2,000. Fine imposed in the amount of $3,000. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Stanley Woodward, Jr.; US Attorneys: Ashley Akers, Kaitlin Klamann, Laura E. Hill; Probation Officer: Sherry Baker; Court Reporter: Lisa Edwards. (hmc) (Entered: 11/03/2023) |
| 11/07/2023 | 733 | JUDGMENT as to FEDERICO GUILLERMO KLEIN. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 11/7/2023. (zltp) (Entered: 11/15/2023) |
| 11/07/2023 | 734 | STATEMENT OF REASONS as to FEDERICO GUILLERMO KLEIN. re 733 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 11/7/2023. (zltp) (Entered: 11/15/2023) |
| 11/22/2023 | 735 | NOTICE OF APPEAL − Final Judgment by FEDERICO GUILLERMO KLEIN re 733 Judgment. Filing fee $ 505, receipt number ADCDC−10512921. Fee Status: Fee Paid. Parties have been notified. (Woodward, Stanley) (Entered: 11/22/2023) |
| 11/22/2023 | 736 | MOTION for Extension of Time to *file Notice of Appeal* by FEDERICO GUILLERMO KLEIN. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) (Entered: 11/22/2023) |
| 11/23/2023 | | MINUTE ORDER as to FEDERICO GUILLERMO KLEIN (9): The Court ORDERS that Defendant's 736 Motion for Extension of Time is GRANTED. Defendant's Notice of Appeal shall be considered timely filed. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/22/2023. (lctnm3) (Entered: 11/23/2023) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Criminal No. 1:21-CR-00040-TNM** |
| **v.** | ) | |
| | ) | |
| **FEDERICO GUILLERMO KLEIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant Federico Guillermo Klein appeals to the United

States Court of Appeals for the District of Columbia from the Judgment and Sentence entered in

this case on November 3, 2023 (ECF No. 733).

Dated: November 22, 2023          Respectfully submitted,

          _/s/ Stanley E. Woodward, Jr._
          Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
          BRAND WOODWARD LAW, LP
          400 Fifth Street, Northwest, Suite 350
          Washington, DC  20001
          202-996-7447 (telephone)
          202-996-0113 (facsimile)
          Stanley@BrandWoodwardLaw.com

          *Counsel for Defendant Federico Guillermo Klein*

## **CERTIFICATE OF SERVICE**

On Wednesday, November 22, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

_____/s/ Stanley E. Woodward, Jr._____
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| FEDERICO GUILLERMO KLEIN | ) Case Number:  21-cr-40-9 (TNM) |
| | ) USM Number:  33079-509 |
| | ) Stanley Edmund Woodward, Jr. |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   9, 17, 19, 27, 31-32, 34, 35, 43, 51, 52, 53 of the Fifth Superseding Indictment
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 111(a)(1) and 2 | Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting | 1/6/2021 | 9s |
| 18 USC 111(a)(1) and 2 | Assaulting, Resisting, or Impeding Certain Officers and | 1/6/2021 | 17s |

The defendant is sentenced as provided in pages 2 through ___9___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/3/2023
Date of Imposition of Judgment

Signature of Judge

Trevor N. McFadden, U.S. District Judge
Name and Title of Judge

11/7/23
Date

36

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1A

| | Judgment—Page | 2 | of | 8 |

DEFENDANT:  FEDERICO GUILLERMO KLEIN
CASE NUMBER:  21-cr-40-9 (TNM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | Aiding and Abetting | | |
| 18 USC 111(a)(1) and 2 | Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting | 1/6/2021 | 19s |
| 18 USC 111(a)(1) and 2 | Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting | 1/6/2021 | 27s |
| 18 USC 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers | 1/6/2021 | 31s - 32s |
| 18 USC1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 34s |
| 18 USC 231(a)(3) | Civil Disorder | 1/6/2021 | 35s |
| 18 USC 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 43s |
| 18 U.S.C. 1752(a)(4) | Engaging in Physical Violence in a Restricted Building or Grounds | 1/6/2021 | 51s |
| 40 USC 5104(e)(2)(D), 2 | Disorderly Conduct in a Capitol Building | 1/6/2021 | 52s |
| 40 USC 5104(e)(2)(F), 18:2 | Act of Physical Violence in a Capitol Grounds or Buildings | 1/6/2021 | 53s |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT: FEDERICO GUILLERMO KLEIN
CASE NUMBER: 21-cr-40-9 (TNM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Seventy (70) Months on Counts 9s, 17s, 19s, 27s, 31s-32s, 34s; Sixty (60) Months on Count 35s; Twelve (12) Months on Counts 43s, 51s; Six (6) Months on Counts 52s, 53s, all terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
  - incarceration at FCI Petersburg or FCI Cumberland.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m.  ☐ p.m.  on _____ .

  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:   FEDERICO GUILLERMO KLEIN
CASE NUMBER:   21-cr-40-9 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Twenty-Four (24) Months on Counts 9s, 17s, 19s, 27s, 31s-32s, 34s, 35s; Twelve (12) Months on Counts 43s, 51s, all terms to run concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☑ The above drug testing condition is suspended, based on the court's determination that you
        pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
        restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
        directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
        reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page ___5___ of ___8___

DEFENDANT: FEDERICO GUILLERMO KLEIN
CASE NUMBER: 21-cr-40-9 (TNM)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

DEFENDANT: FEDERICO GUILLERMO KLEIN
CASE NUMBER: 21-cr-40-9 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Financial Restrictions - You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Fine - You are ordered to pay a fine in the amount of $3,000.

Restitution Obligation - You are ordered to make restitution to an amount of $2,000 to the Architect of the Capitol. Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia.

You must pay the balance of any financial obligations owed at a rate of no less than $200 each month. Payment during the term of supervised release will commence 30 days after release from imprisonment.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___7___ of ___8___

DEFENDANT: FEDERICO GUILLERMO KLEIN
CASE NUMBER: 21-cr-40-9 (TNM)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 870.00 | $ 2,000.00 | $ 3,000.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk of the Court for the United States | | $2,000.00 | |
| District Court, District of Columbia, for | | | |
| disbursement to: | | | |
| Architect of the Capitol | | | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $           0.00 | $        2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

    ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   8   of   8

DEFENDANT:  FEDERICO GUILLERMO KLEIN
CASE NUMBER:  21-cr-40-9 (TNM)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $   870.00   due immediately, balance due

    ☐   not later than _____ , or
    ☑   in accordance with   ☐  C,   ☐  D,   ☐  E, or   ☑  F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☑   Special instructions regarding the payment of criminal monetary penalties:
The financial obligations are payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW,
Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the
change until such time as the financial obligation is paid in full.

    See page: SPECIAL CONDITIONS OF SUPERVISION.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.