IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **FEDERICO GUILLERMO KLEIN,** <br><br> **Defendant.** | ) <br> ) <br> )    Criminal No. 1:21-CR-00040-TNM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Federico Guillermo Klein, by and through the undersigned counsel, hereby respectfully moves this Court, pursuant to Sections 3142 and 3145 of Title 18 of the United States Code, and respectfully requests this Court enter an Order permitting Mr. Klein to travel and spend the night outside of his home for purposes of self-surrendering to serve his sentence. Neither the government, the Pretrial Services Agency for the District of Columbia, nor the Office of the Probation Officer for the United States District Court for the Eastern District of Virginia oppose this request.

On March 2, 2021, Defendant Federico (a/k/a Freddie) Klein was charged with various offenses related to an allegation that he was present at the Capitol Building during the violence that occurred in that area on January 6, 2021. Complaint, *United States v. Klein*, No. 21-cr-236 (D.D.C March 2, 2021) (ECF No. 001). Since or about April 12, 2021, Mr. Klein has been subject to Conditions of Release with Global Positioning System Monitoring pursuant to court order. *See* Order Setting Conditions of Release, *United States v. Klein*, No. 21-cr-236 (D.D.C. April 12, 2021) (ECF No. 30). This Court entered the same Order on October 4, 2021, after Mr. Klein's case was consolidated with the above-captioned action. Order Setting Conditions of Release (Oct. 4, 2021) (ECF No. 148). In relevant part, that Order provides that Mr. Klein shall

be "restricted to [his] residence" and does not otherwise allow Pretrial Services to authorize Mr. Klein to stay anywhere other than his residence.

On July 20, 2023, the Court convicted Mr. Klein of twelve counts related to his participation in the attack of the Capitol Building on January 6, 2021 following a bench trial. On November 3, 2023, the Court sentenced Mr. Klein to Seventy (70) months of incarceration on seven (7) of those Counts; Sixty (60) months of incarceration on one Count Thirty-Five; Twelve (12) Months of incarceration on two Counts; and Six (6) months of incarceration on two Counts, all terms to run concurrently. The Court also imposed Twenty-Four (24) Months of supervised release and imposed both fines and restitution.

The Court entered its Judgment on November 3, 2023 (Nov. 7, 2023) (ECF No. 733), which directed Mr. Klein to, "surrender for service of sentence t the institution designated by the Bureau of Prisons . . . as notified by the Probation or Pretrial Services Office." Thereafter, the Probation Office for the United States District Court for the District of Columbia directed Mr. Klein to report to FCI Ray Brook on January 2, 2023, on or before 2:00PM EST.

FCI Ray Brook, located in northern New York, is more than 500 miles from this District and a more than eight (8) hour drive from Mr. Klein's residence. So as to ensure his timely arrival, Mr. Klein seeks to travel half-way the day before, on January 1, 2023. As requested by the government, which otherwise does not object to Mr. Klein's request, he will provide his pretrial services officer three (3) days' notice of his travel plans, including his estimated departure time and the location where he plans to stay the night. His assigned pretrial officer, "take[s] no position and leave[s] it up to the court to decide." And DC Pretrial Services advises, "[t]he travel is permitted."

2

Accordingly, Mr. Klein respectfully requests this Court permit Mr. Klein to travel to New York on Monday, January 1, 2023, so that he can self-surrender to FCI Ray Brook before 2:00PM EDT on Tuesday, January 2, 2023.

Dated: December 28, 2023      Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Federico Guillermo Klein*

## **CERTIFICATE OF SERVICE**

On Thursday, December 28, 2023, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com