**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES**, | |
| Plaintiff, | |
| v. | Case No. 1:21-cr-00040 (TNM) |
| **FEDERICO GUILLERMO KLEIN**, | |
| Defendant. | |

## ORDER

On November 3, 2023, the Court sentenced Defendant Federico Guillermo Klein to seventy months' incarceration and directed him to "surrender for service of sentence at the institution designated by the Bureau of Prisons." Judgment, ECF No. 733. The Probation Office for the United States District Court for the District of Columbia directed has Klein to report to FCI Ray Brook on January 2, 2023, before 2:00 p.m. Def.'s Mot. to Modify Conditions of Release (Mot.) at 2, ECF No. 743. Under his current conditions of release, Klein is restricted to his residence and is subject to GPS monitoring. *See* Order Setting Conditions of Release, ECF No. 148. Because FCI Ray Brook is over 500 miles from the District of Columbia and over an 8-hour drive from Klein's residence, Klein seeks to modify his conditions of release so that he can travel part way to FCI Ray Brook on January 1, 2023. *See* Mot. at 2.

Solely to facilitate Klein's timely arrival at FCI Ray Brook, it is hereby

**ORDERED** that Klein's [743] Motion to Modify Conditions of Release is GRANTED. Klein's conditions of release are modified to permit him to leave his residence on January 1, 2024, and drive part way to FCI Ray Brook. It is

**FURTHER ORDERED** that Klein will provide his pretrial services officer notice of his travel plans by December 30 at 5:00 p.m., including his estimated departure time and the location where he plans to stay the night.

**SO ORDERED**.

Dated: December 29, 2023

_____/s/_____
TREVOR N. McFADDEN, U.S.D.J.