```
 1                  UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
       * * * * * * * * * * * * * * *    )
 3     UNITED STATES OF AMERICA,        )      Criminal Action
                                        )      No. 21-00040-9
 4                    Plaintiff,        )
                                        )
 5        vs.                           )
                                        )
 6     FEDERICO GUILLERMO KLEIN,        )      Washington, D.C.
                                        )      November 3, 2023
 7                    Defendant.        )      10:01 a.m.
                                        )
 8     * * * * * * * * * * * * * * *    )

 9

10                 TRANSCRIPT OF SENTENCING HEARING
              BEFORE THE HONORABLE TREVOR N. McFADDEN
11                  UNITED STATES DISTRICT JUDGE

12

13     APPEARANCES:

14     FOR THE GOVERNMENT:        KAITLIN KLAMANN, ESQ.
                                  ASHLEY AKERS, ESQ.
15                                LAURA E. HILL, ESQ.
                                  UNITED STATES ATTORNEY'S OFFICE
16                                 FOR THE DISTRICT OF COLUMBIA
                                  601 D Street, Northwest
17                                Washington, D.C. 20530

18     FOR THE DEFENDANT:         STANLEY E. WOODWARD, JR., ESQ.
                                  BRAND WOODWARD LAW, LP
19                                400 Fifth Street, Northwest
                                  Washington, D.C. 20001
20
       FOR U.S. PROBATION:        SHERRY BAKER
21
       REPORTED BY:               LISA EDWARDS, RDR, CRR
22                                Official Court Reporter
                                  United States District Court for the
23                                 District of Columbia
                                  333 Constitution Avenue, Northwest
24                                Room 6706
                                  Washington, D.C. 20001
25                                (202) 354-3269
```

1          THE COURTROOM DEPUTY:  This is Criminal Case

2  21-40-9, the United States of America versus Federico

3  Guillermo Klein.

4          From Probation, Officer Sherry Baker.

5          Counsel, please come forward to identify

6  yourselves for the record, starting with the Government.

7          MS. KLAMANN:  Good afternoon, your Honor.  Kaitlin

8  Klamann, Ashley Akers and Laura Hill for the United States.

9  With us is Special Agent Ben Fulp with the FBI.

10         THE COURT:  Good morning, folks.

11         MR. WOODWARD:  Good morning, your Honor.  Stanley

12 Woodward for Defendant Federico Klein, who is present.  And

13 I'm joined at counsel table by my law clerks, Ashley Akers

14 and --

15         MS. AKERS:  Not yet.

16         MR. WOODWARD:  Sorry.  Ashley Bondoc and Rebecca

17 Socr.

18         Thank you, your Honor.

19         THE COURT:  Good morning, folks.

20         MR. WOODWARD:  Wishful thinking.

21         THE COURT:  We're here for the sentencing of the

22 Defendant, Federico Klein, who's been convicted of several

23 counts of assaulting, resisting or impeding an officer of

24 the United States and aiding and abetting, Counts 9, 17, 19,

25 27, 31, 32; obstruction of an official proceeding, Count 34;

1    Count 35, civil disorder; Count 43, disorderly or disruptive

2    conduct; Count 51, engaging in physical violence; Count 52,

3    disorderly conduct; and Count 53, an act of physical

4    violence in a Capitol building.

5         I have received and reviewed the presentence

6    investigation report and sentencing recommendation from

7    Probation as well as sentencing memoranda from the

8    Government and the defense.

9         I've also reviewed the Defendant's letters

10    attached to his memorandum in his support from family

11    members and friends, and I've also reviewed the supplemental

12    defense memorandum that I received this morning.

13         Are there any other documents or materials that I

14    should have reviewed?  Ms. Klamann?

15         MS. KLAMANN:  Your Honor, we did submit a victim

16    impact statement yesterday afternoon that we received from

17    Sergeant Gonell.  He is actually present in the courtroom

18    today and would like to read that himself to the Court.

19         THE COURT:  Great.  Thank you.

20         I have read that, but certainly Sergeant Gonell is

21    free to make a statement; and we'll leave time for that

22    before the parties allocute.

23         Mr. Woodward, anything I missed on your end?

24         MR. WOODWARD:  No, your Honor.

25         THE COURT:  Mr. Klein, this sentencing hearing

 1     will proceed in four steps, some of which may seem a bit

 2     mechanical to you.  But I want you to keep in mind why we're

 3     here today and the gravity of the situation:  You've

 4     committed a federal crime.

 5            Today's proceeding is a serious matter, as it is

 6     about the consequences that you will face because of your

 7     decision to engage in criminal behavior in violation of

 8     federal law.

 9            The first step of today's hearing is for me to

10     determine whether you've reviewed the presentence report and

11     whether there are any outstanding objections to it and, if

12     so, to resolve those objections.

13            The second step is to calculate your recommended

14     sentence under the United States sentencing guidelines.

15            The third step is to hear from the Government,

16     from your attorney and you, sir, if you wish to be heard

17     about sentencing in this case.

18            And the last step requires the Court to fashion a

19     just and fair sentence in light of the factors Congress set

20     out in 18 USC 3553(a).  As part of this last step, the Court

21     will actually impose the sentence along with the other

22     required consequences of the offense.

23            So turning to that first step, the final

24     presentence investigation report was filed on October 27th,

25     2023.  Probation filed its sentencing recommendation on

1    October 9th, 2023.

2              Mr. Klein filed his memoranda in aid of sentencing

3    on October 27th with a supplement on the 28th and then again

4    today.

5              And the Government filed its memorandum on October

6    27th.

7              Ms. Klamann, does the Government have any

8    objection to any of the factual determinations set forth in

9    the presentence report?

10             MS. KLAMANN:  We do not, your Honor.

11             THE COURT:  Mr. Woodward, have you and Mr. Klein

12   read and discussed the presentence report?

13             MR. WOODWARD:  Yes, your Honor.

14             And just so the record is clear, I would note that

15   we also filed objections to the draft presentence report.

16   That's at ECF 708.  That was filed on October 13th.

17             THE COURT:  As to the final report, are there any

18   outstanding factual objections?

19             MR. WOODWARD:  Factual, no, your Honor.

20             THE COURT:  And, Mr. Klein, if you could approach

21   the podium, sir.

22             Sir, are you fully satisfied with your attorney in

23   this case?

24             THE DEFENDANT:  Yes, your Honor.

25             THE COURT:  Do you feel you've had enough time to

1    talk with him about the probation office's presentence

2    report and the papers the Government filed in connection

3    with sentencing?

4             THE DEFENDANT:  I do, your Honor.

5             THE COURT:  Thank you.  You may have a seat, sir.

6             The Court will accept the facts as stated in the

7    presentence report.  The presentence report will serve as my

8    findings of fact for purposes of this sentencing.

9             My thanks to Officer Baker for her work on this

10   case.

11            The presentence report lays out the probation

12   office's calculation of the advisory guideline range that

13   applies in this case.  I'll attempt to summarize it as

14   follows:

15            As described in the PSR, the guideline for Counts

16   9, 17 and 27 is 2A2.4 or, if the offense constitutes an

17   aggravated assault, 2A2.2.

18            The offense -- this offense does constitute an

19   aggravated assault, according to the probation office.  So

20   the base offense level would be 14.

21            As described in the PSR, the applicable guideline

22   for Count 19 is 2A2.4.  That gives a base offense level of

23   10.

24            As described in the PSR, the applicable guidelines

25   for Count 31 and 32 is 2A2.4 or, if the offense constitutes

1    an aggravated assault, 2A2.2.  Because the offense did

2    constitute an aggravated assault, this again would have a 14

3    offense level.

4           As described in the PSR, the applicable guideline

5    for Count 34 is 2J1.2.  According to 2J1.2, the base offense

6    level is 14.  The applicable guideline for Count 35 is

7    2X5.1, which adopts 2A2.2, giving us a base offense level

8    for that Count 2.

9           The applicable guideline for Count 43 and 51 is

10   2A2.2, with a base offense level of 14.  The guidelines do

11   not address Counts 52 and 53 because they are Class B

12   misdemeanors.

13          Guideline 3D1 addresses grouping for counts for

14   sentencing purposes.  Under the PSR, the counts here are

15   combined into six groups.  Group 1 contains Counts 9, 34 and

16   43.  Group 2 contains Count 17.  Group 3 contains Count 19.

17   Group 4 contains Counts 27, 35 and 51.  Group 5 contains

18   Count 31.  And Group 6 contains Count 32.

19          Under Guideline 3D1.3, the base offense level for

20   Group 1 is 14.  The base offense level for Group 2 is 14.

21   The base offense level for Group 3 is 10.  The base offense

22   level for Group 4 is 14.  And the base offense level for

23   Group 5 is 14.  The base offense level for Group 6 is 14.

24          There are no special offense characteristic

25   enhancements for any of the groups, although there is an

1    adjustment for victims in this case, being law enforcement

2    officers, and the offense being motivated by that status.

3    And so a six-level -- there's a six-level increase for all

4    groups except Count 3.

5              All told, this gives us a total offense level of

6    20 for Group 1; 20 for Group 2; 10 for Group 3; 20 for

7    Group 4; 20 for Group 5; and 20 for Group 6.  So the most

8    serious total offense level for any group is 20.

9              Under Guideline 3D1.4, I apply a four-level

10   enhancement because there are five groups that are equally

11   serious and one group that's more than nine points less

12   serious, meaning that five units apply to the combined

13   offense level.

14             This would give an applicable total offense level

15   of 24.

16             Mr. Klein has no criminal history points, placing

17   him in Criminal History Category I.

18             So with a total offense level of 24 and a criminal

19   history category of I, the guideline range is 51 to 63

20   months, although I'm not sure -- is that what the defense --

21   I'm not sure that's what Probation has actually recommended.

22   Sorry.  Because Probation also has the eight- and

23   three-level obstruction enhancements.

24             THE PROBATION OFFICER:  Correct, your Honor.

25             So actually, for Group 1, we had the adjusted

1    offense level as 31.

2              THE COURT:  Okay.  And so remind me.  What does

3    that leave you with in total, then?

4              THE PROBATION OFFICER:  In total -- the total

5    offense level would be 31.  On Page 20, we have Count Group

6    1 as 31; Count Group 2 as Count 20; Count Group 3 as 10;

7    Count Group 4 as 20; Count Group 5 as 20; and Count Group 6,

8    with total units being one, with it only being one, under

9    3D1.14, it would not cause an increase in that offense

10   level.  And as a result, the total offense level would be

11   31.

12             THE COURT:  With 108 to 135 months?

13             THE PROBATION OFFICER:  Correct, your Honor.

14   Correct.

15             THE COURT:  Thank you.

16             And I know that at least the defense has

17   objections.

18             Mr. Woodward, I'll hear from you first.

19             MR. WOODWARD:  Well, your Honor, if I heard you

20   correctly, I think -- could you actually repeat the grouping

21   enhancement that you applied in your calculation?

22             THE COURT:  Yes.  I think I might need Officer

23   Baker to refresh me on that.  I'm just looking back.  I

24   think she just goes by 31.  So --

25             THE PROBATION OFFICER:  Yes.

```
1            THE COURT:  -- if you're looking at Page 20 --
2            MR. WOODWARD:  I saw that, your Honor.  But I
3    thought I heard you say that you are adding --
4            THE COURT:  I did.  Yes.  That was a mistake.  I
5    think that's if we don't -- it would be if we don't have the
6    31 level.  Yes.
7            MR. WOODWARD:  Well, we've briefed your Honor why
8    we don't think the 11 points apply, that the administration
9    of justice is not clearly intended to include a
10   congressional proceeding.
11           But even if there's a colorable argument, as the
12   Government has argued in this and in other cases, for why it
13   covers a congressional proceeding, it doesn't apply to the
14   certification of the Electoral College.
15           THE COURT:  I understand.
16           Did you have additional objections on the
17   aggravated assault?  Did you wish to be heard on -- I think
18   it was the aggravated assault.
19           MR. WOODWARD:  We do.  We do, your Honor.
20           We think that the Court's findings of fact at the
21   verdict do not warrant the application of the aggravated
22   assault for the admittedly numerous assault charges with
23   which Mr. Klein has been convicted of now, but we think the
24   Court acknowledged even in its own conclusions, especially
25   the remarks that we quoted in our sentencing memorandum
```

1    about the fact that this is largely a nonviolent -- that

2    Mr. Klein was largely nonviolent in the tunnel.

3              I don't want to rehash that unless the Court wants

4    to go over the video again.  But Mr. Klein is not --

5              THE COURT:  Sir, I think Probation is pointing not

6    so much to the violence, but that violence -- the final

7    proviso for aggravated assault looks to an assault with the

8    intention of committing another felony.  I think that's what

9    Officer Baker is relying on.

10             MR. WOODWARD:  I understand.

11             THE COURT:  Why wouldn't that apply?

12             MR. WOODWARD:  The Court's brief indulgence.  I

13   misunderstood that.

14             The aggravated -- the enhancement for an

15   aggravated assault should not apply because these underlying

16   conducts with which Mr. Klein has now been convicted of is

17   the same.

18             So what the Government has done here is charged

19   him with a dozen felonies, but it all largely rests on the

20   same conduct.  And so he wasn't -- there's no proof of

21   intent to commit a separate offense that warrants --

22             THE COURT:  Why not obstruction of an official

23   proceeding?

24             MR. WOODWARD:  Because the conduct that the Court

25   found obstructed the official proceeding was exactly the

1    same conduct that the Court found constituted an assault of

2    a police officer.

3          And so he wasn't doing anything to obstruct the

4    official proceeding that is different from the assaulting of

5    the police officer.

6          The Court found that his presence in the tunnel in

7    addition to some of the messages that the Court considered

8    as evidence constituted -- or satisfied the "corruptly"

9    element of obstructing an official proceeding.

10         And so it might be different if the Government

11   were arguing that he was impeding officers elsewhere at the

12   Capitol.  And so therefore, there are two separate predicate

13   acts, each of which are felonies; and therefore, he was

14   impeding officers with the intent to obstruct an official

15   proceeding, the obstruction of the official proceeding being

16   his presence elsewhere at the Capitol.  But that's not what

17   the evidence at trial came to bear.

18         In fact, all we saw was that he was present at the

19   tunnel, that he was engaged in the scuffle that occurred in

20   the tunnel, that, yes, there were multiple officers there.

21   And so I understand why the Court reached the conclusion

22   that it did in its verdict.

23         But this is akin to saying that you do one thing

24   and now you have demonstrated intent to commit all of these

25   other felonies.

1          And we know why the Government charged it this

2    way.  There's no question that the Government sat down, as

3    I'm sure the Court has done in the past as well, and said:

4    What would sentencing look like?

5          They charged these multiple felonies, including

6    the 231, so that at sentencing they could argue this

7    aggravated enhancement.  And we've seen it time and again.

8          But I think that for the aggravated enhancement to

9    apply, the Government needed to have shown at trial that,

10   while Mr. Klein was committing the assault -- the 111, he

11   also had the intent to commit some other felony and that

12   there was conduct in furtherance of that other felony, not

13   the same underlying conduct for each of the offenses.

14          THE COURT:  Okay.  I think I understand your

15   position.

16          Do you wish to be heard on the official victim

17   enhancement?

18          MR. WOODWARD:  Yes, your Honor.

19          As we lay out in our brief, for -- and the Court

20   acknowledged it has to be motivated by the status of the

21   officer.

22          There's absolutely no evidence here that Mr. Klein

23   came to the Capitol Building with the intent to engage in

24   any violence or otherwise obstructive conduct with the

25   officers that were in the tunnel that day.

```
1              He was in the tunnel.  The Court has found that he

2       was in the tunnel.  There were multiple officers in the

3       tunnel.  But under the Court's own findings, he was there

4       for the purpose of interrupting the official proceeding, and

5       it happened to be that the officers were there.

6              And so for the official victim enhancement to

7       apply, the guidelines made clear that the status as an

8       official victim has to have been the most aggravating factor

9       for the assaultive conduct.  There's just no evidence at all

10      that Mr. Klein bore any animus for law enforcement that day

11      or on any other day and that he was motivated in his actions

12      by the fact that law enforcement was in the tunnel.

13             THE COURT:  And then did you also want to be --

14      well, I think -- is the Government seeking a dangerous

15      weapon enhancement that the probation office did not seek?

16             MS. KLAMANN:  No, your Honor.

17             MR. WOODWARD:  So the probation office, I think,

18      did -- and I did not brief this, candidly -- but in

19      preparing for today I saw that the probation office applied

20      a dangerous weapon enhancement for the -- and I think this

21      will come into play if the Court rejects the probation

22      officer's recommendation of the 11-point enhancement because

23      it makes the next highest, I think, 28 points.  Or maybe

24      it's the Government that does.

25             THE COURT:  I thought the Government had been
```

1    interested --

2          You had not applied a dangerous weapon

3    enhancement.  Am I right about that, Officer Baker?

4          MR. WOODWARD:  It's the Government, in ECF 717.

5    They seek a dangerous weapon enhancement for the 231 charge

6    and a four-point increase as a consequence, which makes, if

7    the Court reject the 11 points, the next highest, the 231,

8    at 28 points.

9          THE PROBATION OFFICER:  No, your Honor.  We didn't

10   seek a dangerous weapon enhancement.

11         THE COURT:  Okay.  So it sounds like the

12   Government is not seeking that now.

13         MR. WOODWARD:  Okay.

14         THE COURT:  And then is the Government seeking the

15   bodily injury enhancement?

16         MS. KLAMANN:  Just one moment, your Honor.

17         I apologize for the confusion, your Honor.  My

18   understanding was that Probation was seeking the dangerous

19   weapon enhancement and the injury enhancement for Count 35,

20   which is the civil disorder.

21         So when you asked me earlier, "Is the Government

22   seeking anything outside of Probation," my answer was no

23   because I believed they were doing that.

24         Yes.  We are asking for the dangerous weapon

25   enhancement and the injury enhancement, which are both

1     plus-four enhancements for Count 35.

2              THE COURT:  So I'll give you an opportunity to

3     address that, Mr. Woodward.  And then I'll give the

4     Government a chance to be heard on that, too.

5              MR. WOODWARD:  I'll start with the dangerous

6     weapon enhancement.

7              We and the Court have litigated dangerous weapon

8     extensively.  And there's simply no evidence that the

9     alleged weapon in this case was being utilized by Mr. Klein

10    in a way that was deadly or dangerous.

11             At sentencing, I think the law is a little bit

12    broader than it is.  But even still, we've got to have some

13    evidence of Mr. Klein using the object in a manner that

14    resulted in, I would argue, the likely serious or deadly or

15    dangerous outcome.

16             And that's just not happening here.  I think the

17    Court actually, having researched this quite a bit recently

18    in another case, has very eloquently articulated what

19    "dangerous or deadly" means in the context of objects that

20    are then utilized in that manner.

21             And we just don't see that with respect to

22    Mr. Klein.  The closest we get, as the Court will recall,

23    there's the two incidents with riot shields, one in which an

24    officer is up against a wall.  But that officer testified

25    and didn't say that -- didn't say that the shield itself was

1    causing him any injury.  He was just stuck behind the

2    shield.

3            And as the Court may recall, there were not just

4    dozens of officers to that officer's right; there were

5    dozens of protesters and rioters to that officer's left.  It

6    wasn't just Mr. Klein.

7            The second incident is when the protesters and

8    rioters are being forced out of the tunnel.  And there is an

9    interaction between Mr. Klein and an officer at that

10   juncture as well.  Again, very similarly, it happens to be

11   there is a riot shield between the officers and the

12   protesters and rioters, which candidly is what we want,

13   because the officers are using the riot shield to force the

14   people out of the tunnel.

15           And so there's no evidence of dangerous or deadly

16   weapon.

17           With respect to bodily injury, there's also no

18   evidence of causation here.  Mr. Klein did not cause any

19   injury to any officer that day.  And the Government I don't

20   think attempted to establish that he caused any in this case

21   to any officer that day.

22           So --

23           THE COURT:  I thought that he tried to show

24   that -- talked about Officer Foulds, I believe, saying that

25   he was exhausted and that he was injured there.

1          MR. WOODWARD:  Yes.  That, we would submit, is not

2     an injury.

3          I mean, that -- even if the Court were to find

4     that being exhausted is an injury, there's no evidence that

5     Officer Foulds's exhaustion was the proximate cause of

6     Mr. Klein and Mr. Klein alone, given the nature of the

7     events in the tunnel.  This is just not an appropriate case

8     for the Court to find there ought to be an enhancement for

9     injury.  That's not what the Government's theory of the case

10    was.

11         THE COURT:  Thank you, sir.

12         Ms. Klamann, I'll hear from you.

13         MS. KLAMANN:  Thank you, your Honor.

14         We're in agreement with the calculations with

15    respect to what's included in the PSR by Probation with the

16    exception of Count 35, that Mr. Woodward just discussed.  If

17    it pleases the Court, I'll start there.

18         THE COURT:  Sure.

19         MS. KLAMANN:  The dangerous weapon enhancement and

20    the injury enhancement here are being sought as a result of

21    the Defendant's use of shields more than once during his

22    time in the tunnel.

23         We understand your Honor found him not guilty on

24    the 111(b) charges on that same basis.  Here, we believe we

25    can prove by a preponderance of the evidence that the way in

1    which he used those shields constituted a dangerous weapon

2    under the sentencing guidelines.

3         As your Honor just pointed out, he used that

4    shield for a period of several minutes against Officer Henry

5    Foulds with the Metropolitan Police Department, causing

6    Officer Foulds to shout out, "I'm exhausted."  At that time,

7    Officer Foulds was not necessarily stuck, but in a very

8    precarious situation with a wall behind him, numerous police

9    officers around him, all trying to maintain that police line

10   in the tunnel.  This created a situation where injury was

11   likely or could have occurred.

12        Additionally, your Honor, as you saw at trial, the

13   Defendant participated in numerous heave-ho motions against

14   the police line while he was in the tunnel, both with and

15   without a shield.  Mostly notably, he participated in a

16   heave-ho motion that resulted in Officer Hodges being pinned

17   in the doors in the tunnel.

18        As your Honor knows through the course of our

19   trial, Officer Hodges did suffer an injury as a result of

20   being pinned in those doors and by being assaulted by

21   Co-Defendants Mr. Cappuccio and Mr. McCaughey.  So those are

22   our bases for those two enhancements.

23        With respect to the other objections of the

24   defense, they're objecting to the plus-three and the

25   plus-eight for the 1512.  I think your Honor is very

1   familiar with our position.  I won't repeat it.  I'll just

2   maintain our objection on those bases.  We do believe that

3   those should apply.

4            THE COURT:  Thank you.

5            MS. KLAMANN:  Lastly, I think the only outstanding

6   issue is the base offense level for the assaults, 2A2.2

7   versus 2A2.4.  The assaults here were clearly aggravated

8   assaults.  He committed each of the assaults with the intent

9   to commit another felony.  Here, there were at least two

10  other felonies, two other types of felonies that he was

11  convicted for, obstruction of Congress and civil disorder.

12           Your Honor has found that he had the intent to

13  obstruct Congress at the time he was on the west plaza.  And

14  so each of the convictions for the assaults, he had that

15  intent.  And so the 2A2.2 base offense guideline should

16  apply here.

17           THE COURT:  And I think also -- do you want to

18  speak briefly on the official victim point?

19           MS. KLAMANN:  Oh, it's clear, your Honor.  The

20  Defendant committed these assaults because they were police

21  officers, because they were in his way trying to keep him

22  from getting inside the United States Capitol.

23           So that enhancement, that plus-six, should clearly

24  apply here.

25           THE COURT:  Thank you.

1          I've considered the briefing and arguments of the

2     parties and I'll resolve the disputes at this point.

3          First, turning to the administration of justice

4     enhancements, I am going to incorporate by reference my

5     opinion in *United States versus Seefried*, 639 F.Supp.3d 8,

6     from this Court in 2022, to find that the eight-level and

7     three-level enhancements do not apply for Count 34.

8          As I noted there, the administration of justice

9     most naturally refers to a judicial or related proceeding

10    that determines rights or obligations.  The electoral

11    certification is not such a proceeding.

12         I therefore find that Mr. Klein's conduct did not

13    constitute interference with the administration of justice,

14    and neither enhancement applies.

15         Of course, also as I noted in that opinion, I

16    think the Government is free to argue by analogy for an

17    upward variance on that basis.  But I'm not going to apply

18    the enhancement.

19         Turning next to the aggravated assault, here, the

20    question is whether 2A2.4 or 2A2.2 applies.

21         Mr. Klein argues the former because in his view

22    his conduct did not rise to the level of aggravated assault.

23         The Government and Probation both agree that

24    Mr. Klein's conduct was aggravated because it was conducted

25    with the intent to commit another felony, namely obstruction

1      of an official proceeding in Count 34, or civil disorder,

2      which I believe was Count 35.

3              Mr. Klein points to Judge Amy Berman Jackson's

4      decision in *United States versus Hamner*, where she declined

5      to apply the aggravated assault guideline because the other

6      felony was simply the exact same assault, just charged

7      differently.

8              Judge Jackson's analysis, I think, has some force

9      if the only other felony referenced here were civil

10     disorder, which I think is closely -- indeed, closely

11     related to the assaultive conduct.  And I think that would

12     be a close question if we were just talking about assaults

13     and civil disorder.

14             However, here, the Defendant was also convicted

15     beyond a reasonable doubt of obstruction of an official

16     proceeding under 18 USC 1512(c), and I don't think that is

17     simply the exact same assault just charged differently.

18             The conduct constituting the Defendant's offense

19     under 1512(c) was sufficiently distinct from the assaultive

20     conduct itself that there is not a risk of duplication or

21     double-counting from applying the aggravated assault

22     guideline.

23             And I should be clear:  I'm not even -- I'm not

24     saying that civil disorder would definitely not apply.  I

25     think arguably an assault in the midst of a riot is an

1    aggravating factor that may justify the aggravated assault

2    guideline.  But in any case, I'm quite confident that

3    obstruction of an official proceeding would qualify as a

4    separate felony.

5           I do find that obstruction of an official

6    proceeding is exactly the kind of second different crime

7    that Judge Jackson agreed could satisfy 2A2.2(d).  I

8    therefore agree with the Government and Probation on this

9    point and will follow the aggravated assault guideline here.

10          Turning to the official victim enhancement:

11   Mr. Klein argues that this should not apply to any of the

12   counts because his assaults on various officers were not

13   motivated by the victims' status as government officers or

14   employees.  In support of this, he argues that he does not

15   have a grudge against any law enforcement officer, has no

16   animus, and in his papers he notes that he himself was a

17   government employee at the time of the offense.

18          I agree with the Government and the probation

19   office that the official victim enhancement applies.  The

20   various officer victims were all employees or officers of

21   the United States at the time.  As for the "motivated by"

22   element, I disagree with Mr. Klein that the Government must

23   show he had a grudge or some sort of animus against law

24   enforcement.

25          Here, he attacked multiple police officers

1    because, by performing their official duties and defending

2    the Capitol, they got in his way or otherwise prevented

3    rioters from entering the building.

4         The fact that the officers' performance of their

5    official duty was what prompted the assaults is enough to

6    show the assaults were motivated by the officers' status as

7    a government officer or employee.

8         I think that enhancement wouldn't apply, for

9    instance, if you're talking about two postal officers who

10   get into a fight between themselves; and you wouldn't

11   necessarily apply the official victim enhancement there,

12   where you're just talking about a workplace dispute.

13        But that's not what we have here.  This is a

14   classic assault on a law enforcement officer where the law

15   enforcement officer is performing his duties and the assault

16   is a direct reaction to his performance of his duties.

17        And I think that enhancement is squarely

18   applicable here.

19        I therefore will apply the official victim

20   enhancement to each of the groups except for Group 3.

21        Turning to the Government's objections, the

22   Government asks that I apply a four-point dangerous weapon

23   enhancement to the civil disorder charge.  Probation has not

24   recommended such an enhancement.  And Mr. Klein disagrees

25   with the Government on this point.

1          The Government points to the Defendant's use of a

2     riot shield, which Mr. Klein used at various points to push

3     back officers and assault officers, at one time -- well, at

4     various times pushing officers back with it.

5          I do not believe that a riot shield counts as a

6     weapon.  At least in the vast majority of cases, that term

7     ordinarily connotes instruments designed for use in

8     offensive combat such as a baton, a knife or a gun.  And a

9     shield is not a weapon at all; it's a defensive tool.

10          I certainly recognize that it's possible to use a

11     shield as a weapon, as I found that Mr. McCaughey used it as

12     a weapon in the instance of Mr. Klein's Co-Defendant.  But I

13     don't believe that kind of unusual fact pattern is present

14     here with Mr. Klein.

15          Moreover, for 2A2.2(b)(2) to apply, the riot

16     shield needs not only to be a weapon, but also a dangerous

17     one.  Even if the shield can be considered a weapon under

18     these circumstances, I don't believe it would qualify as a

19     dangerous weapon.  It's a rigid surface against which a

20     victim may be pressed.  I think reading the dangerous weapon

21     to reach it would strip that phrase of most of its meaning

22     and it would sweep in a great deal of conduct that I do not

23     believe the guideline fairly addresses.  And I'm looking to

24     Justice Gorsuch's concurrence in *Wooden versus United*

25     *States*, 595 U.S. 360, Pages 388 to 392, from 2022, where he

1    summarizes the rule of lenity.

2         So I disagree with the Government's proposed

3    sentencing enhancement and will not apply the dangerous

4    weapon enhancement.

5         Finally, the Government asks that I apply a bodily

6    injury enhancement to the civil disorder charge because the

7    victim sustained an injury somewhere between bodily injury

8    and serious bodily injury.  I'm looking to 2A2.B(3)(d).  The

9    Government references Officer Foulds being exhausted by

10   combat with the rioters and at various points being crushed

11   by Mr. Klein's use of the riot shield.  I don't think the

12   Government has actually pointed to an actual injury that

13   resulted from Mr. Klein's conduct, let alone one approaching

14   serious bodily injury.

15        I heard from Officer Foulds.  I think he was very

16   credible and honest about the difficult situation he faced,

17   but also not claiming that he was injured, at least not by

18   the Defendant.

19        Because the Government does not point to an actual

20   injury suffered by any of the officers as a result of

21   Mr. Klein's conduct, I am going to deny the Government's

22   request for a bodily injury enhancement.

23        So I think that leaves us basically where Officer

24   Baker had recommended with the exception of those two

25   obstruction enhancements.

1          So I'll summarize where I believe this leaves us.

2          I think the base offense level remains unchanged

3     at 20 for each group except Group 3, which is now 10.

4          I then apply no special offense characteristic

5     enhancements and apply the official victim-related

6     enhancement to each group except Group 3.

7          Therefore, a 20-point offense level is the lead

8     group; and applying the units for multiple groups, this

9     produces a total offense level of 24.

10          So with a criminal history category of I and a

11     total offense level of 24, the guideline range, I believe,

12     is 51 to 63 months.

13          Officer Baker, does that match what you understand

14     my ruling to be?

15          THE PROBATION OFFICER:  Your Honor, you're

16     correct.  When you take away those 11 levels and with 20

17     being the driving guideline and then the four-level

18     increase, it would get us to a 24, resulting in a guideline

19     of 51 to 63 months.

20          THE COURT:  Thank you.

21          Ms. Klamann, any questions or concerns about that

22     calculation?

23          MS. KLAMANN:  No, your Honor.

24          THE COURT:  Mr. Woodward?

25          MR. WOODWARD:  No, your Honor.

1          THE COURT:  So I'll ask Ms. Baker if you could

2     prepare an updated presentence report.

3          Turning now to the remaining applicable penalties,

4     which include imprisonment, probation, fines and restitution

5     for Counts 9, 17, 19 and 27, the maximum prison term the

6     Court may impose is eight years.  For Counts 31 and 32, the

7     maximum prison term the Court may impose is eight years.

8     For Count 34, the maximum prison term the Court may impose

9     is 20 years.  For Count 35, the maximum prison term the

10    Court may impose is five years.  For Count 43, the maximum

11    term is one year, as it is for Count 51.  And then for 52

12    and 53, the maximum term of incarceration is six months.

13         Turning to fines, for Counts 9, 17, 19, 27, 31,

14    32, 34 and 35, the maximum fine is $250,000.

15         For Counts 43 and 51, the maximum fine is

16    $100,000.

17         And the guideline range for these offenses is

18    $20,000 to $200,000 under 5E1.2(c)(3).

19         For Count 52 and 53, the maximum fine is $5,000.

20    And there's a mandatory special assessment of $100 for

21    Counts 9, 17, 19, 27, 31, 32, 34 and 35.  There is a

22    mandatory special assessment of $25 for Counts 43 and 51

23    each and a mandatory special assessment of $10 for Counts 52

24    and 53 each.

25         For supervised release, Counts 9, 17, 19, 27, 31,

1    32, 34 and 35 each come with a term of supervised release of

2    not more than three years.  The guideline range for those is

3    one to three years.

4              For Counts 43 and 51, the Court may impose a term

5    of supervised release of not more than one year.  And the

6    guideline range is one year.

7              Turning to probation, Mr. Klein is eligible for

8    one to five years of probation because the counts include

9    Class C and D felonies under the statute.  But under the

10   guidelines, because the guideline range is in Zone D, he

11   would be ineligible for probation.

12             Under 18 USC 3663A, restitution is mandatory in

13   this case.  The Government has sought $2,000.

14             Have I accurately stated the statutory framework

15   under which we are operating in regard to this case?

16   Ms. Klamann?

17             MS. KLAMANN:  Yes, your Honor.

18             THE COURT:  And Mr. Woodward?

19             MR. WOODWARD:  Yes, your Honor.

20             THE COURT:  Having determined the applicable

21   guidelines sentence, the next step is for the Court to

22   consider departures from the guidelines sentence.

23             Is either party seeking a departure as opposed to

24   a variance here?  Ms. Klamann?

25             MS. KLAMANN:  No, your Honor.

1          THE COURT:  And Mr. Woodward?

2          MR. WOODWARD:  No, your Honor.

3          THE COURT:  Before I discuss the other sentencing

4    factors that will bear on the Court's final decision, I will

5    at this point share with the party the sentence Probation

6    has recommended, taking into account Probation's advisory

7    guideline calculation, the available sentences and all of

8    the factors listed in Section 3553(a):  Probation has

9    recommended a sentence of 80 months' incarceration for

10   Counts 9, 17, 19, 27, 31 and 32; 60 months' incarceration

11   for Count 35; 12 months' incarceration for Counts 43 and 51;

12   six months' incarceration for Counts 52 and 53, all of those

13   terms to run concurrently.

14          Probation also recommends 24 months of supervised

15   release and a fine of $3,000.

16          Probation recommends restitution in the amount to

17   be determined at this hearing and a special assessment of

18   $870.  The recommendation of the probation office is based

19   solely on the facts and circumstances contained in the

20   presentence report.

21          I must now consider the relevant factors that

22   Congress set out in 18 USC 3553(a) to ensure the Court

23   imposes a sentence that is sufficient but not greater than

24   necessary to comply with the purposes of sentencing.  These

25   purposes include the need for the sentence imposed to

1   reflect the seriousness of the offense, to promote respect

2   for the law and to provide just punishment for the offense.

3   The sentence should also afford adequate deterrence to

4   criminal conduct, protect the public from future crimes of

5   the Defendant and promote rehabilitation.

6           In addition to the guidelines and policy

7   statements, I must consider the nature and circumstances of

8   the offense, the history and characteristics of the

9   Defendant, the need for the sentence imposed, the guideline

10  ranges, the need to avoid unwarranted sentence disparities

11  among defendants with similar records who have been found

12  guilty of similar conduct and the types of sentences

13  available.

14          Sergeant Gonell, do you wish to make a statement,

15  sir?

16          SERGEANT GONELL:  Yes, sir.

17          THE COURT:  If you could approach the podium and

18  introduce yourself for the record.

19          SERGEANT GONELL:  Good morning.

20          THE COURT:  Good morning, sir.

21          SERGEANT GONELL:  I'm former Capitol Police

22  Sergeant Aquilino Gonell.  Sorry.  Sometimes my accent comes

23  into play.

24          I'm going to begin with my statement and also note

25  that I know that I may not be in the charges, but he did

1    assault me.  He grabbed my shield.  He pushed against me and

2    also used other people as human shields.  But let me get to

3    my statement.

4         I never realized that the biggest threat to our

5    country would come from those who had sworn to protect, like

6    Mr. Klein, a former president, elected official and his

7    supporters.  Because of people like him, Mr. Klein, I lost

8    my career, my health and my financial stability.

9         In the middle of the chaos of January 6th, I was

10   surprised months later to learn that Mr. Klein, a U.S. State

11   Department appointee, government official, someone who took

12   the same oath to protect and defend the United States as I

13   did, would take part in the exact opposite.

14        Instead of assisting me to quell the violence, he

15   joined the fray.

16        He should be held to a different standard like I

17   was, like I would be held accountable.

18        He also should have stayed home or at the State

19   Department, doing his duties, instead of joining a violent

20   mob.

21        Backed and supported by the mob, he became

22   combative and assaulted me multiple times in the middle of

23   the tunnel.

24        Front and center for roughly 15 to 20 minutes,

25   right after they broke the glass doors in the tunnel,

1    Mr. Klein was undeterred by the police presence, commands or

2    the violent fighting that was -- that he was spearheading.

3            A minute of fighting without the backup of roughly

4    30 to 40 officers at the beginning felt like an eternity.

5    We did not have any replacements like they did.  They took

6    turns to hit us, moved back and come back again for second

7    cracks.

8            I went from protecting the Capitol Building to

9    fighting for my survival by trying to protect those inside,

10   regardless of who they were.  Seeing this clean-cut white

11   male wearing an olive green jacket and a red MAGA hat

12   relentlessly attacking me and others, pushing back, pulling

13   me downward and by and against my shield, even as I yelled

14   verbal commands and raised my bloody hand, right hand,

15   trying to get him to stop and back the fuck up.

16           He still wouldn't listen.  He chose the violence

17   even when I was attempting to help a female rioter who was

18   being crushed right in front of him.

19           In fact, he and other rioters tried to take my

20   shield away at the same time.  And once he got tired, he

21   moved behind other rioters and used them as human shields to

22   continue pushing harder.

23           He then grabbed my shield with both hands in his

24   attempt to disarm me yet again.  Mr. Klein's intent was to

25   hurt me and gain entry forcibly through the tunnel.  He then

1   picked up items from the floor and launched them at us.

2   Even when we managed to close the broken doors, he began to

3   pull them so that he could continue their -- his onslaught.

4           Imagine what Mr. Klein would have done if there

5   were no officers in the tunnel.  How far would he get into

6   the Capitol?  How close to stopping the transfer of power

7   would he have gotten to?  Should I have let them in and find

8   out?

9           That's what he -- his defense is claiming to do.

10          Seeing that his efforts were futile, he began to

11  call for other like-minded rioters to take his place.  "We

12  need fresh people; we need fresh patriots," he called out a

13  couple of times after he had been repelled.

14          He was an active participant who chose to take

15  part in multiple felonies to the point we couldn't tend to

16  our wounded officers, therefore weakening our response and

17  our ability to respond to the insurrectionists properly.

18          He intentionally impeded and prevented me from

19  doing my duties as a member of the Capitol Police civil

20  disturbance unit.

21          His interference prolonged the mayhem, contributed

22  to all my injuries and put everyone's life and safety at

23  risk during the unpredictable mob.

24          I kept my oath and duty and defend the Capitol

25  ahead of my own safety and my family because I knew what was

1    at stake.

2         And we thought the violent people like Mr. Klein

3    were coming to the Capitol to finish what they started with

4    firearms.  For us to have closure, those rioters who

5    assaulted us need to be held accountable.

6         Today, he imputedly [sic] is seeking leniency,

7    sounding remorseful or saying that he was peaceful and that

8    he tried to help the officers, adding insult to our

9    injuries.  He did the opposite of what he's claiming.

10        His duplicity is well evident.  It wasn't a lapse

11   of judgment or a cutup moment that got him to do what he

12   did.  He chose to participate in the violent attack and the

13   violence and attack us when he didn't -- and when he didn't

14   attack us, he encouraged others to do the same.

15        He had the opportunity to leave and chose to

16   instead join the heave-ho, pushing to overwhelm my post,

17   nearly crushing me and Officer Hodges to death.

18        He contributed to the violent event that ended my

19   law enforcement career.  I can no longer do the job that I

20   loved and trained my whole life due to my injuries.  The

21   whole country watch -- watch it live on TV, and it was

22   horrific chaos.

23        I was in the thick of it, the hand-to-hand combat,

24   holding my post while it was happening.  And I barely

25   survived it.

1          I still have PTSD remembering what Mr. Klein did

2     to me and my colleagues that day.  The voices, the scream,

3     the agony, but mostly I remember the betrayal from those who

4     claim to support the police like him.

5          He should lose his security clearance and be

6     banned from working in city, state and federal government

7     positions of public trust.  He's a danger to society and our

8     government.  Don't let his privilege fool you with the

9     character letters that others have written about how good of

10    a person he is or was.

11         On January 6th, he demonstrating who he really is

12    and what he's capable of doing.

13         I am one of the many victims -- of his victims.  I

14    wanted to do and I had done a lot for my country.  I just

15    never realized that he would -- people like him would take

16    part in doing the assault on the Capitol.

17         Today, he's dressed similar to what he wore on

18    January 6th with the exception that he doesn't have the red

19    MAGA hat and his green jacket on.  But his beliefs are still

20    the same.

21         And he will attack us, the law enforcement

22    officers, if he's given a chance and put in the same

23    situation again.

24         Those elected officials that he intended to stop

25    from doing their duties, he will attack them again.  And

1    those elected officials, the same elected officials that I

2    risked my life, many of them today deny what my colleagues

3    and I did to prevent them from getting hurt inside with

4    people like him.  That is a disgrace.

5         Because on that day, they were able to go home

6    because of the efforts that we did, my actions and my

7    colleagues'.  They were not harmed, not because of lack of

8    trying by the mob that Mr. Klein was part of.  It was

9    because of officers' bravery like myself, like my

10   colleagues.

11        I hope and I wish for you, your Honor, to apply

12   the maximum sentence on this individual, because he cost me

13   a lot, not only to myself, but to the country.

14        THE COURT:  Thank you, Sergeant Gonell.  I

15   appreciate your appearance here today.

16        Ms. Klamann, do you wish to be heard on the

17   application of the factors set forth in 3553(a), request a

18   variance or otherwise make a sentencing recommendation?

19        MS. KLAMANN:  Yes, your Honor.

20        And just to be clear and consistent with our

21   sentencing memorandum, we are going to be seeking an upward

22   variance here, seeking a sentence of 120 months as if your

23   Honor had applied the plus-three and the plus-eight under

24   the 1512 guidelines.

25        THE COURT:  I understand.

1          MS. KLAMANN:  Your Honor, the focus at sentencing

2     hearings is often squarely on the Defendant, his actions and

3     his history.  And rightfully so.

4          But we want to take just a few minutes this

5     morning to talk again about some of the other people

6     impacted by this case:  the police officers who interacted

7     with the Defendant on January 6th.

8          That's Officer Lashawn Harvel, Sergeant Aquilino

9     Gonell, Officer Carlton Wilhoit, Sergeant William Bogner,

10    Officer Henry Foulds, Officer Morris Moore and many other

11    members of the United States Capitol Police and the

12    Metropolitan Police Department.

13         These men and women are police officers, but

14    they're also just people with families and lives outside of

15    their jobs.  They didn't show up on January 6th to fight;

16    they showed up to work.  They expected it to be just like

17    any other day.

18         But when the riot broke out, they stayed.  I don't

19    think any of us would have faulted any of them when they saw

20    the thousands of angry people or when they encountered them

21    in the dark, crowded hallway of the tunnel if they had just

22    said:  This is not part of my job.  I'm going home to my

23    family.

24         But they didn't.  They made a choice to stay and

25    to defend the Capitol.  And they made that choice over and

1   over and over over the hours of fighting that ensued that

2   afternoon.

3           Those choices stand in sharp contrast to the

4   Defendant's choices that day.

5           He made a choice also over and over and over again

6   on January 6th.  But it was to advance, to attack, to fight

7   and to fight people that were very similar to work that he

8   has done in the past in the Marines, people who were just

9   there to protect their country.

10          That's why we're asking your Honor to enter a

11   sentence of 120 months here.

12          The Defendant repeatedly shoved Officer Harvel on

13   the west plaza of the United States Capitol Building shortly

14   after the riot erupted and amidst the sheer chaos of the

15   fight.

16          And after the police were forced to retreat, he

17   advanced, climbing up to the inaugural stage and beelining

18   it right for the lower west terrace tunnel.

19          But before he entered into the tunnel where he had

20   seen the police go in, he turned to the crowd and he waved

21   them in.  And your Honor has seen the evidence at the trial.

22   You know that the Defendant encouraged other rioters at

23   multiple points during this fight.  This was just the

24   beginning.

25          In the tunnel, where he was for at least 35

1   minutes, he pushed up against officers, using his body,

2   including up against Sergeant Gonell, Officer Foulds and

3   Officer Moore.  He tried to grab a shield out of an

4   officer's hands.  He encouraged other rioters.  He called

5   for reinforcements from the crowd behind him.

6          And as your Honor knows, he obtained stolen

7   shields at various points, which he used in a number of ways

8   against the police, including by pushing against the police

9   and using it to, we know, open the doors in the tunnel.

10         I know we talked a lot at the trial about the

11  impact of that moment, and your Honor heard from Sergeant

12  Bogner about what that meant to him as the person who in

13  that tunnel was making the calls, trying to get his fellow

14  officers to work together to push them out, push the rioters

15  out of the tunnel.

16         In Sergeant Bogner's mind, had they been able to

17  close the doors in that moment, it would have made a huge

18  difference to him.  It would have made a huge differences in

19  being able to back the rioters out of the tunnel and keep

20  his colleagues safe.

21         The Defendant, in working with other rioters to

22  wedge that shield in the doors and prevent that, played a

23  critical role.

24         I know the defense in their sentencing submission

25  talk a lot about focusing in on his role.

1    But his role was more than just the actions that

2    he took.  It was the encouragement he gave to other rioters

3    and it was this moment in the tunnel, when he put the shield

4    in the way and so allowed the onslaught on the police to

5    continue for several more minutes.

6    Mr. Klein was not a passive participant in this

7    day.  He was not carried along by the crowd.  He made

8    choices over and over and over again to advance, to attack.

9    And he did it, as your Honor is well aware, with the intent

10   to get in that building to stop the peaceful transfer of

11   power.

12   He's set off a little bit from his other

13   Co-Defendants in that because his intent is so clear from

14   his position with his employment with the State Department,

15   from the text messages and statements that your Honor saw

16   from the testimony, from a woman who knew him.  He knew what

17   he was doing that day very clearly.  He knew what was going

18   on.  And that's the intent.  That was what was in his mind

19   as he was relentlessly attacking the police.

20   So the Defendant's crimes here were incredibly

21   serious, not just for our democracy as a whole, but also for

22   the very real people that he interacted with that day, those

23   officers that you've heard from, Officer Gonell and many

24   others.

25   I'll just talk briefly now about his history and

1    characteristics.  I just touched on those.

2            He doesn't have much of a criminal history.  We'd

3    admit that's slightly mitigating.  He has one criminal

4    conviction from several years ago for driving under the

5    influence and a couple of arrests.

6            He also served his country in the Marines for a

7    period of nine years.  That's laudable.

8            The thing that's troubling, and I'm sure it's

9    troubling to your Honor as well, is that he would then

10   attack people who are likewise serving and protecting their

11   country.

12           And finally, he was working for the State

13   Department.  And as the Defendant has acknowledged in his

14   sentencing memorandum, he had security clearance.  I think

15   that tells your Honor at least two things that are

16   aggravating:  One, his actions that day, as your Honor noted

17   in your findings following the trial, were at least

18   partially motivated by a personal benefit, the idea that he

19   would keep his job if he were somehow to stop the peaceful

20   transfer of power and keep President Trump in place.

21           It's also troubling and aggravating because he had

22   access to sensitive information.  And he was working for the

23   very government that he was attacking on January 6th.

24           So overall, your Honor, we believe his history and

25   characteristics also support a sentence of 120 months.

1          Last, as your Honor knows, deterrence is a

2     critical factor in these cases.  What happened on

3     January 6th was perhaps the most serious attack on our

4     democracy in our country's history.

5          The Defendant here also shows signs that he may be

6     at a higher risk of recidivism.  So there's also a need of

7     specific deterrence.  I'm thinking mostly of his involvement

8     in the Marines, his job with the State Department, both of

9     which should have deterred him from taking the actions that

10    he took on January 6th.

11         But instead, they seemed to spur him on.  And

12    that's concerning.  That suggests that a higher sentence is

13    necessary to keep him from acting in this way again in the

14    future.

15         And so for all of these reasons, your Honor, the

16    Government is asking you to impose a sentence of 120 months

17    in this case.

18              THE COURT:  Thank you, Ms. Klamann.

19         Mr. Woodward, do you wish to be heard on the

20    application of the factors set forth in 3553(a), request a

21    variance or otherwise make a sentencing recommendation?

22              MR. WOODWARD:  We do, your Honor.

23         Your Honor, in this case, our view is that the

24    Government's position is betrayed by the nature of its

25    request.

1          Your Honor will recall the sentencing of one of

2     Mr. Klein's Co-Defendants, David Lee Judd.  And at

3     Mr. Judd's sentencing, the Government came before you and

4     described Mr. Judd as one of the most serious offenders on

5     January 6th, the highest level of offenders on January 6th.

6          And yet the Government sought 30 months less of a

7     sentence for Mr. Judd than they are now for Mr. Klein.

8          Your Honor, this case from the beginning has been

9     about the publicity that the Government has obtained in its

10    prosecution of Mr. Klein, from the press release that it

11    issued following his arrest about Mr. Klein being the first

12    presidential appointee to be charged with the events of that

13    day, from the position that it took in seeking his detention

14    pending trial, that because he had sworn an oath to uphold

15    the Constitution, somehow the law was different as to him,

16    that we weren't to look at the standard factors for pretrial

17    detention, and that his conduct alone on January 6th

18    warranted pretrial detention.

19         And today, the Government's position is unchanged.

20    They're seeking a sentence of 120 months despite the Court

21    finding that as a matter of law the 11 points don't apply.

22    They're undeterred, simply because they want the press to

23    report that they're seeking ten years for a Trump appointee.

24         THE COURT:  Well, I think they've been pretty

25    aggressive in their sentencing recommendations across the

1    board in these cases.

2          MR. WOODWARD:  They have, your Honor.  They have.

3    I'm glad the Court is aware of that.

4          Turning to the factors:  I'm not going to defend

5    the nature and circumstances of the offense.  I'll lose your

6    Honor's credibility if I do that.  What happened on

7    January 6th is unforgivable.

8          And the Court, the defense bar, the Government,

9    everyone I think is working towards making sure that that

10   does not happen again.  We cannot have a threat to our

11   peaceful transfer of power.  I couldn't agree more with the

12   Government on that point.

13         What I do disagree with is the Government's

14   attempt to equate Federico Klein with January 6th.

15   January 6th is not Federico Klein.  Federico Klein is not

16   January 6th.

17         No one person has caused the events of

18   January 6th.  And while I appreciate the Government's

19   argument that his mere presence in the tunnel, putting aside

20   our disagreement about whether he was violent or whether he

21   was pushing against officers or whether he used his riot

22   shield to keep that door open, I still think the video is

23   unclear on that point.

24         Putting that aside, I understand the Government's

25   position with respect to the fact that everyone who showed

1    up that day made more difficult resuming the certification

2    of the Electoral College.

3            But they don't -- it doesn't make it a ten-year

4    offense.  It doesn't make it a ten-year offense.  And we

5    have to look to the nature and circumstances of each

6    individual defendant.

7            And your Honor, respectfully, I'm not sure we

8    would be here having this discussion with these facts and

9    circumstances if this were not January 6th.

10           This Court -- and I mean writ large, this Court --

11   has seen its fair share of protests turned violent.  It

12   happens.  It happens all across our country.

13           And what the Government has done with these cases,

14   as I alluded to earlier, is taken these cases and it's

15   seeking to set a precedent with respect to why January 6th

16   ought to be different.

17           But, your Honor, I don't believe for a second that

18   Mr. Klein came to the Capitol Building with any preconceived

19   notion of how he would stop the certification of the

20   Electoral College.  I don't.

21           We know what Mr. Klein did.  It's part of the

22   public record.  He spent months in Nevada assisting former

23   President Trump and his folks on the ground there in

24   ensuring the election in Nevada was reliable.  Months.

25           He came, we know -- he came to the Ellipse on

1   January 6th because he felt he was duty bound to do that,

2   because as a State Department appointee of the president he

3   helped to get elected, he worked on former President Trump's

4   2016 campaign, that he should be there to support the

5   president that had lost.

6          We don't see any evidence of Mr. Klein suggesting

7   that violence was necessary on January 6th to stop the

8   certification of the Electoral College.  Yes, he recognized

9   or believed, I should say, that the vice president had a

10  role to play that day.  Obviously, Vice President Pence

11  disagreed.  And what happened is now in the annals of

12  history.

13         But there's no suggestion that Mr. Klein came to

14  join a throng of violent-minded people.  And we see that.

15  Should he have gone into the tunnel?  No.  Of course not.

16  Of course not.

17         Now, your Honor, Mr. Klein is not going to speak

18  to the Court today.  He's going to elect not to do that.

19  He's going to do that because this process, this building,

20  is overwhelming.  He's never been charged with a felony.

21  He's never been charged with a federal offense.

22         I think it's worth noting, your Honor, that,

23  unlike many of the defendants this Court, both your Honor

24  and this Court writ large that I've seen, Mr. Klein has not

25  made a single public statement.  Not after his arrest, not

1    while he was detained, not after he was released.

2           He obviously didn't testify in this case.  Not a

3    single public statement has been made.  We can talk about

4    the GiveSendGo account created by his family, and I'll

5    address what I know about that this morning.

6           There's not a statement there from him.  I got to

7    know Mr. Klein while he was detained, your Honor, visiting

8    him, because it was COVID at the time, only virtually.  I

9    couldn't go over there and yet see him in person.

10           And I'll be honest with the Court:  It seemed

11    clear to me that if I was successful in getting Mr. Klein

12    released pending trial that that would be the entire nature

13    of our relationship, that he would not retain me to try his

14    case.

15           And I was clear with Mr. Klein that if there were

16    to be a trial in this case, that it was going to be about

17    the law and the facts applying to the law.  And as the Court

18    knows and has seen in dozens of these cases now, that's an

19    uphill battle.

20           And Mr. Klein and I have gotten to know one

21    another these last almost three years.  And I can tell the

22    Court that while we disagree on many things, political,

23    environmental, otherwise, I have always been able to speak

24    with Mr. Klein in a manner that was -- in a manner of

25    disagreement and yet respectful, which is why I say with

1    confidence that Mr. Klein did not come to the Capitol

2    Building on January 6th with any intent, any intent, to

3    engage in violence or to assault police officers.

4         Now, I said I wasn't going to defend the actions

5    that day.  I won't.

6         I will address deterrence.  The Government feels

7    it's necessary to imprison Mr. Klein for ten years so as to

8    convince him that he shouldn't do this again.

9         And yet in the same breath, the Government

10   acknowledges that he has virtually no criminal history

11   whatsoever.

12        Your Honor, with respect to -- there is no need

13   for specific deterrence in this case.  Mr. Klein is not a

14   recidivist.  I assure you we will not find him anywhere near

15   an attack on the Capitol.  First, I don't think that'll ever

16   happen again.  And second, I think it is clear, certainly

17   from my conversations with Mr. Klein, that what happened on

18   January 6th must never happen again, that if we are to

19   continue to prevail as a democracy we're to do it in one

20   place and one place only; and that's at the ballot box.

21        He believes strongly in his political views, many

22   of which, again, he and I don't always agree on.  But he

23   believes strongly in the notion that the way that we succeed

24   politically is to share our beliefs and articulate our

25   understanding of why those beliefs are supported with

1    others, both like-minded and not, which is why he and I have

2    engaged in these discussions, again, not having anything to

3    do with our case, obviously, which is why I'm comfortable

4    sharing that with the Court.

5           And I think Mr. Klein will continue to have those

6    discussions, both if incarcerated and also in the life that

7    he lives after he has served whatever sentence the Court

8    hands down.

9           With respect to general deterrence, your Honor, I

10   won't belabor the point because I think the Court has

11   already alluded to the fact that the Government has taken an

12   especially stringent view of how these cases ought to be

13   sentenced.

14          And we've seen, I think, the Government's motive;

15   and the way that it's charged these cases becomes clear.  I

16   take your Honor's point with respect to a 111 charge and a

17   1512 charge.  So why then do we also have 1752 charges?  Why

18   then do we also have 231 charges?

19          I think it's no secret that when the Government

20   charges cases, they think about the case from beginning to

21   end.  And as they thought about charging this case, as they

22   thought about charging thousands of other cases, they knew

23   that for many of these cases, and certainly as it turns out

24   for just about all of them, we'd be standing here together

25   and they'd be arguing that the sentencing guidelines require

1    these especially high sentences.

2          But there's perhaps no better example of why the

3    Supreme Court has instructed your Honor that the sentencing

4    guidelines are just that than the disparities in Government

5    recommendations we've seen in these cases.  We don't need a

6    ten-year sentence for Mr. Klein in order to deter the

7    general public from what happened on January 6th.

8          There's a lot that needs to be done to ensure that

9    January 6th and the events that day don't repeat themselves.

10   But putting Mr. Klein and the thousands of others in prison

11   for a decade doesn't achieve that goal.  If anything, I

12   would argue -- and certainly while I appreciate my vantage

13   point is somewhat biased, but as the Court is aware I've

14   represented several others in these cases -- it's having the

15   opposite effect.  Long sentences are not convincing

16   defendants that what happened on January 6th is abhorrent.

17   There are other ways that we can communicate that to those

18   who saw fit to be present that day.

19          And, your Honor, with respect to Mr. Klein's

20   sentence specifically, any period of incarceration is going

21   to send a clear message.  As the Court is aware, he served

22   40 days already in CTF.  I've had the great pleasure of

23   spending a fair amount of time in CTF in preparing for now

24   two trials with detained Defendants who were there.

25          I will tell the Court that I am grateful every

1   time I walk out of CTF.  It is an unpleasant place to be.

2          Now, I want to be clear because friends from the

3   media are here.  I appreciate all the good work that is

4   being done by the folks at CTF.  It's not their fault,

5   especially the general counsel's office, who's been

6   incredibly helpful with me specifically.

7          But the point being it's unpleasant.  The lawyers'

8   rooms are unpleasant.  The cells are even worse.  And I'm

9   sure the Court is aware of what folks endured, especially in

10   the days that followed January 6th.

11          So any time the Court imposes upon Mr. Klein will

12   be taken seriously.  And I'm confident that he will use that

13   time to further his self-reflection.  Not publicly, no.  Not

14   publicly.  But he will most certainly reflect on how he can

15   continue to be a better person.

16          He's very proud, as the Government noted, of his

17   service to our country, first as a Marine, having been

18   deployed overseas in a combat -- forgive the lack of

19   knowledge of the term of art -- but in a situation and then

20   four years at the State Department.

21          He's very ashamed of how the Government is

22   portraying his military service and his service in the State

23   Department as a betrayal to his country.  He understands why

24   the Government is doing that and he understands why the

25   media has seized on the Government's betrayal.

1          But in his view, the two are not mutually

2    exclusive.  He proudly served his country in those

3    capacities; and his presence at the rally and then the

4    protest turned riot at January 6th was not a betrayal of his

5    oath or his loyalty to the government.  But it was just

6    that:  a protest turned wrong.

7          And he shouldn't have been there.  And he

8    appreciates that the sentence that the Court will impose is

9    going to punish him for having been there.  But he is a

10   changed man already, and any time that he serves will ensure

11   that he continues to be a changed man.

12         And so I'll conclude with disparate treatment at

13   sentencing.

14         It's no accident that Congress has directed the

15   Court to consider the sentences of others.  Yes, we asked

16   for 40 days.  No, I don't reasonably expect the Court is

17   going to sentence Mr. Klein to 40 days.  I'll admit that.

18         But we don't think -- first of all, ten years is

19   obviously disparate from what others in Mr. Klein's

20   situation have received.  Just amongst Mr. Klein's

21   Co-Defendants, nobody has received ten years.

22         We submit that Mr. Klein is similarly situated to

23   those like Mr. Judd or even Mr. Seefried.

24         Now, Mr. Seefried of course was not charged

25   with -- was not convicted, rather, of any 111 offenses.  But

1    Mr. Judd was.  In fact, Mr. Judd was convicted of a 111(b),

2    if I'm not mistaken.  I'll confirm.  Hang on.  I have it in

3    my notes here.  The Court's brief indulgence.

4          No.  You're right.  The Court's -- oh, yes.  18

5    USC 111(a)(1) and (b).  Mr. Judd received 32 months, far

6    less than what the Government had sought.

7          THE COURT:  Yes.  He pled guilty.  That was the --

8          MR. WOODWARD:  I think it was a stipulated bench

9    trial.

10          THE COURT:  Yes.

11          MR. WOODWARD:  But that 111(b) is of course

12    significant.  Firecracker or not, whatever it was, that's

13    conduct that Mr. Klein was not convicted of.  And we think

14    it's significant that your Honor acquitted Mr. Klein of the

15    multiple 111(b)s.

16          What do we think is a reasonable sentence?  I

17    think, you know, a year and a day, between a year and a day

18    and 14 months, your Honor.

19          Mr. Klein will serve that time, again, honorably

20    with respect to the judicial system and he will come away

21    from that period of incarceration a better person.  And I

22    assure you that during that time -- and 14 months, I think,

23    is the sentence that your Honor imposed on -- is where that

24    number comes from -- one of Mr. Klein's Co-Defendants -- I

25    believe it was Mehaffie --

1          THE COURT:  Yes.

2          MR. WOODWARD:  -- who similarly was acquitted of

3     the 111(b) charges that the Government brought against him.

4          I do -- this is a difference that I have to

5     acknowledge for the Court, which I think Mr. Mehaffie was

6     also acquitted of the 1512.

7          But for purposes of the baseline offense, 1512 and

8     111 are the same.  And we just disagree with the Government

9     that the Court found he was committing 1512 by being present

10    on the west terrace.

11         The Government's theory in this and other cases is

12    not that because the group had surrounded the Capitol

13    Building that that was necessarily interfering with

14    Congress.

15         I think it's not worth us debating whether

16    encroachment on that property puts us there, so on the west

17    terrace itself.  Obviously, there were thousands of people

18    there.  And so we would humbly submit that simply being

19    present on the west terrace should not rise to the level

20    necessary for a 1512.

21         It was that he was in the tunnel.  And again, I

22    don't think we would be here if this wasn't January 6th, if

23    this was any other protest turned violent.

24         And so we do think that Mehaffie's 14-month

25    sentence is comparable for those reasons.

1          Your Honor, the Government has asked for

2     restitution of, I think, $47,000.

3          THE COURT:  $2,000.

4          MR. WOODWARD:  Then it's the fine.  They brought

5     this GiveSendGo thing.

6          So I think the easy part of this is to -- for the

7     Court to allow us some time to supplement.  The Government

8     made its argument for why he should have to forfeit that

9     $47,000 on Friday a week ago.  And as I noted in the last

10    footnote of our brief this morning, the account has been

11    closed for some time.  He didn't receive any -- hasn't

12    received a single donation since December of, I think, 2021.

13         THE DEFENDANT:  That's correct.

14         MR. WOODWARD:  I can't tell the Court where all

15    that money went.

16         I can tell the Court that he was not -- as I note

17    the other examples in the brief, he was not providing it to

18    other inmates.  But I also -- I did not receive $47,000, and

19    so I don't want to represent to the Court that it entirely

20    went to legal fees.  If the Court is interested, I can

21    provide a more fulsome accounting of where that money went.

22    We just had to make a request of the bank, like any closed

23    account -- and I don't know if the Court is familiar -- when

24    they close the account, they no longer give you access to

25    the electronic records.  So we had to physically go to the

1       bank, request the statements.  The way it works is you get a

2       card, like a credit card.  And so you can use that card to

3       make purchases with the funds that are in the account.

4               And we just don't recall.  It was two years ago.

5       And so we are looking into that.  And if the Court would

6       like, we can supplement the record with a more specific

7       summary of how those funds were used.

8               And then again, as I noted in our papers this

9       morning, there was no money left.  He's not sitting on funds

10      that could easily be relinquished to the Court.

11              So unless the Court has questions for us --

12              THE COURT:  No.  Thank you.

13              MR. WOODWARD:  Thank you, your Honor.

14              THE COURT:  Mr. Klein, can I ask you -- well,

15      first, I think I do need to ask you.  You have the right to

16      make a statement or present any information to mitigate this

17      sentence.  Would you like to say anything that you would

18      like me to consider before imposing sentence?

19              THE DEFENDANT:  It's negative, your Honor.

20              THE COURT:  And, sir, if I can ask you to remain

21      at the podium.

22              I've assessed the particular facts of this case in

23      light of the relevant 3553(a) factors, and I now want to

24      provide remarks for the record and for you, sir, about my

25      considerations in regard to the nature of the offense and

1    your history, characteristics and the other relevant

2    factors.

3              Your actions on January 6th were shocking and

4    egregious.  You repeatedly engaged in assaultive conduct

5    against law enforcement officers protecting our nation's

6    Capitol, and you did so with the intent to break into the

7    building and obstruct the ongoing certification proceeding.

8              After attending the Stop the Steal Rally, you

9    committed your first assault when you strained against

10   Officer Harvel, who was valiantly attempting to maintain a

11   police line on the west plaza.  He testified that you were

12   forceful and aggressive and persisted even though the

13   officers were instructing people to move back.

14             You saw fellow rioters throwing things at

15   officers, yelling at them and otherwise trying to break

16   through the police line just like you.

17             Rather than taking a step back and realizing how a

18   lawful protest was quickly devolving into a dangerous riot

19   and chaos that you should have no part in, you continued and

20   sought help from fellow rioters and told Officer Harvel

21   something like, "You can't stop us."

22             And you were right.  He and his fellow officers

23   were far outnumbered and you and your fellow rioters did

24   break through the line.

25             You then made your way up to the lower west

1    terrace tunnel, the site of some of the most shocking

2    violence of the day.  Again, you were front and center in

3    that chaos.

4            In your second felony assault of the day, you

5    joined in on a heave-ho against police officers in the

6    tunnel from 2:56 to 2:58 p.m.  Those officers were trying to

7    prevent you and others from entering into the Capitol

8    Building and potentially attacking the members of Congress

9    who were cowering, frankly, some of them feet from that

10   tunnel.  And you repeatedly tried to push them back into the

11   building and out of your way.

12           As Officer Gonell explained, your interference

13   prolonged the mayhem, contributed to all of his injuries and

14   "put everyone's life and safety at risk during the

15   unpredictable mob," closed quote.  He is one of the many

16   officers who were seriously injured during the riot whose

17   lives have forever been impacted by the actions of you and

18   your fellow rioters.

19           As he said, quote, "I can no longer do the job I

20   loved and trained my whole life for due to my injuries,"

21   closed quote.

22           Your third felony assault occurred when you worked

23   with another rioter to wedge a shield into a door the

24   officers were trying to close, and I find this assault

25   particularly illuminating of your intent.  You weren't

1    trying to protect other rioters; you weren't just being

2    pushed by others.  Here, officers were trying to make space

3    between themselves and the rioters and prevent further

4    injuries to both sides.  But you wouldn't let them.  You

5    were so intent on breaking into the building that you used a

6    stolen police shield to prevent them from deescalating the

7    situation.

8         The fourth felony assault occurred from 3:07 to

9    3:14 p.m. after you had first left the tunnel.  Incredibly,

10   even after seeing all the violence in the tunnel, you

11   returned, having washed your eyes out, and encouraged more

12   rioters to join the fray.  And Ms. Klamann is right:  You

13   repeatedly encouraged people to join in, to participate, to

14   help out throughout that event.

15        Once again, you joined in a heave-ho motion that

16   exacerbated a very dangerous situation for everyone

17   involved.  Officers and rioters alike were injured in these

18   heave-hos, some, like Officer Hodges, quite seriously.

19        In your fifth assault of the day, you used a

20   stolen police shield to press against Officer Foulds.  I'm

21   astonished that you never seemed to have considered the

22   gravity and impropriety of using stolen defensive gear

23   against police officers.  That conduct is so far removed

24   from a rally or a protest.  It is so clearly illegal.  And

25   as Officer Foulds testified, you put him at a very real

1    disadvantage and a danger of being crushed.

2           Your final assault involved a very similar use of

3    the police shield against another officer, Officer Moore.

4    While you pushed him with the stolen shield, you called for

5    reinforcements from other rioters.  And of course, all of

6    this took place in the context of a riot, a civil disorder.

7    This is an aggravating circumstance.  You saw that the chaos

8    meant that you would not be apprehended for your clearly

9    illegal conduct as you otherwise certainly would have been.

10          I must say, I don't remember ever seeing a case

11   where someone assaulted so many different officers in such a

12   short period of time.

13          I recognize your assaults were not as injurious as

14   many felony assaults are.  But the fact is that for the

15   better part of an hour, you repeatedly assaulted different

16   officers.  And that's very troubling to me.

17          I also believe your crime of obstruction is an

18   aggravating factor that warrants additional punishment here.

19   The Government persuasively demonstrated that you were

20   closely following the certification process, that you

21   expected Vice President Pence would refuse to certify the

22   election, and that when you learned that you were wrong that

23   you felt like he had betrayed you and that you had to take

24   matters into your own hands.

25          I'm also disturbed by your misconstrual of your

1      duties as a government employee and a political appointee.

2      As someone who has been a political appointee in two

3      different administrations, I know that you take the same

4      oath of office as all government employees:  to uphold the

5      laws and the Constitution of the United States.

6              This is a government of laws, not of men; yet your

7      statements and actions inverted that maxim and betrayed your

8      oath of office.  Indeed, your actions were almost certainly

9      a violation of the Hatch Act, which narrowly circumscribes

10     the political activities government employees, including

11     political appointees, may participate in.

12             I also think the Government is right to be

13     concerned that, unlike most of the rioters there, you were

14     working for the government at the time, the same government

15     that you were attacking, and that you saw a real personal

16     benefit in being involved in this and trying to flip the

17     election.

18             Turning next to your history and characteristics:

19     I find that this factor does not weigh heavily one way or

20     another.  You have a relatively clean criminal record, but

21     this is hardly your first contact with law enforcement.  And

22     I can't say that this is such aberrant behavior for you as

23     to warrant a downward variance.

24             You served honorably in the Marine Corps, and I

25     credit that service.  But you've also left significant gaps

1    in your employment record with the probation office, which

2    is quite unusual and frankly kind of hard for me to

3    understand.

4            I've read and considered the letters submitted on

5    your behalf by your family and friends that describe you as

6    a thoughtful, decent person.  I was particularly impressed

7    by the reports from your landlord, who describes all of the

8    many acts of kindness that you show him as he struggles with

9    disabilities.

10           I've also considered that you've been on home

11   detention for over two years and have had no serious

12   infractions during that time.  I'm taking that into account

13   and will be imposing a sentence below what I otherwise would

14   have imposed because of this.

15           Of course, this is not a circumstance where

16   there's acceptance of responsibility or any evidence of

17   remorse here.  I appreciate what Mr. Woodward says, but I

18   think the Government is right that at this point I am left

19   with serious concerns both about general and specific

20   deterrence.

21           I'm left with the types of text messages that you

22   sent afterwards praising what was going on and describing it

23   really in terms that hardly suggest remorse, hardly suggest

24   that you've recognized what harm you and your fellow rioters

25   did to the country.

1          I've considered the need to avoid unwarranted

2     sentence disparities among defendants with similar records

3     who have been found guilty of similar conduct.  I agree with

4     the Government that the most relevant comparators are your

5     Co-Defendants.  Among them, I think Tristan Stevens is

6     probably the closest comparator, although, unlike you, he

7     was not convicted of obstruction of justice.

8          I also note that the other three cases the

9     Government cites to me from other judges all involve

10    sentences much closer to the one I intend to impose here

11    than to the Government's proposed sentence of ten years.

12    Indeed, the probation office's recommendation is also well

13    below the Government's proposal, which would have put you in

14    the small category of January 6th defendants who either

15    perpetrated particularly vicious attacks on officers or were

16    convicted of seditious conspiracy or both.

17         You quite clearly are not in that league, so I

18    reject the Government's sentencing recommendation.

19         I am, however, going to vary upward from my

20    sentencing guidelines determination based on the concerns

21    mentioned in the obstruction of an official proceeding

22    enhancements and particularly the threatening of physical

23    injury to the officers and the substantial interference that

24    you were involved in.

25         As I've written in the *Seefried* case, I don't

1    think that the January 6th certification technically

2    qualifies as administration of justice, but I do think the

3    concerns animating those enhancements are certainly met here

4    in this case.  And I am going to upward-vary in part

5    reflective of those concerns.

6           I'm issuing my final sentence recognizing that the

7    guidelines are voluntary and also very aware that the

8    parties, Probation and I came to different guideline

9    calculations.

10          I want to make clear that I would give the same

11   sentence even if I am incorrect about the guidelines

12   calculation in this case.  There are a number of factors

13   that are necessarily difficult to quantify in the

14   guidelines, such as your treatment of the officer, the

15   number of officers and the nature of the January 6th riot

16   that lead me to believe that Mr. Woodward's recommended

17   sentence is also woefully inadequate even if he were correct

18   about the guidelines calculation.

19          I issue this sentence confident that it is

20   sufficient but not greater than necessary to achieve the

21   purposes of sentencing.

22          I'm going to be requiring restitution in the

23   amount and for the reasons stated in the Government's

24   memorandum in aid of sentencing.  I'm also going to be

25   issuing a fine, in part recognizing that you did not provide

1    sufficient information for Probation to determine whether

2    you are in fact unable to pay a fine, although I don't

3    believe the Government's proposed fine amount is

4    appropriate.

5           Sir, I've no doubt that this has been the darkest

6    period of your life.  But you are more than the sum of your

7    actions on one day.  It's clear to me from your military

8    service and the letters submitted in your support that there

9    is more to you than this episode and that there is still a

10   lot you can offer to your loved ones and indeed our

11   community.

12          January 6th does not need to define you for the

13   rest of your life.  You can be better than this.

14          I will now impose the sentence.

15          It is the judgment of the Court that you, Federico

16   Klein, are hereby committed to the custody of the Bureau of

17   Prisons for a term of 70 months on Counts 9, 17, 19, 27, 31,

18   32 and 34; 60 months on Count 35; 12 months on Counts 43 and

19   51; and six months on Counts 52 and 53.  You are further

20   sentenced to serve a term of two years of supervised release

21   on Counts 9, 17, 19, 27, 31, 32, 34 and 35 and one year on

22   Counts 43 and 51.

23          All terms of custody are to run concurrently and

24   all terms of supervised release are to run concurrently.

25          In addition, you are ordered to pay a special

1    assessment of $100 on Counts 9, 17, 19, 27, 31, 32 and 35;

2    $25 on Counts 43 and 50; and $10 on Counts 52 and 53, for a

3    total of $870 in accordance with 18 USC 3013.  I'm also

4    imposing a fine of $3,000 in accordance with Probation's

5    recommendation.

6              Within 72 hours of release from custody, you shall

7    report in person to the probation office in the district to

8    which you are released.

9              While on supervision, you shall abide by the

10   following mandatory conditions as well as the standard

11   conditions of supervision listed in the most recent revision

12   of the Judgment in a Criminal Case Form AO 245B, which are

13   imposed to establish the basic mandatory conditions of your

14   conduct while on supervision.

15             These include:  You must not commit another

16   federal, state or local crime; you must not unlawfully

17   possess a controlled substance; you must refrain from any

18   unlawful use of a controlled substance.  I'm waiving the

19   drug testing requirement in light of the fact that there's

20   no evidence of substance abuse here.

21             You must cooperate in the collection of DNA as

22   directed by the probation office.

23             You must make restitution in accordance with 18

24   USC 3663 and 3663A or any other statute authorizing a

25   sentence of restitution.

 1          You shall also comply with the following special

 2     conditions:  You must provide the probation officer access

 3     to any requested financial information and authorize the

 4     release of any financial information.  The probation office

 5     may share financial information with the United States

 6     Attorney's Office.

 7          You must not incur new credit charges or open

 8     additional lines of credit without approval of the probation

 9     officer.

10          You must -- you are ordered, as I say, to pay a

11     fine in the amount of $3,000 and restitution in the amount

12     of $2,000.  Restitution shall be made to the Architect of

13     the Capitol, office of the chief financial officer.  You

14     must pay the balance of any financial obligations owed at a

15     rate of no less than $200 per month.  The payments during

16     the term of supervised release will commence 30 days after

17     release from imprisonment.  The financial obligations are

18     payable to the Clerk of the Court for the U.S. District

19     Court, District of Columbia.

20          Within 30 days of any change of address, you shall

21     notify the Clerk of the Court of the change until such time

22     as the financial obligation is paid in full.

23          The probation office shall release the presentence

24     investigation report to all appropriate agencies, which

25     includes the United States Probation Office in the approved

district of residence, in order to execute the sentence of the Court.

Treatment agencies shall return the presentence report to the probation office upon your completion or termination from treatment.

You have the right to appeal your conviction of guilt to the U.S. Court of Appeals for the D.C. Circuit pursuant to 18 USC 3742(a). You also have a statutory right to appeal your sentence to the D.C. Circuit under certain circumstances, including if you think the sentence was imposed in violation of law or as a result of an incorrect application of the sentencing guidelines or is more severe than the maximum established in the guidelines range. You may also appeal your sentence if you believe you received ineffective assistance of counsel at sentencing.

Pursuant to 28 USC 2255, you also have the right to challenge the conviction entered or sentence imposed to the extent permitted by that statute.

Any notice of appeal must be filed within 14 days of the entry of judgment or within 14 days of the filing of the notice of appeal by the Government.

If you are unable to afford the cost of an appeal, you may request permission from the Court to file an appeal without cost to you.

You may on appeal also apply for court-appointed

1    counsel.

2              Are there any objections to the sentence imposed

3    that are not already noted on the record?  Ms. Klamann?

4              MS. KLAMANN:  No, your Honor.

5              THE COURT:  And Mr. Woodward?

6              MR. WOODWARD:  No, your Honor.

7              THE COURT:  Is the Government seeking immediate

8    detention?

9              MS. KLAMANN:  No, your Honor.  We won't oppose

10   self-surrender.

11             THE COURT:  Anything further from the Government?

12             MS. KLAMANN:  No, your Honor.

13             THE COURT:  And, Mr. Woodward, anything further

14   from defense?

15             MR. WOODWARD:  Your Honor, might we follow up with

16   the Court this afternoon about a request for a

17   recommendation of where Mr. Klein will be detained --

18   incarcerated?

19             THE COURT:  Yes.  That's fine.  If you can just

20   email Ms. Chaclan and also copy the Government, I'll

21   consider it.

22             MR. WOODWARD:  Thank you, your Honor.

23             THE COURT:  Thank you.  Good luck to you, sir.

24             THE DEFENDANT:  Thank you, your Honor.

25             THE COURT:  I'll direct you to maintain your

1    release conditions and report to prison as directed by

2    Probation and the Marshals Service.

3              THE DEFENDANT:  Yes, sir.

4              (Proceedings concluded.)

1                        **CERTIFICATE**

2

3                   I, LISA EDWARDS, RDR, CRR, do hereby

4      certify that the foregoing constitutes a true and accurate

5      transcript of my stenographic notes, and is a full, true,

6      and complete transcript of the proceedings produced to the

7      best of my ability.

8

9

10                  Dated this 29th day of April, 2024.

11

12                  /s/ Lisa Edwards, RDR, CRR
                    Official Court Reporter
13                  United States District Court for the
                      District of Columbia
14                  333 Constitution Avenue, Northwest
                    Washington, D.C. 20001
15                  (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$10** [2] - 28:23, 67:2
**$100** [2] - 28:20, 67:1
**$100,000** [1] - 28:16
**$2,000** [3] - 29:13, 56:3, 68:12
**$20,000** [1] - 28:18
**$200** [1] - 68:15
**$200,000** [1] - 28:18
**$25** [2] - 28:22, 67:2
**$250,000** [1] - 28:14
**$3,000** [3] - 30:15, 67:4, 68:11
**$47,000** [3] - 56:2, 56:9, 56:18
**$5,000** [1] - 28:19
**$870** [2] - 30:18, 67:3

## /

**/s** [1] - 72:12

## 1

**1** [5] - 7:15, 7:20, 8:6, 8:25, 9:6
**10** [5] - 6:23, 7:21, 8:6, 9:6, 27:3
**108** [1] - 9:12
**10:01** [1] - 1:7
**11** [4] - 10:8, 15:7, 27:16, 44:21
**11-point** [1] - 14:22
**111** [4] - 13:10, 50:16, 53:25, 55:8
**111(a)(1** [1] - 54:5
**111(b** [4] - 18:24, 54:1, 54:11, 55:3
**111(b)s** [1] - 54:15
**12** [3] - 30:11, 66:18
**120** [5] - 37:22, 39:11, 42:25, 43:16, 44:20
**135** [1] - 9:12
**13th** [1] - 5:16
**14** [13] - 6:20, 7:2, 7:6, 7:10, 7:20, 7:22, 7:23, 54:18, 54:22, 69:19, 69:20
**14-month** [1] - 55:24
**15** [1] - 32:24
**1512** [7] - 19:25, 37:24, 50:17, 55:6, 55:7, 55:9, 55:20
**1512(c** [2] - 22:16, 22:19
**17** [11] - 2:24, 6:16,

7:16, 28:5, 28:13, 28:21, 28:25, 30:10, 66:17, 66:21, 67:1
**1752** [1] - 50:17
**18** [8] - 4:20, 22:16, 29:12, 30:22, 54:4, 67:3, 67:23, 69:8
**19** [11] - 2:24, 6:22, 7:16, 28:5, 28:13, 28:21, 28:25, 30:10, 66:17, 66:21, 67:1

## 2

**2** [5] - 7:8, 7:16, 7:20, 8:6, 9:6
**20** [15] - 8:6, 8:7, 8:8, 9:5, 9:6, 9:7, 10:1, 27:3, 27:16, 28:9, 32:24
**20-point** [1] - 27:7
**20001** [3] - 1:19, 1:24, 72:14
**2016** [1] - 47:4
**202** [2] - 1:25, 72:15
**2021** [1] - 56:12
**2022** [2] - 21:6, 25:25
**2023** [3] - 1:6, 4:25, 5:1
**2024** [1] - 72:10
**20530** [1] - 1:17
**21-00040-9** [1] - 1:3
**21-40-9** [1] - 2:2
**2255** [1] - 69:16
**231** [4] - 13:6, 15:5, 15:7, 50:18
**24** [6] - 8:15, 8:18, 27:9, 27:11, 27:18, 30:14
**245B** [1] - 67:12
**27** [11] - 2:25, 6:16, 7:17, 28:5, 28:13, 28:21, 28:25, 30:10, 66:17, 66:21, 67:1
**27th** [3] - 4:24, 5:3, 5:6
**28** [3] - 14:23, 15:8, 69:16
**28th** [1] - 5:3
**29th** [1] - 72:10
**2:56** [1] - 59:6
**2:58** [1] - 59:6
**2A2.2** [7] - 6:17, 7:1, 7:7, 7:10, 20:6, 20:15, 21:20
**2A2.2(b)(2** [1] - 25:15
**2A2.2(d)** [1] - 23:7
**2A2.4** [5] - 6:16, 6:22, 6:25, 20:7,

21:20
**2A2.B(3)(d)** [1] - 26:8
**2J1.2** [2] - 7:5
**2X5.1** [1] - 7:7

## 3

**3** [9] - 1:6, 7:16, 7:21, 8:4, 8:6, 9:6, 24:20, 27:3, 27:6
**30** [4] - 33:4, 44:6, 68:16, 68:20
**3013** [1] - 67:3
**31** [17] - 2:25, 6:25, 7:18, 9:1, 9:5, 9:6, 9:11, 9:24, 10:6, 28:6, 28:13, 28:21, 28:25, 30:10, 66:17, 66:21, 67:1
**32** [12] - 2:25, 6:25, 7:18, 28:6, 28:14, 28:21, 29:1, 30:10, 54:5, 66:18, 66:21, 67:1
**333** [2] - 1:23, 72:14
**34** [11] - 2:25, 7:5, 7:15, 21:7, 22:1, 28:8, 28:14, 28:21, 29:1, 66:18, 66:21
**35** [16] - 3:1, 7:6, 7:17, 15:19, 16:1, 18:16, 22:2, 28:9, 28:14, 28:21, 29:1, 30:11, 39:25, 66:18, 66:21, 67:1
**354-3269** [2] - 1:25, 72:15
**3553(a** [5] - 30:8, 30:22, 37:17, 43:20, 57:23
**3553(a)** [1] - 4:20
**360** [1] - 25:25
**3663** [1] - 67:24
**3663A** [2] - 29:12, 67:24
**3742(a)** [1] - 69:8
**388** [1] - 25:25
**392** [1] - 25:25
**3:07** [1] - 60:8
**3:14** [1] - 60:9
**3D1** [1] - 7:13
**3D1.14** [1] - 9:9
**3D1.3** [1] - 7:19
**3D1.4** [1] - 8:9

## 4

**4** [4] - 7:17, 7:22, 8:7, 9:7

**40** [4] - 33:4, 51:22, 53:16, 53:17
**400** [1] - 1:19
**43** [11] - 3:1, 7:9, 7:16, 28:10, 28:15, 28:22, 29:4, 30:11, 66:18, 66:22, 67:2

## 5

**5** [4] - 7:17, 7:23, 8:7, 9:7
**50** [1] - 67:2
**51** [13] - 3:2, 7:9, 7:17, 8:19, 27:12, 27:19, 28:11, 28:15, 28:22, 29:4, 30:11, 66:19, 66:22
**52** [8] - 3:2, 7:11, 28:11, 28:19, 28:23, 30:12, 66:19, 67:2
**53** [8] - 3:3, 7:11, 28:12, 28:19, 28:24, 30:12, 66:19, 67:2
**595** [1] - 25:25
**5E1.2(c)(3)** [1] - 28:18

## 6

**6** [4] - 7:18, 7:23, 8:7, 9:7
**60** [2] - 30:10, 66:18
**601** [1] - 1:16
**63** [3] - 8:19, 27:12, 27:19
**639** [1] - 21:5
**6706** [1] - 1:24
**6th** [34] - 32:9, 36:11, 36:18, 38:7, 38:15, 39:6, 42:23, 43:3, 43:10, 44:5, 44:17, 45:7, 45:14, 45:15, 45:16, 45:18, 46:9, 46:15, 47:1, 47:7, 49:2, 49:18, 51:7, 51:9, 51:16, 52:10, 53:4, 55:22, 58:3, 64:14, 65:1, 65:15, 66:12

## 7

**70** [1] - 66:17
**708** [1] - 5:16
**717** [1] - 15:4
**72** [1] - 67:6

## 8

**8** [1] - 21:5
**80** [1] - 30:9

## 9

**9** [11] - 2:24, 6:16, 7:15, 28:5, 28:13, 28:21, 28:25, 30:10, 66:17, 66:21, 67:1
**9th** [1] - 5:1

## A

**a.m** [1] - 1:7
**aberrant** [1] - 62:22
**abetting** [1] - 2:24
**abhorrent** [1] - 51:16
**abide** [1] - 67:9
**ability** [2] - 34:17, 72:7
**able** [4] - 37:5, 40:16, 40:19, 48:23
**absolutely** [1] - 13:22
**abuse** [1] - 67:20
**accent** [1] - 31:22
**accept** [1] - 6:6
**acceptance** [1] - 63:16
**access** [3] - 42:22, 56:24, 68:2
**accident** [1] - 53:14
**accordance** [3] - 67:3, 67:4, 67:23
**according** [2] - 6:19, 7:5
**account** [7] - 30:6, 48:4, 56:10, 56:23, 56:24, 57:3, 63:12
**accountable** [2] - 32:17, 35:5
**accounting** [1] - 56:21
**accurate** [1] - 72:4
**accurately** [1] - 29:14
**achieve** [2] - 51:11, 65:20
**acknowledge** [1] - 55:5
**acknowledged** [3] - 10:24, 13:20, 42:13
**acknowledges** [1] - 49:10
**acquitted** [3] - 54:14, 55:2, 55:6

**Act** [1] - 62:9
**act** [1] - 3:3
**acting** [1] - 43:13
**Action** [1] - 1:3
**actions** [12] - 14:11, 37:6, 38:2, 41:1, 42:16, 43:9, 49:4, 58:3, 59:17, 62:7, 62:8, 66:7
**active** [1] - 34:14
**activities** [1] - 62:10
**acts** [2] - 12:13, 63:8
**actual** [2] - 26:12, 26:19
**adding** [2] - 10:3, 35:8
**addition** [3] - 12:7, 31:6, 66:25
**additional** [3] - 10:16, 61:18, 68:8
**additionally** [1] - 19:12
**address** [5] - 7:11, 16:3, 48:5, 49:6, 68:20
**addresses** [2] - 7:13, 25:23
**adequate** [1] - 31:3
**adjusted** [1] - 8:25
**adjustment** [1] - 8:1
**administration** [5] - 10:8, 21:3, 21:8, 21:13, 65:2
**administrations** [1] - 62:3
**admit** [2] - 42:3, 53:17
**admittedly** [1] - 10:22
**adopts** [1] - 7:7
**advance** [2] - 39:6, 41:8
**advanced** [1] - 39:17
**advisory** [2] - 6:12, 30:6
**afford** [2] - 31:3, 69:22
**afternoon** [4] - 2:7, 3:16, 39:2, 70:16
**afterwards** [1] - 63:22
**agencies** [2] - 68:24, 69:3
**Agent** [1] - 2:9
**aggravated** [20] - 6:17, 6:19, 7:1, 7:2, 10:17, 10:18, 10:21, 11:7, 11:14, 11:15, 13:7, 13:8, 20:7, 21:19, 21:22, 21:24,

22:5, 22:21, 23:1, 23:9
**aggravating** [6] - 14:8, 23:1, 42:16, 42:21, 61:7, 61:18
**aggressive** [2] - 44:25, 58:12
**ago** [3] - 42:4, 56:9, 57:4
**agony** [1] - 36:3
**agree** [6] - 21:23, 23:8, 23:18, 45:11, 49:22, 64:3
**agreed** [1] - 23:7
**agreement** [1] - 18:14
**ahead** [1] - 34:25
**aid** [2] - 5:2, 65:24
**aiding** [1] - 2:24
**AKERS** [2] - 1:14, 2:15
**Akers** [2] - 2:8, 2:13
**akin** [1] - 12:23
**alike** [1] - 60:17
**alleged** [1] - 16:9
**allocute** [1] - 3:22
**allow** [1] - 56:7
**allowed** [1] - 41:4
**alluded** [2] - 46:14, 50:11
**almost** [2] - 48:21, 62:8
**alone** [3] - 18:6, 26:13, 44:17
**America** [1] - 2:2
**AMERICA** [1] - 1:3
**amidst** [1] - 39:14
**amount** [5] - 30:16, 51:23, 65:23, 66:3, 68:11
**Amy** [1] - 22:3
**analogy** [1] - 21:16
**analysis** [1] - 22:8
**angry** [1] - 38:20
**animating** [1] - 65:3
**animus** [3] - 14:10, 23:16, 23:23
**annals** [1] - 47:11
**answer** [1] - 15:22
**AO** [1] - 67:12
**apologize** [1] - 15:17
**appeal** [8] - 69:6, 69:9, 69:14, 69:19, 69:21, 69:22, 69:23, 69:25
**Appeals** [1] - 69:7
**appearance** [1] - 37:15
**aPPEARANCES** [1] - 1:13

**applicable** [9] - 6:21, 6:24, 7:4, 7:6, 7:9, 8:14, 24:18, 28:3, 29:20
**application** [4] - 10:21, 37:17, 43:20, 69:12
**applied** [4] - 9:21, 14:19, 15:2, 37:23
**applies** [4] - 6:13, 21:14, 21:20, 23:19
**apply** [28] - 8:9, 8:12, 10:8, 10:13, 11:11, 11:15, 13:9, 14:7, 20:3, 20:16, 20:24, 21:7, 21:17, 22:5, 22:24, 23:11, 24:8, 24:11, 24:19, 24:22, 25:15, 26:3, 26:5, 27:4, 27:5, 37:11, 44:21, 69:25
**applying** [3] - 22:21, 27:8, 48:17
**appointed** [1] - 69:25
**appointee** [6] - 32:11, 44:12, 44:23, 47:2, 62:1, 62:2
**appointees** [1] - 62:11
**appreciate** [5] - 37:15, 45:18, 51:12, 52:3, 63:17
**appreciates** [1] - 53:8
**apprehended** [1] - 61:8
**approach** [2] - 5:20, 31:17
**approaching** [1] - 26:13
**appropriate** [3] - 18:7, 66:4, 68:24
**approval** [1] - 66:8
**approved** [1] - 68:25
**April** [1] - 72:10
**Aquilino** [2] - 31:22, 38:8
**Architect** [1] - 68:12
**arguably** [1] - 22:25
**argue** [4] - 13:6, 16:14, 21:16, 51:12
**argued** [1] - 10:12
**argues** [3] - 21:21, 23:11, 23:14
**arguing** [2] - 12:11, 50:25
**argument** [3] - 10:11, 45:19, 56:8
**arguments** [1] - 21:1
**arrest** [2] - 44:11,

47:25
**arrests** [1] - 42:5
**art** [1] - 52:19
**articulate** [1] - 49:24
**articulated** [1] - 16:18
**ashamed** [1] - 52:21
**ASHLEY** [1] - 1:14
**Ashley** [3] - 2:8, 2:13, 2:16
**aside** [2] - 45:19, 45:24
**assault** [35] - 6:17, 6:19, 7:1, 7:2, 10:17, 10:18, 10:22, 11:7, 11:15, 12:1, 13:10, 21:19, 21:22, 22:5, 22:6, 22:17, 22:21, 22:25, 23:1, 23:9, 24:14, 24:15, 25:3, 32:1, 36:16, 49:3, 58:9, 59:4, 59:22, 59:24, 60:8, 60:19, 61:2
**assaulted** [5] - 19:20, 32:22, 35:5, 61:11, 61:15
**assaulting** [2] - 2:23, 12:4
**assaultive** [4] - 14:9, 22:11, 22:19, 58:4
**assaults** [12] - 20:6, 20:7, 20:8, 20:14, 20:20, 22:12, 23:12, 24:5, 24:6, 61:13, 61:14
**assessed** [1] - 57:22
**assessment** [5] - 28:20, 28:22, 28:23, 30:17, 67:1
**assistance** [1] - 69:15
**assisting** [2] - 32:14, 46:22
**assure** [2] - 49:14, 54:22
**astonished** [1] - 60:21
**attached** [1] - 3:10
**attack** [10] - 35:12, 35:13, 35:14, 36:21, 36:25, 39:6, 41:8, 42:10, 43:3, 49:15
**attacked** [1] - 23:25
**attacking** [5] - 33:12, 41:19, 42:23, 59:8, 62:15
**attacks** [1] - 64:15
**attempt** [3] - 6:13, 33:24, 45:14

**attempted** [1] - 17:20
**attempting** [2] - 33:17, 58:10
**attending** [1] - 58:8
**attorney** [2] - 4:16, 5:22
**Attorney's** [1] - 68:6
**ATTORNEY'S** [1] - 1:15
**authorize** [1] - 68:3
**authorizing** [1] - 67:24
**available** [2] - 30:7, 31:13
**Avenue** [1] - 1:23, 72:14
**avoid** [2] - 31:10, 64:1
**aware** [6] - 41:9, 45:3, 51:13, 51:21, 52:9, 65:7

---

# B

**b)** [1] - 54:5
**backed** [1] - 32:21
**backup** [1] - 33:3
**Baker** [8] - 2:4, 6:9, 9:23, 11:9, 15:3, 26:24, 27:13, 28:1
**BAKER** [1] - 1:20
**balance** [1] - 68:14
**ballot** [1] - 49:20
**bank** [2] - 56:22, 57:1
**banned** [1] - 36:6
**bar** [1] - 45:8
**barely** [1] - 35:24
**base** [14] - 6:20, 6:22, 7:5, 7:7, 7:10, 7:19, 7:20, 7:21, 7:22, 7:23, 20:6, 20:15, 27:2
**based** [2] - 30:18, 64:20
**baseline** [1] - 55:7
**bases** [2] - 19:22, 20:2
**basic** [1] - 67:13
**basis** [2] - 18:24, 21:17
**baton** [1] - 25:8
**battle** [1] - 48:19
**bear** [2] - 12:17, 30:4
**became** [1] - 32:21
**becomes** [1] - 50:15
**beelining** [1] - 39:17
**BEFORE** [1] - 1:10
**began** [2] - 34:2,

34:10
**begin** [1] - 31:24
**beginning** [4] - 33:4, 39:24, 44:8, 50:20
**behalf** [1] - 63:5
**behavior** [2] - 4:7, 62:22
**behind** [4] - 17:1, 19:8, 33:21, 40:5
**belabor** [1] - 50:10
**beliefs** [3] - 36:19, 49:24, 49:25
**believes** [2] - 49:21, 49:23
**below** [2] - 63:13, 64:13
**Ben** [1] - 2:9
**bench** [1] - 54:8
**benefit** [2] - 42:18, 62:16
**Berman** [1] - 22:3
**best** [1] - 72:7
**betrayal** [4] - 36:3, 52:23, 52:25, 53:4
**betrayed** [3] - 43:24, 61:23, 62:7
**better** [5] - 51:2, 52:15, 54:21, 61:15, 66:13
**between** [6] - 17:9, 17:11, 24:10, 26:7, 54:17, 60:3
**beyond** [1] - 22:15
**biased** [1] - 51:13
**biggest** [1] - 32:4
**bit** [4] - 4:1, 16:11, 16:17, 41:12
**bloody** [1] - 33:14
**board** [1] - 45:1
**bodily** [7] - 15:15, 17:17, 26:5, 26:7, 26:8, 26:14, 26:22
**body** [1] - 40:1
**Bogner** [2] - 38:9, 40:12
**Bogner's** [1] - 40:16
**Bondoc** [1] - 2:16
**bore** [1] - 14:10
**bound** [1] - 47:1
**box** [1] - 49:20
**BRAND** [1] - 1:18
**bravery** [1] - 37:9
**break** [3] - 58:6, 58:15, 58:24
**breaking** [1] - 60:5
**breath** [1] - 49:9
**brief** [6] - 11:12, 13:19, 14:18, 54:3, 56:10, 56:17
**briefed** [1] - 10:7

**briefing** [1] - 21:1
**briefly** [2] - 20:18, 41:25
**broader** [1] - 16:12
**broke** [2] - 32:25, 38:18
**broken** [1] - 34:2
**brought** [2] - 55:3, 56:4
**Building** [7] - 13:23, 33:8, 39:13, 46:18, 49:2, 55:13, 59:8
**building** [7] - 3:4, 24:3, 41:10, 47:19, 58:7, 59:11, 60:5
**Bureau** [1] - 66:16
**BY** [1] - 1:21

# C

**calculate** [1] - 4:13
**calculation** [6] - 6:12, 9:21, 27:22, 30:7, 65:12, 65:18
**calculations** [2] - 18:14, 65:9
**campaign** [1] - 47:4
**candidly** [2] - 14:18, 17:12
**cannot** [1] - 45:10
**capable** [1] - 36:12
**capacities** [1] - 53:3
**Capitol** [23] - 3:4, 12:12, 12:16, 13:23, 20:22, 24:2, 31:21, 33:8, 34:6, 34:19, 34:24, 35:3, 36:16, 38:11, 38:25, 39:13, 46:18, 49:1, 49:15, 55:12, 58:6, 59:7, 68:13
**Cappuccio** [1] - 19:21
**card** [3] - 57:2
**career** [2] - 32:8, 35:19
**Carlton** [1] - 38:9
**carried** [1] - 41:7
**Case** [2] - 2:1, 67:12
**case** [29] - 4:17, 5:23, 6:10, 6:13, 8:1, 16:9, 16:18, 17:20, 18:7, 18:9, 23:2, 29:13, 29:15, 38:6, 43:17, 43:23, 44:8, 48:2, 48:14, 48:16, 49:13, 50:3, 50:20, 50:21, 57:22, 61:10, 64:25, 65:4, 65:12

**cases** [16] - 10:12, 25:6, 43:2, 45:1, 46:13, 46:14, 48:18, 50:12, 50:15, 50:20, 50:22, 50:23, 51:5, 51:12, 55:11, 64:8
**Category** [1] - 8:17
**category** [3] - 8:19, 27:10, 64:14
**causation** [1] - 17:18
**caused** [1] - 17:20, 45:17
**causing** [1] - 17:1, 19:5
**cells** [1] - 52:8
**center** [2] - 32:24, 59:2
**certain** [1] - 69:9
**certainly** [9] - 3:20, 25:10, 49:16, 50:23, 51:12, 52:14, 61:9, 62:8, 65:3
**CERTIFICATE** [1] - 72:1
**certification** [8] - 10:14, 21:11, 46:1, 46:19, 47:8, 58:7, 61:20, 65:1
**certify** [2] - 61:21, 72:4
**Chaclan** [1] - 70:20
**challenge** [1] - 69:17
**chance** [1] - 16:4, 36:22
**change** [2] - 68:20, 68:21
**changed** [1] - 53:10, 53:11
**chaos** [6] - 32:9, 35:22, 39:14, 58:19, 59:3, 61:7
**character** [1] - 36:9
**characteristic** [2] - 7:24, 27:4
**characteristics** [5] - 31:8, 42:1, 42:25, 58:1, 62:18
**charged** [10] - 11:18, 13:1, 13:5, 22:6, 22:17, 44:12, 47:20, 47:21, 50:15, 53:24
**charges** [8] - 10:22, 18:24, 31:25, 50:17, 50:18, 50:20, 55:3, 68:7
**charging** [2] - 50:21, 50:22

**chief** [1] - 68:13
**choice** [3] - 38:24, 38:25, 39:5
**choices** [3] - 39:3, 39:4, 41:8
**chose** [4] - 33:16, 34:14, 35:12, 35:15
**Circuit** [2] - 69:7, 69:9
**circumscribes** [1] - 62:9
**circumstance** [2] - 61:7, 63:15
**circumstances** [7] - 25:18, 30:19, 31:7, 45:5, 46:5, 46:9, 69:10
**cites** [1] - 64:9
**city** [1] - 36:6
**civil** [11] - 3:1, 15:20, 20:11, 22:1, 22:9, 22:13, 22:24, 24:23, 26:6, 34:19, 61:6
**claim** [1] - 36:4
**claiming** [3] - 26:17, 34:9, 35:9
**Class** [2] - 7:11, 29:9
**classic** [1] - 24:14
**clean** [2] - 33:10, 62:20
**clean-cut** [1] - 33:10
**clear** [14] - 5:14, 14:7, 20:19, 22:23, 37:20, 41:13, 48:11, 48:15, 49:16, 50:15, 51:21, 52:2, 65:10, 66:7
**clearance** [2] - 36:5, 42:14
**clearly** [7] - 10:9, 20:7, 20:23, 41:17, 60:24, 61:8, 64:17
**Clerk** [2] - 68:18, 68:21
**clerks** [1] - 2:13
**climbing** [1] - 39:17
**close** [6] - 22:12, 34:2, 34:6, 40:17, 56:24, 59:24
**closed** [4] - 56:11, 56:22, 59:15, 59:21
**closely** [2] - 22:10, 61:20
**closer** [1] - 64:10
**closest** [2] - 16:22, 64:6
**closure** [1] - 35:4
**Co** [7] - 19:21, 25:12, 41:13, 44:2, 53:21, 54:24, 64:5

**chief** [1] - 68:13
**Co-Defendant** [1] - 25:12
**Co-Defendants** [6] - 19:21, 41:13, 44:2, 53:21, 54:24, 64:5
**colleagues** [4] - 36:2, 37:2, 37:10, 40:20
**colleagues'** [1] - 37:7
**collection** [1] - 67:21
**College** [4] - 10:14, 46:2, 46:20, 47:8
**colorable** [1] - 10:11
**COLUMBIA** [2] - 1:1, 1:16
**Columbia** [3] - 1:23, 68:19, 72:13
**combat** [4] - 25:8, 26:10, 35:23, 52:18
**combative** [1] - 32:22
**combined** [2] - 7:15, 8:12
**comfortable** [1] - 50:3
**coming** [1] - 35:3
**commands** [2] - 33:1, 33:14
**commence** [1] - 68:16
**commit** [6] - 11:21, 12:24, 13:11, 20:9, 21:25, 67:15
**committed** [5] - 4:4, 20:8, 20:20, 58:9, 66:16
**committing** [3] - 11:8, 13:10, 55:9
**communicate** [1] - 51:17
**community** [1] - 66:11
**comparable** [1] - 55:25
**comparator** [1] - 64:6
**comparators** [1] - 64:4
**complete** [1] - 72:6
**completion** [1] - 69:4
**comply** [2] - 30:24, 68:1
**concerned** [1] - 62:13
**concerning** [1] - 43:12
**concerns** [5] - 27:21, 63:19, 64:20, 65:3, 65:5

**conclude** [1] - 53:12
**concluded** [1] - 71:4
**conclusion** [1] - 12:21
**conclusions** [1] - 10:24
**concurrence** [1] - 25:24
**concurrently** [3] - 30:13, 66:23, 66:24
**conditions** [5] - 67:10, 67:11, 67:13, 68:2, 71:1
**conduct** [27] - 3:2, 3:3, 11:20, 11:24, 12:1, 13:12, 13:13, 13:24, 14:9, 21:12, 21:22, 21:24, 22:11, 22:18, 22:20, 25:22, 26:13, 26:21, 31:4, 31:12, 44:17, 54:13, 58:4, 60:23, 61:9, 64:3, 67:14
**conducted** [1] - 21:24
**conducts** [1] - 11:16
**confidence** [1] - 49:1
**confident** [2] - 23:2, 52:12, 65:19
**confirm** [1] - 54:2
**confusion** [1] - 15:17
**Congress** [7] - 4:19, 20:11, 20:13, 30:22, 53:14, 55:14, 59:8
**congressional** [2] - 10:10, 10:13
**connection** [1] - 6:2
**connotes** [1] - 25:7
**consequence** [1] - 15:6
**consequences** [2] - 4:6, 4:22
**consider** [6] - 29:22, 30:21, 31:7, 53:15, 57:18, 70:21
**considerations** [1] - 57:25
**considered** [7] - 12:7, 21:1, 25:17, 60:21, 63:4, 63:10, 64:1
**consistent** [1] - 37:20
**conspiracy** [1] - 64:16
**constitute** [3] - 6:18, 7:2, 21:13
**constituted** [3] - 12:1, 12:8, 19:1
**constitutes** [3] -

6:16, 6:25, 72:4
**constituting** [1] - 22:18
**Constitution** [4] - 1:23, 44:15, 62:5, 72:14
**contact** [1] - 62:21
**contained** [1] - 30:19
**contains** [6] - 7:15, 7:16, 7:17, 7:18
**context** [2] - 16:19, 61:6
**continue** [6] - 33:22, 34:3, 41:5, 49:19, 50:5, 52:15
**continued** [1] - 58:19
**continues** [1] - 53:11
**contrast** [1] - 39:3
**contributed** [3] - 34:21, 35:18, 59:13
**controlled** [2] - 67:17, 67:18
**conversations** [1] - 49:17
**convicted** [10] - 2:22, 10:23, 11:16, 20:11, 22:14, 53:25, 54:1, 54:13, 64:7, 64:16
**conviction** [3] - 42:4, 69:6, 69:17
**convictions** [1] - 20:14
**convince** [1] - 49:8
**convincing** [1] - 51:15
**cooperate** [1] - 67:21
**copy** [1] - 70:20
**Corps** [1] - 62:24
**correct** [6] - 8:24, 9:13, 9:14, 27:16, 56:13, 65:17
**correctly** [1] - 9:20
**corruptly** [1] - 12:8
**cost** [3] - 37:12, 69:22, 69:24
**Counsel** [1] - 2:5
**counsel** [3] - 2:13, 69:15, 70:1
**counsel's** [1] - 52:5
**Count** [37] - 2:25, 3:1, 3:2, 3:3, 6:22, 6:25, 7:5, 7:6, 7:8, 7:9, 7:16, 7:18, 8:4, 9:5, 9:6, 9:7, 15:19, 16:1, 18:16, 21:7, 22:1, 22:2, 28:8, 28:9, 28:10, 28:11, 28:19, 30:11, 66:18
**counting** [1] - 22:21
**country** [12] - 32:5,

35:21, 36:14, 37:13, 39:9, 42:6, 42:11, 46:12, 52:17, 52:23, 53:2, 63:25
**country's** [1] - 43:4
**counts** [6] - 2:23, 7:13, 7:14, 23:12, 25:5, 29:8
**Counts** [25] - 2:24, 6:15, 7:11, 7:15, 7:17, 28:5, 28:6, 28:13, 28:15, 28:21, 28:22, 28:23, 28:25, 29:4, 30:10, 30:11, 30:12, 66:17, 66:18, 66:19, 66:21, 66:22, 67:1, 67:2
**couple** [2] - 34:13, 42:5
**course** [8] - 19:18, 21:15, 47:15, 47:16, 53:24, 54:11, 61:5, 63:15
**Court** [77] - 1:22, 1:22, 3:18, 4:18, 4:20, 6:6, 10:24, 11:3, 11:24, 12:1, 12:6, 12:7, 12:21, 13:3, 13:19, 14:1, 14:21, 15:7, 16:7, 16:17, 16:22, 17:3, 18:3, 18:8, 18:17, 21:6, 28:6, 28:7, 28:8, 28:10, 29:4, 29:21, 30:22, 44:20, 45:3, 45:8, 46:10, 47:18, 47:23, 47:24, 48:10, 48:17, 48:22, 50:4, 50:7, 50:10, 51:3, 51:13, 51:21, 51:25, 52:9, 52:11, 53:8, 53:15, 53:16, 55:5, 55:9, 56:7, 56:14, 56:16, 56:19, 56:20, 56:23, 57:5, 57:10, 57:11, 66:15, 68:18, 68:19, 68:21, 69:2, 69:7, 69:23, 70:16, 72:12, 72:13
**court** [1] - 69:25
**COURT** [60] - 1:1, 2:10, 2:19, 2:21, 3:19, 3:25, 5:11, 5:17, 5:20, 5:25, 6:5, 9:2, 9:12, 9:15, 9:22, 10:1, 10:4, 10:15, 11:5, 11:11, 11:22, 13:14, 14:13, 14:25, 15:11, 15:14, 16:2, 17:23, 18:11, 18:18, 20:4, 20:17,

20:25, 27:20, 27:24, 28:1, 29:18, 29:20, 30:1, 30:3, 31:17, 31:20, 37:14, 37:25, 43:18, 44:24, 54:7, 54:10, 55:1, 56:3, 57:12, 57:14, 57:20, 70:5, 70:7, 70:11, 70:13, 70:19, 70:23, 70:25
**Court's** [6] - 10:20, 11:12, 14:3, 30:4, 54:3, 54:4
**court-appointed** [1] - 69:25
**courtroom** [1] - 3:17
**COURTROOM** [1] - 2:1
**covers** [1] - 10:13
**COVID** [1] - 48:8
**cowering** [1] - 59:9
**cracks** [1] - 33:7
**created** [2] - 19:10, 48:4
**credibility** [1] - 45:6
**credible** [1] - 26:16
**credit** [4] - 57:2, 62:25, 68:7, 68:8
**crime** [4] - 4:4, 23:6, 61:17, 67:16
**crimes** [2] - 31:4, 41:20
**Criminal** [4] - 1:3, 2:1, 8:17, 67:12
**criminal** [9] - 4:7, 8:16, 8:18, 27:10, 31:4, 42:2, 42:3, 49:10, 62:20
**critical** [2] - 40:23, 43:2
**crowd** [3] - 39:20, 40:5, 41:7
**crowded** [1] - 38:21
**CRR** [3] - 1:21, 72:3, 72:12
**crushed** [3] - 26:10, 33:18, 61:1
**crushing** [1] - 35:17
**CTF** [4] - 51:22, 51:23, 52:1, 52:4
**custody** [3] - 66:16, 66:23, 67:6
**cut** [1] - 33:10
**cutup** [1] - 35:11

---

**D**

**D.C** [7] - 1:6, 1:17, 1:19, 1:24, 69:7, 69:9,

72:14
**danger** [2] - 36:7, 61:1
**dangerous** [22] - 14:14, 14:20, 15:2, 15:5, 15:10, 15:18, 15:24, 16:5, 16:7, 16:10, 16:15, 16:19, 17:15, 18:19, 19:1, 24:22, 25:16, 25:19, 25:20, 26:3, 58:18, 60:16
**dark** [1] - 38:21
**darkest** [1] - 66:5
**Dated** [1] - 72:10
**David** [1] - 44:2
**days** [8] - 51:22, 52:10, 53:16, 53:17, 68:16, 68:20, 69:19, 69:20
**deadly** [4] - 16:10, 16:14, 16:19, 17:15
**deal** [1] - 25:22
**death** [1] - 35:17
**debating** [1] - 55:15
**decade** [1] - 51:11
**December** [1] - 56:12
**decent** [1] - 63:6
**decision** [3] - 4:7, 22:4, 30:4
**declined** [1] - 22:4
**deescalating** [1] - 60:6
**defend** [5] - 32:12, 34:24, 38:25, 45:4, 49:4
**defendant** [1] - 46:6
**Defendant** [17] - 1:7, 2:12, 2:22, 19:13, 20:20, 22:14, 25:12, 26:18, 31:5, 31:9, 38:2, 38:7, 39:12, 39:22, 40:21, 42:13, 43:5
**DEFENDANT** [7] - 1:18, 5:24, 6:4, 56:13, 57:19, 70:24, 71:3
**Defendant's** [6] - 3:9, 18:21, 22:18, 25:1, 39:4, 41:20
**Defendants** [7] - 19:21, 41:13, 44:2, 51:24, 53:21, 54:24, 64:5
**defendants** [5] - 31:11, 47:23, 51:16, 64:2, 64:14
**defending** [1] - 24:1
**defense** [9] - 3:8,

3:12, 8:20, 9:16, 19:24, 34:9, 40:24, 45:8, 70:14
  **defensive** [2] - 25:9, 60:22
  **define** [1] - 66:12
  **definitely** [1] - 22:24
  **democracy** [3] - 41:21, 43:4, 49:19
  **demonstrated** [2] - 12:24, 61:19
  **demonstrating** [1] - 36:11
  **deny** [2] - 26:21, 37:2
  **Department** [10] - 19:5, 32:11, 32:19, 38:12, 41:14, 42:13, 43:8, 47:2, 52:20, 52:23
  **departure** [1] - 29:23
  **departures** [1] - 29:22
  **deployed** [1] - 52:18
  **DEPUTY** [1] - 2:1
  **describe** [1] - 63:5
  **described** [5] - 6:15, 6:21, 6:24, 7:4, 44:4
  **describes** [1] - 63:7
  **describing** [1] - 63:22
  **designed** [1] - 25:7
  **despite** [1] - 44:20
  **detained** [4] - 48:1, 48:7, 51:24, 70:17
  **detention** [5] - 44:13, 44:17, 44:18, 63:11, 70:8
  **deter** [1] - 51:6
  **determination** [1] - 64:20
  **determinations** [1] - 5:8
  **determine** [2] - 4:10, 66:1
  **determined** [2] - 29:20, 30:17
  **determines** [1] - 21:10
  **deterred** [1] - 43:9
  **deterrence** [7] - 31:3, 43:1, 43:7, 49:6, 49:13, 50:9, 63:20
  **devolving** [1] - 58:18
  **difference** [2] - 40:18, 55:4
  **differences** [1] - 40:18
  **different** [10] - 12:4, 12:10, 23:6, 32:16,

44:15, 46:16, 61:11, 61:15, 62:3, 65:8
  **differently** [2] - 22:7, 22:17
  **difficult** [3] - 26:16, 46:1, 65:13
  **direct** [2] - 24:16, 70:25
  **directed** [3] - 53:14, 67:22, 71:1
  **disabilities** [1] - 63:9
  **disadvantage** [1] - 61:1
  **disagree** [5] - 23:22, 26:2, 45:13, 48:22, 55:8
  **disagreed** [1] - 47:11
  **disagreement** [2] - 45:20, 48:25
  **disagrees** [1] - 24:24
  **disarm** [1] - 33:24
  **discuss** [1] - 30:3
  **discussed** [2] - 5:12, 18:16
  **discussion** [1] - 46:8
  **discussions** [2] - 50:2, 50:6
  **disgrace** [1] - 37:4
  **disorder** [10] - 3:1, 15:20, 20:11, 22:1, 22:10, 22:13, 22:24, 24:23, 26:6, 61:6
  **disorderly** [2] - 3:1, 3:3
  **disparate** [2] - 53:12, 53:19
  **disparities** [3] - 31:10, 51:4, 64:2
  **dispute** [1] - 24:12
  **disputes** [1] - 21:2
  **disruptive** [1] - 3:1
  **distinct** [1] - 22:19
  **district** [3] - 67:7, 69:1, 72:13
  **District** [5] - 1:22, 1:23, 68:18, 68:19, 72:13
  **DISTRICT** [4] - 1:1, 1:1, 1:11, 1:16
  **disturbance** [1] - 34:20
  **disturbed** [1] - 61:25
  **DNA** [1] - 67:21
  **documents** [1] - 3:13
  **donation** [1] - 56:12
  **done** [8] - 11:18, 13:3, 34:4, 36:14, 39:8, 46:13, 51:8, 52:4
  **door** [2] - 45:22,

59:23
  **doors** [7] - 19:17, 19:20, 32:25, 34:2, 40:9, 40:17, 40:22
  **double** [1] - 22:21
  **double-counting** [1] - 22:21
  **doubt** [2] - 22:15, 66:5
  **down** [2] - 13:2, 50:8
  **downward** [2] - 33:13, 62:23
  **dozen** [1] - 11:19
  **dozens** [3] - 17:4, 17:5, 48:18
  **draft** [1] - 5:15
  **dressed** [1] - 36:17
  **driving** [2] - 27:17, 42:4
  **drug** [1] - 67:19
  **due** [2] - 35:20, 59:20
  **duplication** [1] - 22:20
  **duplicity** [1] - 35:10
  **during** [8] - 18:21, 34:23, 39:23, 54:22, 59:14, 59:16, 63:12, 68:15
  **duties** [7] - 24:1, 24:15, 24:16, 32:19, 34:19, 36:25, 62:1
  **duty** [2] - 24:5, 34:24, 47:1

## E

  **easily** [1] - 57:10
  **easy** [1] - 56:6
  **ECF** [2] - 5:16, 15:4
  **Edwards** [1] - 72:12
  **EDWARDS** [2] - 1:21, 72:3
  **effect** [1] - 51:15
  **efforts** [2] - 34:10, 37:6
  **egregious** [1] - 58:4
  **eight** [6] - 8:22, 19:25, 21:6, 28:6, 28:7, 37:23
  **eight-level** [1] - 21:6
  **either** [2] - 29:23, 64:14
  **elect** [1] - 47:18
  **elected** [5] - 32:6, 36:24, 37:1, 47:3
  **election** [3] - 46:24, 61:22, 62:17
  **Electoral** [4] - 10:14,

46:2, 46:20, 47:8
  **electoral** [1] - 21:10
  **electronic** [1] - 56:25
  **element** [2] - 12:9, 23:22
  **eligible** [1] - 29:7
  **Ellipse** [1] - 46:25
  **eloquently** [1] - 16:18
  **elsewhere** [2] - 12:11, 12:16
  **email** [1] - 70:20
  **employee** [3] - 23:17, 24:7, 62:1
  **employees** [4] - 23:14, 23:20, 62:4, 62:10
  **employment** [2] - 41:14, 63:1
  **encountered** [1] - 38:20
  **encouraged** [5] - 35:14, 39:22, 40:4, 60:11, 60:13
  **encouragement** [1] - 41:2
  **encroachment** [1] - 55:16
  **end** [2] - 3:23, 50:21
  **ended** [1] - 35:18
  **endured** [1] - 52:9
  **enforcement** [11] - 8:1, 14:10, 14:12, 23:15, 23:24, 24:14, 24:15, 35:19, 36:21, 58:5, 62:21
  **engage** [3] - 4:7, 13:23, 49:3
  **engaged** [3] - 12:19, 50:2, 58:4
  **engaging** [1] - 3:2
  **enhancement** [38] - 8:10, 9:21, 11:14, 13:7, 13:8, 13:17, 14:6, 14:15, 14:20, 14:22, 15:3, 15:5, 15:10, 15:15, 15:19, 15:25, 16:6, 18:8, 18:19, 18:20, 20:23, 21:14, 21:18, 23:10, 23:19, 24:8, 24:11, 24:17, 24:20, 24:23, 24:24, 26:3, 26:4, 26:6, 26:22, 27:6
  **enhancements** [10] - 7:25, 8:23, 16:1, 19:22, 21:4, 21:7, 26:25, 27:5, 64:22, 65:3
  **ensued** [1] - 39:1

  **ensure** [3] - 30:22, 51:8, 53:10
  **ensuring** [1] - 46:24
  **enter** [1] - 39:10
  **entered** [2] - 39:19, 69:17
  **entering** [2] - 24:3, 59:7
  **entire** [1] - 48:12
  **entirely** [1] - 56:19
  **entry** [2] - 33:25, 69:20
  **environmental** [1] - 48:23
  **episode** [1] - 66:9
  **equally** [1] - 8:10
  **equate** [1] - 45:14
  **erupted** [1] - 39:14
  **especially** [5] - 10:24, 50:12, 51:1, 52:5, 52:9
  **ESQ** [4] - 1:14, 1:14, 1:15, 1:18
  **establish** [2] - 17:20, 67:13
  **established** [1] - 69:13
  **eternity** [1] - 33:4
  **event** [2] - 35:18, 60:14
  **events** [4] - 18:7, 44:12, 45:17, 51:9
  **evidence** [14] - 12:8, 12:17, 13:22, 14:9, 16:8, 16:13, 17:15, 17:18, 18:4, 18:25, 39:21, 47:6, 63:16, 67:20
  **evident** [1] - 35:10
  **exacerbated** [1] - 60:16
  **exact** [3] - 22:6, 22:17, 32:13
  **exactly** [2] - 11:25, 23:6
  **example** [1] - 51:2
  **examples** [1] - 56:17
  **except** [4] - 8:4, 24:20, 27:3, 27:6
  **exception** [3] - 18:16, 26:24, 36:18
  **exclusive** [1] - 53:2
  **execute** [1] - 69:1
  **exhausted** [4] - 17:25, 18:4, 19:6, 26:9
  **exhaustion** [1] - 18:5
  **expect** [1] - 53:16
  **expected** [2] - 38:16, 61:21

**explained** [1] - 59:12
**extensively** [1] - 16:8
**extent** [1] - 69:18
**eyes** [1] - 60:11

# F

**F.Supp.3d** [1] - 21:5
**face** [1] - 4:6
**faced** [1] - 26:16
**fact** [14] - 6:8, 10:20, 11:1, 12:18, 14:12, 24:4, 25:13, 33:19, 45:25, 50:11, 54:1, 61:14, 66:2, 67:19
**factor** [5] - 14:8, 23:1, 43:2, 61:18, 62:19
**factors** [11] - 4:19, 30:4, 30:8, 30:21, 37:17, 43:20, 44:16, 45:4, 57:23, 58:2, 65:12
**facts** [5] - 6:6, 30:19, 46:8, 48:17, 57:22
**factual** [3] - 5:8, 5:18, 5:19
**fair** [3] - 4:19, 46:11, 51:23
**fairly** [1] - 25:23
**familiar** [2] - 20:1, 56:23
**families** [1] - 38:14
**family** [5] - 3:10, 34:25, 38:23, 48:4, 63:5
**far** [4] - 34:5, 54:5, 58:23, 60:23
**fashion** [1] - 4:18
**fault** [1] - 52:4
**faulted** [1] - 38:19
**FBI** [1] - 2:9
**federal** [5] - 4:4, 4:8, 36:6, 47:21, 67:16
**Federico** [7] - 2:2, 2:12, 2:22, 45:14, 45:15, 66:15
**FEDERICO** [1] - 1:6
**fees** [1] - 56:20
**feet** [1] - 59:9
**fellow** [7] - 40:13, 58:14, 58:20, 58:22, 58:23, 59:18, 63:24
**felonies** [8] - 11:19, 12:13, 12:25, 13:5, 20:10, 29:9, 34:15
**felony** [13] - 11:8, 13:11, 13:12, 20:9, 21:25, 22:6, 22:9,

23:4, 47:20, 59:4, 59:22, 60:8, 61:14
**felt** [3] - 33:4, 47:1, 61:23
**female** [1] - 33:17
**few** [1] - 38:4
**Fifth** [1] - 1:19
**fifth** [1] - 60:19
**fight** [6] - 24:10, 38:15, 39:6, 39:7, 39:15, 39:23
**fighting** [4] - 33:2, 33:3, 33:9, 39:1
**file** [1] - 69:23
**filed** [8] - 4:24, 4:25, 5:2, 5:5, 5:15, 5:16, 6:2, 69:19
**filing** [1] - 69:20
**final** [6] - 4:23, 5:17, 11:6, 30:4, 61:2, 65:6
**finally** [2] - 26:5, 42:12
**financial** [8] - 32:8, 68:3, 68:4, 68:5, 68:13, 68:14, 68:17, 68:22
**findings** [4] - 6:8, 10:20, 14:3, 42:17
**fine** [11] - 28:14, 28:15, 28:19, 30:15, 56:4, 65:25, 66:2, 66:3, 67:4, 68:11, 70:19
**fines** [2] - 28:4, 28:13
**finish** [1] - 35:3
**firearms** [1] - 35:4
**firecracker** [1] - 54:12
**first** [12] - 4:9, 4:23, 9:18, 21:3, 44:11, 49:15, 52:17, 53:18, 57:15, 58:9, 60:9, 62:21
**fit** [1] - 51:18
**five** [4] - 8:10, 8:12, 28:10, 29:8
**flip** [1] - 62:16
**floor** [1] - 34:1
**focus** [1] - 38:1
**focusing** [1] - 40:25
**folks** [5] - 2:10, 2:19, 46:23, 52:4, 52:9
**follow** [2] - 23:9, 70:15
**followed** [1] - 52:10
**following** [5] - 42:17, 44:11, 61:20, 67:10, 68:1
**follows** [1] - 6:14

**fool** [1] - 36:8
**footnote** [1] - 56:10
**FOR** [5] - 1:1, 1:14, 1:16, 1:18, 1:20
**force** [2] - 17:13, 22:8
**forced** [2] - 17:8, 39:16
**forceful** [1] - 58:12
**forcibly** [1] - 33:25
**foregoing** [1] - 72:4
**forever** [1] - 59:17
**forfeit** [1] - 56:8
**forgive** [1] - 52:18
**Form** [1] - 67:12
**former** [5] - 21:21, 31:21, 32:6, 46:22, 47:3
**forth** [3] - 5:8, 37:17, 43:20
**forward** [1] - 2:5
**Foulds** [10] - 17:24, 19:5, 19:6, 19:7, 26:9, 26:15, 38:10, 40:2, 60:20, 60:25
**Foulds's** [1] - 18:5
**four** [7] - 4:1, 8:9, 15:6, 16:1, 24:22, 27:17, 52:20
**four-level** [2] - 8:9, 27:17
**four-point** [2] - 15:6, 24:22
**fourth** [1] - 60:8
**framework** [1] - 29:14
**frankly** [2] - 59:9, 63:2
**fray** [2] - 32:15, 60:12
**free** [2] - 3:21, 21:16
**fresh** [2] - 34:12
**Friday** [1] - 55:9
**friends** [3] - 3:11, 52:2, 63:5
**front** [3] - 32:24, 33:18, 59:2
**fuck** [1] - 33:15
**full** [2] - 68:22, 72:5
**fully** [1] - 5:22
**Fulp** [1] - 2:9
**fulsome** [1] - 56:21
**funds** [3] - 57:3, 57:7, 57:9
**furtherance** [1] - 13:12
**futile** [1] - 34:10
**future** [2] - 31:4, 43:14

# G

**gain** [1] - 33:25
**gaps** [1] - 62:25
**gear** [1] - 60:22
**general** [4] - 50:9, 51:7, 52:5, 63:19
**given** [2] - 18:6, 36:22
**GiveSendGo** [2] - 48:4, 56:5
**glad** [1] - 45:3
**glass** [1] - 32:25
**goal** [1] - 51:11
**Gonell** [9] - 3:17, 3:20, 31:14, 31:22, 37:14, 38:9, 40:2, 41:23, 59:12
**GONELL** [3] - 31:16, 31:19, 31:21
**Gorsuch's** [1] - 25:24
**GOVERNMENT** [1] - 1:14
**Government** [63] - 2:6, 3:8, 4:15, 5:5, 5:7, 6:2, 10:12, 11:18, 12:10, 13:1, 13:2, 13:9, 14:14, 14:24, 14:25, 15:4, 15:12, 15:14, 15:21, 16:4, 17:19, 21:16, 21:23, 23:8, 23:18, 23:22, 24:22, 24:25, 25:1, 26:5, 26:9, 26:12, 26:19, 29:13, 43:16, 44:3, 44:6, 44:9, 45:8, 45:12, 46:13, 49:6, 49:9, 50:11, 50:19, 51:4, 52:16, 52:21, 52:24, 54:6, 55:3, 55:8, 56:1, 56:7, 61:19, 62:12, 63:18, 64:4, 64:9, 69:21, 70:7, 70:11, 70:20
**government** [14] - 23:13, 23:17, 24:7, 32:11, 36:6, 36:8, 42:23, 53:5, 62:1, 62:4, 62:6, 62:10, 62:14
**Government's** [17] - 18:9, 24:21, 26:2, 26:21, 43:24, 44:19, 45:13, 45:18, 45:24, 50:14, 52:25, 55:11, 64:11, 64:13, 64:18, 65:23, 66:3
**grab** [1] - 40:3

**grabbed** [2] - 32:1, 33:23
**grateful** [1] - 51:25
**gravity** [2] - 4:3, 60:22
**great** [3] - 3:19, 25:22, 51:22
**greater** [2] - 30:23, 65:20
**green** [2] - 33:11, 36:19
**ground** [1] - 46:23
**Group** [26] - 7:15, 7:16, 7:17, 7:18, 7:20, 7:21, 7:22, 7:23, 8:6, 8:7, 8:25, 9:5, 9:6, 9:7, 24:20, 27:3, 27:6
**group** [8] - 7:16, 7:17, 8:8, 8:11, 27:3, 27:6, 27:8, 55:12
**grouping** [2] - 7:13, 9:20
**groups** [7] - 7:15, 7:25, 8:4, 8:10, 24:20, 27:8
**grudge** [2] - 23:15, 23:23
**guideline** [24] - 6:12, 6:15, 6:21, 7:4, 7:6, 7:9, 7:13, 8:19, 20:15, 22:5, 22:22, 23:2, 23:9, 25:23, 27:11, 27:17, 27:18, 28:17, 29:2, 29:6, 29:10, 30:7, 31:9, 65:8
**Guideline** [2] - 7:19, 8:9
**guidelines** [19] - 4:14, 6:24, 7:10, 14:7, 19:2, 29:10, 29:21, 29:22, 31:6, 37:24, 50:25, 51:4, 64:20, 65:7, 65:11, 65:14, 65:18, 69:12, 69:13
**GUILLERMO** [1] - 1:6
**Guillermo** [1] - 2:3
**guilt** [1] - 69:7
**guilty** [4] - 18:23, 31:12, 54:7, 64:3
**gun** [1] - 25:8

# H

**hallway** [1] - 38:21
**Hamner** [1] - 22:4
**hand** [4] - 33:14, 35:23
**hand-to-hand** [1] -

35:23
**hands** [4] - 33:23, 40:4, 50:8, 61:24
**hang** [1] - 54:2
**hard** [1] - 63:2
**harder** [1] - 33:22
**hardly** [3] - 62:21, 63:23
**harm** [1] - 63:24
**harmed** [1] - 37:7
**Harvel** [4] - 38:8, 39:12, 58:10, 58:20
**hat** [2] - 33:11, 36:19
**Hatch** [1] - 62:9
**health** [1] - 32:8
**hear** [3] - 4:15, 9:18, 18:12
**heard** [11] - 4:16, 9:19, 10:3, 10:17, 13:16, 16:4, 26:15, 37:16, 40:11, 41:23, 43:19
**HEARING** [1] - 1:10
**hearing** [3] - 3:25, 4:9, 30:17
**hearings** [1] - 38:2
**heave** [6] - 19:13, 19:16, 35:16, 59:5, 60:15, 60:18
**heave-ho** [5] - 19:13, 19:16, 35:16, 59:5, 60:15
**heave-hos** [1] - 60:18
**heavily** [1] - 62:19
**held** [3] - 32:16, 32:17, 35:5
**help** [4] - 33:17, 35:8, 58:20, 60:14
**helped** [1] - 47:3
**helpful** [1] - 52:6
**Henry** [2] - 19:4, 38:10
**hereby** [2] - 66:16, 72:3
**high** [1] - 51:1
**higher** [2] - 43:6, 43:12
**highest** [3] - 14:23, 15:7, 44:5
**Hill** [1] - 2:8
**HILL** [1] - 1:15
**himself** [2] - 3:18, 23:16
**history** [13] - 8:16, 8:19, 27:10, 31:8, 38:3, 41:25, 42:2, 42:24, 43:4, 47:12, 49:10, 58:1, 62:18
**History** [1] - 8:17

**hit** [1] - 33:6
**ho** [5] - 19:13, 19:16, 35:16, 59:5, 60:15
**Hodges** [4] - 19:16, 19:19, 35:17, 60:18
**holding** [1] - 35:24
**home** [4] - 32:18, 37:5, 38:22, 63:10
**honest** [2] - 26:16, 48:10
**Honor** [80] - 2:7, 2:11, 2:18, 3:15, 3:24, 5:10, 5:13, 5:19, 5:24, 6:4, 8:24, 9:13, 9:19, 10:2, 10:7, 10:19, 13:18, 14:16, 15:9, 15:16, 15:17, 18:13, 18:23, 19:3, 19:12, 19:18, 19:25, 20:12, 20:19, 27:15, 27:23, 27:25, 29:17, 29:19, 29:25, 30:2, 37:11, 37:19, 37:23, 38:1, 39:10, 39:21, 40:6, 40:11, 41:9, 41:15, 42:9, 42:15, 42:16, 42:24, 43:1, 43:15, 43:22, 43:23, 44:1, 44:8, 45:2, 46:7, 46:17, 47:17, 47:22, 47:23, 48:7, 49:12, 50:9, 51:3, 51:19, 54:14, 54:18, 54:23, 56:1, 57:13, 57:19, 70:4, 70:6, 70:9, 70:12, 70:15, 70:22, 70:24
**Honor's** [2] - 45:6, 50:16
**HONORABLE** [1] - 1:10
**honorably** [2] - 54:19, 62:24
**hope** [1] - 37:11
**horrific** [1] - 35:22
**hos** [1] - 60:18
**hour** [1] - 61:15
**hours** [2] - 39:1, 67:6
**huge** [2] - 40:17, 40:18
**human** [2] - 32:2, 33:21
**humbly** [1] - 55:18
**hurt** [2] - 33:25, 37:3

**I**

**idea** [1] - 42:18
**identify** [1] - 2:5

**illegal** [2] - 60:24, 61:9
**illuminating** [1] - 59:25
**imagine** [1] - 34:4
**immediate** [1] - 70:7
**impact** [2] - 3:16, 40:11
**impacted** [2] - 38:6, 59:17
**impeded** [1] - 34:18
**impeding** [3] - 2:23, 12:11, 12:14
**impose** [10] - 4:21, 28:6, 28:7, 28:8, 28:10, 29:4, 43:16, 53:8, 64:10, 66:14
**imposed** [8] - 30:25, 31:9, 54:23, 63:14, 67:13, 69:11, 69:17, 70:2
**imposes** [2] - 30:23, 52:11
**imposing** [3] - 57:18, 63:13, 67:4
**impressed** [1] - 63:6
**imprison** [1] - 49:7
**imprisonment** [2] - 28:4, 68:17
**impropriety** [1] - 60:22
**imputedly** [1] - 35:6
**inadequate** [1] - 65:17
**inaugural** [1] - 39:17
**incarcerated** [2] - 50:6, 70:18
**incarceration** [7] - 28:12, 30:9, 30:10, 30:11, 30:12, 51:20, 54:21
**incident** [1] - 17:7
**incidents** [1] - 16:23
**include** [5] - 10:9, 28:4, 29:8, 30:25, 67:15
**included** [1] - 18:15
**includes** [1] - 68:25
**including** [5] - 13:5, 40:2, 40:8, 62:10, 69:10
**incorporate** [1] - 21:4
**incorrect** [2] - 65:11, 69:11
**increase** [4] - 8:3, 9:9, 15:6, 27:18
**incredibly** [3] - 41:20, 52:6, 60:9
**incur** [1] - 68:7

**indeed** [4] - 22:10, 62:8, 64:12, 66:10
**individual** [2] - 37:12, 46:6
**indulgence** [2] - 11:12, 54:3
**ineffective** [1] - 69:15
**ineligible** [1] - 29:11
**influence** [1] - 42:5
**information** [6] - 42:22, 57:16, 66:1, 68:3, 68:4, 68:5
**infractions** [1] - 63:12
**injured** [4] - 17:25, 26:17, 59:16, 60:17
**injuries** [6] - 34:22, 35:9, 35:20, 59:13, 59:20, 60:4
**injurious** [1] - 61:13
**injury** [21] - 15:15, 15:19, 15:25, 17:1, 17:17, 17:19, 18:2, 18:4, 18:9, 18:20, 19:10, 19:19, 26:6, 26:7, 26:8, 26:12, 26:14, 26:20, 26:22, 64:23
**inmates** [1] - 56:18
**inside** [3] - 20:22, 33:9, 37:3
**instance** [2] - 24:9, 25:12
**instead** [4] - 32:14, 32:19, 35:16, 43:11
**instructed** [1] - 51:3
**instructing** [1] - 58:13
**instruments** [1] - 25:7
**insult** [1] - 35:8
**insurrectionists** [1] - 34:17
**intend** [1] - 64:10
**intended** [2] - 10:9, 36:24
**intent** [18] - 11:21, 12:14, 12:24, 13:11, 13:23, 20:8, 20:12, 20:15, 21:25, 33:24, 41:9, 41:13, 41:18, 49:2, 58:6, 59:25, 60:5
**intention** [1] - 11:8
**intentionally** [1] - 34:18
**interacted** [2] - 38:6, 41:22
**interaction** [1] - 17:9

**interested** [2] - 15:1, 56:20
**interference** [4] - 21:13, 34:21, 59:12, 64:23
**interfering** [1] - 55:13
**interrupting** [1] - 14:4
**introduce** [1] - 31:18
**inverted** [1] - 62:7
**investigation** [3] - 3:6, 4:24, 68:24
**involve** [1] - 64:9
**involved** [4] - 60:17, 61:2, 62:16, 64:24
**involvement** [1] - 43:7
**issue** [2] - 20:6, 65:19
**issued** [1] - 44:11
**issuing** [2] - 65:6, 65:25
**items** [1] - 34:1
**itself** [3] - 16:25, 22:20, 55:17

**J**

**jacket** [2] - 33:11, 36:19
**Jackson** [1] - 23:7
**Jackson's** [2] - 22:3, 22:8
**January** [34] - 32:9, 36:11, 36:18, 38:7, 38:15, 39:6, 42:23, 43:3, 43:10, 44:5, 44:17, 45:7, 45:14, 45:15, 45:16, 45:18, 46:9, 46:15, 47:1, 47:7, 49:2, 49:18, 51:7, 51:9, 51:16, 52:10, 53:4, 55:22, 58:3, 64:14, 65:1, 65:15, 66:12
**job** [5] - 35:19, 38:22, 42:19, 43:8, 59:19
**jobs** [1] - 38:15
**join** [4] - 35:16, 47:14, 60:12, 60:13
**joined** [2] - 2:13, 32:15, 59:5, 60:15
**joining** [1] - 32:19
**JR** [1] - 1:18
**Judd** [7] - 44:2, 44:4, 44:7, 53:23, 54:1, 54:5

**Judd's** [1] - 44:3
**Judge** [3] - 22:3, 22:8, 23:7
**JUDGE** [1] - 1:11
**judges** [1] - 64:9
**Judgment** [1] - 67:12
**judgment** [3] - 35:11, 66:15, 69:20
**judicial** [2] - 21:9, 54:20
**juncture** [1] - 17:10
**justice** [6] - 10:9, 21:3, 21:8, 21:13, 64:7, 65:2
**Justice** [1] - 25:24
**justify** [1] - 23:1

## K

**Kaitlin** [1] - 2:7
**KAITLIN** [1] - 1:14
**keep** [7] - 4:2, 20:21, 40:19, 42:19, 42:20, 43:13, 45:22
**kept** [1] - 34:24
**kind** [3] - 23:6, 25:13, 63:2
**kindness** [1] - 63:8
**Klamann** [11] - 2:8, 3:14, 5:7, 18:12, 27:21, 29:16, 29:24, 37:16, 43:18, 60:12, 70:3
**KLAMANN** [18] - 1:14, 2:7, 3:15, 5:10, 14:16, 15:16, 18:13, 18:19, 20:5, 20:19, 27:23, 29:17, 29:25, 37:19, 38:1, 70:4, 70:9, 70:12
**Klein** [73] - 2:3, 2:12, 2:22, 3:25, 5:2, 5:11, 5:20, 8:16, 10:23, 11:2, 11:4, 11:16, 13:10, 13:22, 14:10, 16:9, 16:13, 16:22, 17:6, 17:9, 17:18, 18:6, 21:21, 22:3, 23:11, 23:22, 24:24, 25:2, 25:14, 29:7, 32:6, 32:7, 32:10, 33:1, 34:4, 35:2, 36:1, 37:8, 41:6, 44:7, 44:10, 44:11, 45:14, 45:15, 46:18, 46:21, 47:6, 47:13, 47:17, 47:24, 48:7, 48:11, 48:15, 48:20, 48:24, 49:1, 49:7, 49:13,

49:17, 50:5, 51:6, 51:10, 52:11, 53:17, 53:22, 54:13, 54:14, 54:19, 57:14, 66:16, 70:17
**KLEIN** [1] - 1:6
**Klein's** [12] - 21:12, 21:24, 25:12, 26:11, 26:13, 26:21, 33:24, 44:2, 51:19, 53:19, 53:20, 54:24
**knife** [1] - 25:8
**knowledge** [1] - 52:19
**knows** [4] - 19:18, 40:6, 43:1, 48:18

## L

**lack** [2] - 37:7, 52:18
**landlord** [1] - 63:7
**lapse** [1] - 35:10
**large** [2] - 46:10, 47:24
**largely** [3] - 11:1, 11:2, 11:19
**Lashawn** [1] - 38:8
**last** [5] - 4:18, 4:20, 43:1, 48:21, 56:9
**lastly** [1] - 20:5
**laudable** [1] - 42:7
**launched** [1] - 34:1
**LAURA** [1] - 1:15
**Laura** [1] - 2:8
**LAW** [1] - 1:18
**law** [20] - 2:13, 4:8, 8:1, 14:10, 14:12, 16:11, 23:15, 23:23, 24:14, 31:2, 35:19, 36:21, 44:15, 44:21, 48:17, 58:5, 62:21, 69:11
**lawful** [1] - 58:18
**laws** [2] - 62:5, 62:6
**lawyers'** [1] - 52:7
**lay** [1] - 13:19
**lays** [1] - 6:11
**lead** [2] - 27:7, 65:16
**league** [1] - 64:17
**learn** [1] - 32:10
**learned** [1] - 61:22
**least** [7] - 9:16, 20:9, 25:6, 26:17, 39:25, 42:15, 42:17
**leave** [3] - 3:21, 9:3, 35:15
**leaves** [2] - 26:23, 27:1
**Lee** [1] - 44:2

**left** [6] - 17:5, 57:9, 60:9, 62:25, 63:18, 63:21
**legal** [1] - 56:20
**leniency** [1] - 35:6
**lenity** [1] - 26:1
**less** [4] - 8:11, 44:6, 54:6, 68:15
**letters** [4] - 3:9, 36:9, 63:4, 66:8
**level** [37] - 6:20, 6:22, 7:3, 7:6, 7:7, 7:10, 7:19, 7:20, 7:21, 7:22, 7:23, 8:3, 8:5, 8:8, 8:9, 8:13, 8:14, 8:18, 8:23, 9:1, 9:5, 9:10, 10:6, 20:6, 21:6, 21:7, 21:22, 27:2, 27:7, 27:9, 27:11, 27:17, 44:5, 55:19
**levels** [1] - 27:16
**life** [8] - 34:22, 35:20, 37:2, 50:6, 59:14, 59:20, 66:6, 66:13
**light** [3] - 4:19, 57:23, 67:19
**like-minded** [2] - 34:11, 50:1
**likely** [2] - 16:14, 19:11
**likewise** [1] - 42:10
**line** [5] - 19:9, 19:14, 58:11, 58:16, 58:24
**lines** [1] - 68:8
**Lisa** [1] - 72:12
**LISA** [2] - 1:21, 72:3
**listed** [2] - 30:8, 67:11
**listen** [1] - 33:16
**litigated** [1] - 16:7
**live** [1] - 35:21
**lives** [3] - 38:14, 50:7, 59:17
**local** [1] - 67:16
**look** [3] - 13:4, 44:16, 46:5
**looking** [5] - 9:23, 10:1, 25:23, 26:8, 57:5
**looks** [1] - 11:7
**lose** [2] - 36:5, 45:5
**lost** [2] - 32:7, 47:5
**loved** [3] - 35:20, 59:20, 66:10
**lower** [2] - 39:18, 58:25
**loyalty** [1] - 53:5
**LP** [1] - 1:18
**luck** [1] - 70:23

## M

**MAGA** [2] - 33:11, 36:19
**maintain** [4] - 19:9, 20:2, 58:10, 70:25
**majority** [1] - 25:6
**male** [1] - 33:11
**man** [2] - 53:10, 53:11
**managed** [1] - 34:2
**mandatory** [6] - 28:20, 28:22, 28:23, 29:12, 67:10, 67:13
**manner** [4] - 16:13, 16:20, 48:24
**Marine** [2] - 52:17, 62:24
**Marines** [3] - 39:8, 42:6, 43:8
**Marshals** [1] - 71:2
**match** [1] - 27:13
**materials** [1] - 3:13
**matter** [2] - 4:5, 44:21
**matters** [1] - 61:24
**maxim** [1] - 62:7
**maximum** [11] - 28:5, 28:7, 28:8, 28:9, 28:10, 28:12, 28:14, 28:15, 28:19, 37:12, 69:13
**mayhem** [2] - 34:21, 59:13
**McCaughey** [2] - 19:21, 25:11
**McFADDEN** [1] - 1:10
**mean** [2] - 18:3, 46:10
**meaning** [2] - 8:12, 25:21
**means** [1] - 16:19
**meant** [2] - 40:12, 61:8
**mechanical** [1] - 4:2
**media** [2] - 52:3, 52:25
**Mehaffie** [1] - 54:25, 55:5
**Mehaffie's** [1] - 55:24
**member** [1] - 34:19
**members** [3] - 3:11, 38:11, 59:8
**memoranda** [2] - 3:7, 5:2
**memorandum** [7] - 3:10, 3:12, 5:5, 10:25,

37:21, 42:14, 65:24
**men** [2] - 38:13, 62:6
**mentioned** [1] - 64:21
**mere** [1] - 45:19
**message** [1] - 51:21
**messages** [3] - 12:7, 41:15, 63:21
**met** [1] - 65:3
**Metropolitan** [2] - 19:5, 38:12
**middle** [2] - 32:9, 32:22
**midst** [1] - 22:25
**might** [3] - 9:22, 12:10, 70:15
**military** [3] - 52:22, 66:7
**mind** [3] - 4:2, 40:16, 41:18
**minded** [3] - 34:11, 47:14, 50:1
**minute** [1] - 33:3
**minutes** [5] - 19:4, 32:24, 38:4, 40:1, 41:5
**misconstrual** [1] - 61:25
**misdemeanors** [1] - 7:12
**missed** [1] - 3:23
**mistake** [1] - 10:4
**mistaken** [1] - 54:2
**misunderstood** [1] - 11:13
**mitigate** [1] - 57:16
**mitigating** [1] - 42:3
**mob** [5] - 32:20, 32:21, 34:23, 37:8, 59:15
**moment** [5] - 15:16, 35:11, 40:11, 40:17, 41:3
**money** [3] - 56:15, 56:21, 57:9
**month** [1] - 68:15
**months** [22] - 8:20, 9:12, 27:12, 27:19, 28:12, 30:14, 32:10, 37:22, 39:11, 42:25, 43:16, 44:6, 44:20, 46:22, 46:24, 54:5, 54:18, 54:22, 66:17, 66:18, 66:19
**months'** [4] - 30:9, 30:10, 30:11, 30:12
**Moore** [3] - 38:10, 40:3, 61:3
**moreover** [1] - 25:15
**morning** [10] - 2:10,

2:11, 2:19, 3:12,
31:19, 31:20, 38:5,
48:5, 56:10, 57:9
**Morris** [1] - 38:10
**most** [11] - 8:7, 14:8,
21:9, 25:21, 43:3,
44:4, 52:14, 59:1,
62:13, 64:4, 67:11
**mostly** [3] - 19:15,
36:3, 43:7
**motion** [2] - 19:16,
60:15
**motions** [1] - 19:13
**motivated** [7] - 8:2,
13:20, 14:11, 23:13,
23:21, 24:6, 42:18
**motive** [1] - 50:14
**move** [1] - 58:13
**moved** [2] - 33:6,
33:21
**MR** [33] - 2:11, 2:16,
2:20, 3:24, 5:13, 5:19,
9:19, 10:2, 10:7,
10:19, 11:10, 11:12,
11:24, 13:18, 14:17,
15:4, 15:13, 16:5,
18:1, 27:25, 29:19,
30:2, 43:22, 45:2,
54:8, 54:11, 55:2,
56:4, 56:14, 57:13,
70:6, 70:15, 70:22
**MS** [18] - 2:7, 2:15,
3:15, 5:10, 14:16,
15:16, 18:13, 18:19,
20:5, 20:19, 27:23,
29:17, 29:25, 37:19,
38:1, 70:4, 70:9,
70:12
**multiple** [9] - 12:20,
13:5, 14:2, 23:25,
27:8, 32:22, 34:15,
39:23, 54:15
**must** [15] - 23:22,
30:21, 31:7, 49:18,
61:10, 67:15, 67:16,
67:17, 67:21, 67:23,
68:2, 68:7, 68:10,
68:14, 69:19
**mutually** [1] - 53:1

## N

**namely** [1] - 21:25
**narrowly** [1] - 62:9
**nation's** [1] - 58:5
**naturally** [1] - 21:9
**nature** [8] - 18:6,
31:7, 43:24, 45:5,
46:5, 48:12, 57:25,

65:15
**near** [1] - 49:14
**nearly** [1] - 35:17
**necessarily** [4] -
19:7, 24:11, 55:13,
65:13
**necessary** [6] -
30:24, 43:13, 47:7,
49:7, 55:20, 65:20
**need** [13] - 9:22,
30:25, 31:9, 31:10,
34:12, 35:5, 43:6,
49:12, 51:5, 57:15,
64:1, 66:12
**needed** [1] - 13:9
**needs** [2] - 25:16,
51:8
**negative** [1] - 57:19
**Nevada** [2] - 46:22,
46:24
**never** [6] - 32:4,
36:15, 47:20, 47:21,
49:18, 60:21
**new** [1] - 68:7
**next** [5] - 14:23,
15:7, 21:19, 29:21,
62:18
**nine** [2] - 8:11, 42:7
**nobody** [1] - 53:21
**nonviolent** [2] - 11:1,
11:2
**Northwest** [4] - 1:16,
1:19, 1:23, 72:14
**notably** [1] - 19:15
**note** [4] - 5:14,
31:24, 56:16, 64:8
**noted** [7] - 21:8,
21:15, 42:16, 52:16,
56:9, 57:8, 70:3
**notes** [3] - 23:16,
54:3, 72:5
**notice** [2] - 69:19,
69:21
**notify** [1] - 68:21
**noting** [1] - 47:22
**notion** [2] - 46:19,
49:23
**November** [1] - 1:6
**number** [4] - 40:7,
54:24, 65:12, 65:15
**numerous** [3] -
10:22, 19:8, 19:13

## O

**oath** [6] - 32:12,
34:24, 44:14, 53:5,
62:4, 62:8
**object** [1] - 16:13

**objecting** [1] - 19:24
**objection** [2] - 5:8,
20:2
**objections** [9] - 4:11,
4:12, 5:15, 5:18, 9:17,
10:16, 19:23, 24:21,
70:2
**objects** [1] - 16:19
**obligation** [1] - 68:22
**obligations** [3] -
21:10, 68:14, 68:17
**obstruct** [4] - 12:3,
12:14, 20:13, 58:7
**obstructed** [1] -
11:25
**obstructing** [1] -
12:9
**obstruction** [13] -
2:25, 8:23, 11:22,
12:15, 20:11, 21:25,
22:15, 23:3, 23:5,
26:25, 61:17, 64:7,
64:21
**obstructive** [1] -
13:24
**obtained** [2] - 40:6,
44:9
**obviously** [5] -
47:10, 48:2, 50:3,
53:19, 55:17
**occurred** [4] - 12:19,
19:11, 59:22, 60:8
**October** [5] - 4:24,
5:1, 5:3, 5:5, 5:16
**OF** [4] - 1:1, 1:3,
1:10, 1:16
**offenders** [2] - 44:4,
44:5
**offense** [48] - 4:22,
6:16, 6:18, 6:20, 6:22,
6:25, 7:1, 7:3, 7:5,
7:7, 7:10, 7:19, 7:20,
7:21, 7:22, 7:23, 7:24,
8:2, 8:5, 8:8, 8:13,
8:14, 8:18, 9:1, 9:5,
9:9, 9:10, 11:21, 20:6,
20:15, 22:18, 23:17,
27:2, 27:4, 27:7, 27:9,
27:11, 31:1, 31:2,
31:8, 45:5, 46:4,
47:21, 55:7, 57:25
**offenses** [3] - 13:13,
28:17, 53:25
**offensive** [1] - 25:8
**offer** [1] - 66:10
**OFFICE** [1] - 1:15
**Office** [2] - 68:6,
68:25
**office** [16] - 6:19,
14:15, 14:17, 14:19,

23:19, 30:18, 52:5,
62:4, 62:8, 63:1, 67:7,
67:22, 68:4, 68:13,
68:23, 69:4
**office's** [3] - 6:1,
6:12, 64:12
**officer** [20] - 2:23,
12:2, 12:5, 13:21,
16:24, 17:9, 17:19,
17:21, 23:15, 23:20,
24:7, 24:14, 24:15,
27:13, 61:3, 65:14,
68:2, 68:9, 68:13
**OFFICER** [6] - 8:24,
9:4, 9:13, 9:25, 15:9,
27:15
**Officer** [31] - 2:4, 6:9,
9:22, 11:9, 15:3,
17:24, 18:5, 19:4,
19:6, 19:7, 19:16,
19:19, 26:9, 26:15,
26:23, 35:17, 38:8,
38:9, 38:10, 39:12,
40:2, 40:3, 41:23,
58:10, 58:20, 59:12,
60:18, 60:20, 60:25,
61:3
**officer's** [4] - 14:22,
17:4, 17:5, 40:4
**officers** [49] - 8:2,
12:11, 12:14, 12:20,
13:25, 14:2, 14:5,
17:4, 17:11, 17:13,
19:9, 20:21, 23:12,
23:13, 23:20, 23:25,
24:9, 25:3, 25:4,
26:20, 33:4, 34:5,
34:16, 35:8, 36:22,
38:6, 38:13, 40:1,
40:14, 41:23, 45:21,
49:3, 58:5, 58:13,
58:15, 58:22, 59:5,
59:6, 59:16, 59:24,
60:2, 60:17, 60:23,
61:11, 61:16, 64:15,
64:23, 65:15
**officers'** [3] - 24:4,
24:6, 37:9
**Official** [1] - 1:22
**official** [27] - 2:25,
11:22, 11:25, 12:4,
12:9, 12:14, 12:15,
13:16, 14:4, 14:6,
14:8, 20:18, 22:1,
22:15, 23:3, 23:5,
23:10, 23:19, 24:1,
24:5, 24:11, 24:19,
27:5, 32:6, 32:11,
64:21, 72:12
**officials** [3] - 36:24,

37:1
**often** [1] - 38:2
**olive** [1] - 33:11
**once** [3] - 18:21,
33:20, 60:15
**one** [29] - 8:11, 9:8,
12:23, 15:16, 16:23,
25:3, 25:17, 26:13,
28:11, 29:3, 29:5,
29:6, 29:8, 36:13,
42:3, 42:16, 44:1,
44:4, 45:17, 48:20,
49:19, 49:20, 54:24,
59:15, 62:19, 64:10,
66:7, 66:21
**ones** [1] - 66:10
**ongoing** [1] - 58:7
**onslaught** [2] - 34:3,
41:4
**open** [3] - 40:9,
45:22, 68:7
**operating** [1] - 29:15
**opinion** [2] - 21:5,
21:15
**opportunity** [2] -
16:2, 35:15
**oppose** [1] - 70:9
**opposed** [1] - 29:23
**opposite** [3] - 32:13,
35:9, 51:15
**order** [2] - 51:6, 69:1
**ordered** [2] - 66:25,
68:10
**ordinarily** [1] - 25:7
**otherwise** [8] -
13:24, 24:2, 37:18,
43:21, 48:23, 58:15,
61:9, 63:13
**ought** [3] - 18:8,
46:16, 50:12
**outcome** [1] - 16:15
**outnumbered** [1] -
58:23
**outside** [2] - 15:22,
38:14
**outstanding** [3] -
4:11, 5:18, 20:5
**overall** [1] - 42:24
**overseas** [1] - 52:18
**overwhelm** [1] -
35:16
**overwhelming** [1] -
47:20
**owed** [1] - 68:14
**own** [4] - 10:24, 14:3,
34:25, 61:24

# P

p.m [2] - 59:6, 60:9
Page [2] - 9:5, 10:1
Pages [1] - 25:25
paid [1] - 68:22
papers [3] - 6:2, 23:16, 57:8
part [12] - 4:20, 32:13, 34:15, 36:16, 37:8, 38:22, 46:21, 56:6, 58:19, 61:15, 65:4, 65:25
partially [1] - 42:18
participant [2] - 34:14, 41:6
participate [3] - 35:12, 60:13, 62:11
participated [2] - 19:13, 19:15
particular [1] - 57:22
particularly [4] - 59:25, 63:6, 64:15, 64:22
parties [3] - 3:22, 21:2, 65:8
party [2] - 29:23, 30:5
passive [1] - 41:6
past [2] - 13:3, 39:8
patriots [1] - 34:12
pattern [1] - 25:13
pay [4] - 66:2, 66:25, 68:10, 68:14
payable [1] - 68:18
payments [1] - 68:15
peaceful [4] - 35:7, 41:10, 42:19, 45:11
penalties [1] - 28:3
Pence [2] - 47:10, 61:21
pending [2] - 44:14, 48:12
people [18] - 17:14, 32:2, 32:7, 34:12, 35:2, 36:15, 37:4, 38:5, 38:14, 38:20, 39:7, 39:8, 41:22, 42:10, 47:14, 55:17, 58:13, 60:13
per [1] - 68:15
performance [2] - 24:4, 24:16
performing [2] - 24:1, 24:15
perhaps [2] - 43:3, 51:2
period [6] - 19:4, 42:7, 51:20, 54:21,

61:12, 66:6
permission [1] - 69:23
permitted [1] - 69:18
perpetrated [1] - 64:15
persisted [1] - 58:12
person [8] - 36:10, 40:12, 45:17, 48:9, 52:15, 54:21, 63:6, 67:7
personal [2] - 42:18, 62:15
persuasively [1] - 61:19
phrase [1] - 25:21
physical [3] - 3:2, 3:3, 64:22
physically [1] - 56:25
picked [1] - 34:1
pinned [2] - 19:16, 19:20
place [6] - 34:11, 42:20, 49:20, 52:1, 61:6
placing [1] - 8:16
Plaintiff [1] - 1:4
play [3] - 14:21, 31:23, 47:10
played [1] - 40:22
plaza [3] - 20:13, 39:13, 58:11
pleases [1] - 18:17
pleasure [1] - 51:22
pled [1] - 54:7
plus [6] - 16:1, 19:24, 19:25, 20:23, 37:23
plus-eight [2] - 19:25, 37:23
plus-four [1] - 16:1
plus-six [1] - 20:23
plus-three [2] - 19:24, 37:23
podium [3] - 5:21, 31:17, 57:21
point [16] - 15:6, 20:18, 21:2, 23:9, 24:22, 24:25, 26:19, 30:5, 34:15, 45:12, 45:23, 50:10, 50:16, 51:13, 52:7, 63:18
pointed [2] - 19:3, 26:12
pointing [1] - 11:5
points [13] - 8:11, 8:16, 10:8, 14:23, 15:7, 15:8, 22:3, 25:1, 25:2, 26:10, 39:23, 40:7, 44:21

police [25] - 12:2, 12:5, 19:8, 19:9, 19:14, 20:20, 23:25, 33:1, 36:4, 38:6, 38:13, 39:16, 39:20, 40:8, 41:4, 41:19, 49:3, 58:11, 58:16, 59:5, 60:6, 60:20, 60:23, 61:3
Police [5] - 19:5, 31:21, 34:19, 38:11, 38:12
policy [1] - 31:6
political [6] - 48:22, 49:21, 62:1, 62:2, 62:10, 62:11
politically [1] - 49:24
portraying [1] - 52:22
position [7] - 13:15, 20:1, 41:14, 43:24, 44:13, 44:19, 45:25
positions [1] - 36:7
possess [1] - 67:17
possible [1] - 25:10
post [2] - 35:16, 35:24
postal [1] - 24:9
potentially [1] - 59:8
power [4] - 34:6, 41:11, 42:20, 45:11
praising [1] - 63:22
precarious [1] - 19:8
precedent [1] - 46:15
preconceived [1] - 46:18
predicate [1] - 12:12
prepare [1] - 28:2
preparing [2] - 14:19, 51:23
preponderance [1] - 18:25
presence [2] - 12:6, 12:16, 33:1, 45:19, 53:3
present [8] - 2:12, 3:17, 12:18, 25:13, 51:18, 55:9, 55:19, 57:16
presentence [14] - 3:5, 4:10, 4:24, 5:9, 5:12, 5:15, 6:1, 6:7, 6:11, 28:2, 30:20, 68:23, 69:3
President [5] - 42:20, 46:23, 47:3, 47:10, 61:21
president [4] - 32:6, 47:2, 47:5, 47:9
presidential [1] -

44:12
press [3] - 44:10, 44:22, 60:20
pressed [1] - 25:20
pretrial [2] - 44:16, 44:18
pretty [1] - 44:24
prevail [1] - 49:19
prevent [5] - 37:3, 40:22, 59:7, 60:3, 60:6
prevented [2] - 24:2, 34:18
prison [2] - 28:5, 28:7, 28:8, 28:9, 51:10, 71:1
Prisons [1] - 66:17
privilege [1] - 36:8
Probation [20] - 2:4, 3:7, 4:25, 8:21, 8:22, 11:5, 15:18, 15:22, 18:15, 21:23, 23:8, 24:23, 30:5, 30:8, 30:14, 30:16, 65:8, 66:1, 68:25, 71:2
probation [22] - 6:1, 6:11, 6:19, 14:15, 14:17, 14:19, 14:21, 23:18, 28:4, 29:7, 29:8, 29:11, 30:18, 63:1, 64:12, 67:7, 67:22, 68:2, 68:4, 68:8, 68:23, 69:4
PROBATION [7] - 1:20, 8:24, 9:4, 9:13, 9:25, 15:9, 27:15
Probation's [2] - 30:6, 67:4
proceed [1] - 4:1
proceeding [19] - 2:25, 4:5, 10:10, 10:13, 11:23, 11:25, 12:4, 12:9, 12:15, 14:4, 21:9, 21:11, 22:1, 22:16, 23:3, 23:6, 58:7, 64:21
Proceedings [1] - 71:4
proceedings [1] - 72:6
process [2] - 47:19, 61:20
produced [1] - 72:6
produces [1] - 27:9
prolonged [2] - 34:21, 59:13
promote [2] - 31:1, 31:5
prompted [1] - 24:5
proof [1] - 11:20

properly [1] - 34:17
property [1] - 55:16
proposal [1] - 64:13
proposed [3] - 26:2, 64:11, 66:3
prosecution [1] - 44:10
protect [6] - 31:4, 32:5, 32:12, 33:9, 39:9, 60:1
protecting [3] - 33:8, 42:10, 58:5
protest [5] - 53:4, 53:6, 55:23, 58:18, 60:24
protesters [3] - 17:5, 17:7, 17:12
protests [1] - 46:11
proud [1] - 52:16
proudly [1] - 53:2
prove [1] - 18:25
provide [5] - 31:2, 56:21, 57:24, 65:25, 68:2
providing [1] - 56:17
proviso [1] - 11:7
proximate [1] - 18:5
PSR [6] - 6:15, 6:21, 6:24, 7:4, 7:14, 18:15
PTSD [1] - 36:1
public [6] - 31:4, 36:7, 46:22, 47:25, 48:3, 51:7
publicity [1] - 44:9
publicly [2] - 52:13, 52:14
pull [1] - 34:3
pulling [1] - 33:12
punish [1] - 53:9
punishment [2] - 31:2, 61:18
purchases [1] - 57:3
purpose [1] - 14:4
purposes [6] - 6:8, 7:14, 30:24, 30:25, 55:7, 65:21
pursuant [2] - 69:8, 69:16
push [4] - 25:2, 40:14, 59:10
pushed [4] - 32:1, 40:1, 60:2, 61:4
pushing [6] - 25:4, 33:12, 33:22, 35:16, 40:8, 45:21
put [6] - 34:22, 36:22, 41:3, 59:14, 60:25, 64:13
puts [1] - 55:16
putting [3] - 45:19,

45:24, 51:10

## Q

qualifies [1] - 65:2
qualify [2] - 23:3, 25:18
quantify [1] - 65:13
quell [1] - 32:14
questions [2] - 27:21, 57:11
quickly [1] - 58:18
quite [5] - 16:17, 23:2, 60:18, 63:2, 64:17
quote [3] - 59:15, 59:19, 59:21
quoted [1] - 10:25

## R

raised [1] - 33:14
rally [2] - 53:3, 60:24
Rally [1] - 58:8
range [8] - 6:12, 8:19, 27:11, 28:17, 29:2, 29:6, 29:10, 69:13
ranges [1] - 31:10
rate [1] - 68:15
rather [2] - 53:25, 58:17
RDR [3] - 1:21, 72:3, 72:12
reach [1] - 25:21
reached [1] - 12:21
reaction [1] - 24:16
read [4] - 3:18, 3:20, 5:12, 63:4
reading [1] - 25:20
real [3] - 41:22, 60:25, 62:15
realized [2] - 32:4, 36:15
realizing [1] - 58:17
really [2] - 36:11, 63:23
reasonable [2] - 22:15, 54:16
reasonably [1] - 53:16
reasons [3] - 43:15, 55:25, 65:23
Rebecca [1] - 2:16
receive [2] - 56:11, 56:18
received [8] - 3:5, 3:12, 3:16, 53:20,

53:21, 54:5, 56:12, 69:14
recent [1] - 67:11
recently [1] - 16:17
recidivism [1] - 43:6
recidivist [1] - 49:14
recognize [2] - 25:10, 61:13
recognized [2] - 47:8, 63:24
recognizing [2] - 65:6, 65:25
recommendation [10] - 3:6, 4:25, 14:22, 30:18, 37:18, 43:21, 64:12, 64:18, 67:5, 70:17
recommendations [2] - 44:25, 51:5
recommended [7] - 4:13, 8:21, 24:24, 26:24, 30:6, 30:9, 65:16
recommends [2] - 30:14, 30:16
record [9] - 2:6, 5:14, 31:18, 46:22, 57:6, 57:24, 62:20, 63:1, 70:3
records [3] - 31:11, 56:25, 64:2
red [2] - 33:11, 36:18
reference [1] - 21:4
referenced [1] - 22:9
references [1] - 26:9
refers [1] - 21:9
reflect [2] - 31:1, 52:14
reflection [1] - 52:13
reflective [1] - 65:5
refrain [1] - 67:17
refresh [1] - 9:23
refuse [1] - 61:21
regard [2] - 29:15, 57:25
regardless [1] - 33:10
rehabilitation [1] - 31:5
rehash [1] - 11:3
reinforcements [2] - 40:5, 61:5
reject [2] - 15:7, 64:18
rejects [1] - 14:21
related [3] - 21:9, 22:11, 27:5
relationship [1] - 48:13
relatively [1] - 62:20

release [13] - 28:25, 29:1, 29:5, 30:15, 44:10, 66:20, 66:24, 67:6, 68:4, 68:16, 68:17, 68:23, 71:1
released [3] - 48:1, 48:12, 67:8
relentlessly [2] - 33:12, 41:19
relevant [4] - 30:21, 57:23, 58:1, 64:4
reliable [1] - 46:24
relinquished [1] - 57:10
relying [1] - 11:9
remain [1] - 57:20
remaining [1] - 28:3
remains [1] - 27:2
remarks [2] - 10:25, 57:24
remember [2] - 36:3, 61:10
remembering [1] - 36:1
remind [1] - 9:2
remorse [2] - 63:17, 63:23
remorseful [1] - 35:7
removed [1] - 60:23
repeat [3] - 9:20, 20:1, 51:9
repeatedly [5] - 39:12, 58:4, 59:10, 60:13, 61:15
repelled [1] - 34:13
replacements [1] - 33:5
report [18] - 3:6, 4:10, 4:24, 5:9, 5:12, 5:15, 5:17, 6:2, 6:7, 6:11, 28:2, 30:20, 44:23, 67:7, 68:24, 69:4, 71:1
REPORTED [1] - 1:21
Reporter [2] - 1:22, 72:12
reports [1] - 63:7
represent [1] - 56:19
represented [1] - 51:14
request [8] - 26:22, 37:17, 43:20, 43:25, 56:22, 57:1, 69:23, 70:16
requested [1] - 68:3
require [1] - 50:25
required [1] - 4:22
requirement [1] - 67:19

requires [1] - 4:18
requiring [1] - 65:22
researched [1] - 16:17
residence [1] - 69:1
resisting [1] - 2:23
resolve [2] - 4:12, 21:2
respect [12] - 16:21, 17:17, 18:15, 19:23, 31:1, 45:25, 46:15, 49:12, 50:9, 50:16, 51:19, 54:20
respectful [1] - 48:25
respectfully [1] - 46:7
respond [1] - 34:17
response [1] - 34:16
responsibility [1] - 63:16
rest [1] - 66:13
restitution [9] - 28:4, 29:12, 30:16, 56:2, 65:22, 67:23, 67:25, 68:11, 68:12
rests [1] - 11:19
result [5] - 9:10, 18:20, 19:19, 26:20, 69:11
resulted [1] - 16:14, 19:16, 26:13
resulting [1] - 27:18
resuming [1] - 46:1
retain [1] - 48:13
retreat [1] - 39:16
return [1] - 69:3
returned [1] - 60:11
reviewed [5] - 3:5, 3:9, 3:11, 3:14, 4:10
revision [1] - 67:11
rightfully [1] - 38:3
rights [1] - 21:10
rigid [1] - 25:19
riot [16] - 16:23, 17:11, 17:13, 22:25, 25:2, 25:5, 25:15, 26:11, 38:18, 39:14, 45:21, 53:4, 58:18, 59:16, 61:6, 65:15
rioter [2] - 33:17, 59:23
rioters [26] - 17:5, 17:8, 17:12, 24:3, 26:10, 33:19, 33:21, 34:11, 35:4, 39:22, 40:4, 40:14, 40:19, 40:21, 41:2, 58:14, 58:20, 58:23, 59:18, 60:1, 60:3, 60:12, 60:17, 61:5, 62:13,

63:24
rise [2] - 21:22, 55:19
risk [4] - 22:20, 34:23, 43:6, 59:14
risked [1] - 37:2
role [4] - 40:23, 40:25, 41:1, 47:10
Room [1] - 1:24
rooms [1] - 52:8
roughly [2] - 32:24, 33:3
rule [1] - 26:1
ruling [1] - 27:14
run [3] - 30:13, 66:23, 66:24

## S

safe [1] - 40:20
safety [1] - 34:22, 34:25, 59:14
sat [1] - 13:2
satisfied [2] - 5:22, 12:8
satisfy [1] - 23:7
saw [10] - 10:2, 12:18, 14:19, 19:12, 38:19, 41:15, 51:18, 58:14, 61:7, 62:15
scream [1] - 36:2
scuffle [1] - 12:19
seat [1] - 6:5
second [7] - 4:13, 17:7, 23:6, 33:6, 46:17, 49:16, 59:4
secret [1] - 50:19
Section [1] - 30:8
security [2] - 36:5, 42:14
seditious [1] - 64:16
see [4] - 16:21, 47:6, 47:14, 48:9
Seefried [4] - 21:5, 53:23, 53:24, 64:25
seeing [4] - 33:10, 34:10, 60:10, 61:10
seek [3] - 14:15, 15:5, 15:10
seeking [14] - 14:14, 15:12, 15:14, 15:18, 15:22, 29:23, 35:6, 37:21, 37:22, 44:13, 44:20, 44:23, 46:15, 70:7
seem [1] - 4:1
seized [1] - 52:25
self [2] - 52:13, 70:10
self-reflection [1] -

52:13
**self-surrender** [1] - 70:10
**send** [1] - 51:21
**sensitive** [1] - 42:22
**sent** [1] - 63:22
**sentence** [45] - 4:14, 4:19, 4:21, 29:21, 29:22, 30:5, 30:9, 30:23, 30:25, 31:3, 31:9, 31:10, 37:12, 37:22, 39:11, 42:25, 43:12, 43:16, 44:7, 44:20, 50:7, 51:6, 51:20, 53:8, 53:17, 54:16, 54:23, 55:25, 57:17, 57:18, 63:13, 64:2, 64:11, 65:6, 65:11, 65:17, 65:19, 66:14, 67:25, 69:1, 69:9, 69:10, 69:14, 69:17, 70:2
**sentenced** [2] - 50:13, 66:20
**sentences** [6] - 30:7, 31:12, 51:1, 51:15, 53:15, 64:10
**sentencing** [37] - 2:21, 3:6, 3:7, 3:25, 4:14, 4:17, 4:25, 5:2, 6:3, 6:8, 7:14, 10:25, 13:4, 13:6, 16:11, 19:2, 26:3, 30:3, 30:24, 37:18, 37:21, 38:1, 40:24, 42:14, 43:21, 44:1, 44:3, 44:25, 50:25, 51:3, 53:13, 64:18, 64:20, 65:21, 65:24, 69:12, 69:15
**SENTENCING** [1] - 1:10
**separate** [3] - 11:21, 12:12, 23:4
**Sergeant** [10] - 3:17, 3:20, 31:14, 31:22, 37:14, 38:8, 38:9, 40:2, 40:11, 40:16
**SERGEANT** [3] - 31:16, 31:19, 31:21
**serious** [12] - 4:5, 8:8, 8:11, 8:12, 16:14, 26:8, 26:14, 41:21, 43:3, 44:4, 63:11, 63:19
**seriously** [3] - 52:12, 59:16, 60:18
**seriousness** [1] - 31:1
**serve** [3] - 6:7,

54:19, 66:20
**served** [5] - 42:6, 50:7, 51:21, 53:2, 62:24
**serves** [1] - 53:10
**Service** [1] - 71:2
**service** [5] - 52:17, 52:22, 62:25, 66:8
**serving** [1] - 42:10
**set** [7] - 4:19, 5:8, 30:22, 37:17, 41:12, 43:20, 46:15
**several** [5] - 2:22, 19:4, 41:5, 42:4, 51:14
**severe** [1] - 69:12
**shall** [7] - 67:6, 67:9, 68:1, 68:12, 68:20, 68:23, 69:3
**share** [4] - 30:5, 46:11, 49:24, 68:5
**sharing** [1] - 50:4
**sharp** [1] - 39:3
**sheer** [1] - 39:14
**SHERRY** [1] - 1:20
**Sherry** [1] - 2:4
**shield** [26] - 16:25, 17:2, 17:11, 17:13, 19:4, 19:15, 25:2, 25:5, 25:9, 25:11, 25:16, 25:17, 26:11, 32:1, 33:13, 33:20, 33:23, 40:3, 40:22, 41:3, 45:22, 59:23, 60:6, 60:20, 61:3, 61:4
**shields** [6] - 16:23, 18:21, 19:1, 32:2, 33:21, 40:7
**shocking** [2] - 58:3, 59:1
**short** [1] - 61:12
**shortly** [1] - 39:13
**shout** [1] - 19:6
**shoved** [1] - 39:12
**show** [5] - 17:23, 23:23, 24:6, 38:15, 63:8
**showed** [2] - 38:16, 45:25
**shown** [1] - 13:9
**shows** [1] - 43:5
**sic** [1] - 35:6
**sides** [1] - 60:4
**significant** [3] - 54:12, 54:14, 62:25
**signs** [1] - 43:5
**similar** [7] - 31:11, 31:12, 36:17, 39:7, 61:2, 64:2, 64:3

similarly [3] - 17:10, 53:22, 55:2
**simply** [5] - 16:8, 22:6, 22:17, 44:22, 55:18
**single** [3] - 47:25, 48:3, 56:12
**site** [1] - 59:1
**sitting** [1] - 57:9
**situated** [1] - 53:22
**situation** [9] - 4:3, 19:8, 19:10, 26:16, 36:23, 52:19, 53:20, 60:7, 60:16
**six** [7] - 7:15, 8:3, 20:23, 28:12, 30:12, 66:19
**six-level** [1] - 8:3
**slightly** [1] - 42:3
**small** [1] - 64:14
**society** [1] - 36:7
**Socr** [1] - 2:17
**solely** [1] - 30:19
**someone** [3] - 32:11, 61:11, 62:2
**sometimes** [1] - 31:22
**somewhat** [1] - 51:13
**somewhere** [1] - 26:7
**sorry** [3] - 2:16, 8:22, 31:22
**sort** [1] - 23:23
**sought** [5] - 18:20, 29:13, 44:6, 54:6, 58:20
**sounding** [1] - 35:7
**sounds** [1] - 15:11
**space** [1] - 60:2
**spearheading** [1] - 33:2
**Special** [1] - 2:9
**special** [8] - 7:24, 27:4, 28:20, 28:22, 28:23, 30:17, 66:25, 68:1
**specific** [4] - 43:7, 49:13, 57:6, 63:19
**specifically** [2] - 51:20, 52:6
**spending** [1] - 51:23
**spent** [1] - 46:22
**spur** [1] - 43:11
**squarely** [2] - 24:17, 38:2
**stability** [1] - 32:8
**stage** [1] - 39:17
**stake** [1] - 35:1
**stand** [1] - 39:3

standard [3] - 32:16, 44:16, 67:10
**standing** [1] - 50:24
**STANLEY** [1] - 1:18
**Stanley** [1] - 2:11
**start** [2] - 16:5, 18:17
**started** [1] - 35:3
**starting** [1] - 2:6
**state** [2] - 36:6, 67:16
**State** [8] - 32:10, 32:18, 41:14, 42:12, 43:8, 47:2, 52:20, 52:22
**statement** [9] - 3:16, 3:21, 31:14, 31:24, 32:3, 47:25, 48:3, 48:6, 57:16
**statements** [4] - 31:7, 41:15, 57:1, 62:7
**States** [17] - 1:22, 2:2, 2:8, 2:24, 4:14, 20:22, 21:5, 22:4, 23:21, 25:25, 32:12, 38:11, 39:13, 62:5, 68:5, 68:25, 72:13
**STATES** [4] - 1:1, 1:3, 1:11, 1:15
**status** [5] - 8:2, 13:20, 14:7, 23:13, 24:6
**statute** [3] - 29:9, 67:24, 69:18
**statutory** [2] - 29:14, 69:8
**stay** [1] - 38:24
**stayed** [2] - 32:18, 38:18
**Steal** [1] - 58:8
**step** [8] - 4:9, 4:13, 4:15, 4:18, 4:20, 4:23, 29:21, 58:17
**steps** [1] - 4:1
**Stevens** [1] - 64:5
**still** [6] - 16:12, 33:16, 36:1, 36:19, 45:22, 66:9
**stipulated** [1] - 54:8
**stolen** [5] - 40:6, 60:6, 60:20, 60:22, 61:4
**stop** [7] - 33:15, 36:24, 41:10, 42:19, 46:19, 47:7, 58:21
**Stop** [1] - 58:8
**stopping** [1] - 34:6
**strained** [1] - 58:9

Street [2] - 1:16, 1:19
**stringent** [1] - 50:12
**strip** [1] - 25:21
**strongly** [2] - 49:21, 49:23
**struggles** [1] - 63:8
**stuck** [2] - 17:1, 19:7
**submission** [1] - 40:24
**submit** [4] - 3:15, 18:1, 53:22, 55:18
**submitted** [2] - 63:4, 66:8
**substance** [3] - 67:17, 67:18, 67:20
**substantial** [1] - 64:23
**succeed** [1] - 49:23
**successful** [1] - 48:11
**suffer** [1] - 19:19
**suffered** [1] - 26:20
**sufficient** [3] - 30:23, 65:20, 66:1
**sufficiently** [1] - 22:19
**suggest** [2] - 63:23
**suggesting** [1] - 47:6
**suggestion** [1] - 47:13
**suggests** [1] - 43:12
**sum** [1] - 66:6
**summarize** [2] - 6:13, 27:1
**summarizes** [1] - 26:1
**summary** [1] - 57:7
**supervised** [7] - 28:25, 29:1, 29:5, 30:14, 66:20, 66:24, 68:16
**supervision** [3] - 67:9, 67:11, 67:14
**supplement** [3] - 5:3, 56:7, 57:6
**supplemental** [1] - 3:11
**support** [6] - 3:10, 23:14, 36:4, 42:25, 47:4, 66:8
**supported** [2] - 32:21, 49:25
**supporters** [1] - 32:7
**Supreme** [1] - 51:3
**surface** [1] - 25:19
**surprised** [1] - 32:10
**surrender** [1] - 70:10
**surrounded** [1] - 55:12
**survival** [1] - 33:9

survived [1] - 35:25
sustained [1] - 26:7
sweep [1] - 25:22
sworn [2] - 32:5,
44:14
system [1] - 54:20

**T**

table [1] - 2:13
technically [1] - 65:1
ten [8] - 44:23, 46:3,
46:4, 49:7, 51:6,
53:18, 53:21, 64:11
ten-year [3] - 46:3,
46:4, 51:6
tend [1] - 34:15
term [13] - 25:6, 28:5,
28:7, 28:8, 28:9,
28:11, 28:12, 29:1,
29:4, 52:19, 66:17,
66:20, 68:16
termination [1] -
69:5
terms [4] - 30:13,
63:23, 66:23, 66:24
terrace [5] - 39:18,
55:10, 55:17, 55:19,
59:1
testified [3] - 16:24,
58:11, 60:25
testify [1] - 48:2
testimony [2] - 41:16
testing [1] - 67:19
text [2] - 41:15,
63:21
that'll [1] - 49:15
THE [77] - 1:1, 1:10,
1:14, 1:16, 1:18, 2:1,
2:10, 2:19, 2:21, 3:19,
3:25, 5:11, 5:17, 5:20,
5:24, 5:25, 6:4, 6:5,
8:24, 9:2, 9:4, 9:12,
9:13, 9:15, 9:22, 9:25,
10:1, 10:4, 10:15,
11:5, 11:11, 11:22,
13:14, 14:13, 14:25,
15:9, 15:11, 15:14,
16:2, 17:23, 18:11,
18:18, 20:4, 20:17,
20:25, 27:15, 27:20,
27:24, 28:1, 29:18,
29:20, 30:1, 30:3,
31:17, 31:20, 37:14,
37:25, 43:18, 44:24,
54:7, 54:10, 55:1,
56:3, 56:13, 57:12,
57:14, 57:19, 57:20,
70:5, 70:7, 70:11,

70:13, 70:19, 70:23,
70:24, 70:25, 71:3
themselves [3] -
24:10, 51:9, 60:3
theory [2] - 18:9,
55:11
therefore [7] - 12:12,
12:13, 21:12, 23:8,
24:19, 27:7, 34:16
they've [1] - 44:24
thick [1] - 35:23
thinking [2] - 2:20,
43:7
third [2] - 4:15, 59:22
thoughtful [1] - 63:6
thousands [4] -
38:20, 50:22, 51:10,
55:17
threat [2] - 32:4,
45:10
threatening [1] -
64:22
three [8] - 8:23,
19:24, 21:7, 29:2,
29:3, 37:23, 48:21,
64:8
three-level [2] - 8:23,
21:7
throng [1] - 47:14
throughout [1] -
60:14
throwing [1] - 58:14
tired [1] - 33:20
today [10] - 3:18, 4:3,
5:4, 14:19, 35:6,
36:17, 37:2, 37:15,
44:19, 47:18
today's [2] - 4:5, 4:9
together [2] - 40:14,
50:24
took [6] - 32:11,
33:5, 41:2, 43:10,
44:13, 61:6
tool [1] - 25:9
total [12] - 8:5, 8:8,
8:14, 8:18, 9:3, 9:4,
9:8, 9:10, 27:9, 27:11,
67:3
touched [1] - 42:1
towards [1] - 45:9
trained [2] - 35:20,
59:20
TRANSCRIPT [1] -
1:10
transcript [2] - 72:5,
72:6
transfer [4] - 34:6,
41:10, 42:20, 45:11
treatment [4] -
53:12, 65:14, 69:3,

69:5
TREVOR [1] - 1:10
trial [11] - 12:17,
13:9, 19:12, 19:19,
39:21, 40:10, 42:17,
44:14, 48:12, 48:16,
54:9
trials [1] - 51:24
tried [5] - 17:23,
33:19, 35:8, 40:3,
59:10
Tristan [1] - 64:5
troubling [4] - 42:8,
42:9, 42:21, 61:16
true [2] - 72:4, 72:5
Trump [3] - 42:20,
44:23, 46:23
Trump's [1] - 47:3
trust [1] - 36:7
try [1] - 48:13
trying [12] - 19:9,
20:21, 33:9, 33:15,
37:8, 40:13, 58:15,
59:6, 59:24, 60:1,
60:2, 62:16
tunnel [37] - 11:2,
12:6, 12:19, 12:20,
13:25, 14:1, 14:2,
14:3, 14:12, 17:8,
17:14, 18:7, 18:22,
19:10, 19:14, 19:17,
32:23, 32:25, 33:25,
34:5, 38:21, 39:18,
39:19, 39:25, 40:9,
40:13, 40:15, 40:19,
41:3, 45:19, 47:15,
55:21, 59:1, 59:6,
59:10, 60:9, 60:10
turned [5] - 39:20,
46:11, 53:4, 53:6,
55:23
turning [10] - 4:23,
21:3, 21:19, 23:10,
24:21, 28:3, 28:13,
29:7, 45:4, 62:18
turns [2] - 33:6,
50:23
TV [1] - 35:21
two [14] - 12:12,
16:23, 19:22, 20:9,
20:10, 24:9, 26:24,
42:15, 51:24, 53:1,
57:4, 62:2, 63:11,
66:20
types [3] - 20:10,
31:12, 63:21

**U**

U.S [5] - 1:20, 25:25,
32:10, 68:18, 69:7
unable [2] - 66:2,
69:22
unchanged [2] -
27:2, 44:19
unclear [1] - 45:23
under [18] - 4:14,
7:14, 7:19, 8:9, 9:8,
14:3, 19:2, 22:16,
22:19, 25:17, 28:18,
29:9, 29:12, 29:15,
37:23, 42:4, 69:9
underlying [2] -
11:15, 13:13
undeterred [2] -
33:1, 44:22
unforgivable [1] -
45:7
unit [1] - 34:20
united [1] - 1:22
UNITED [4] - 1:1,
1:3, 1:11, 1:15
United [16] - 2:2, 2:8,
2:24, 4:14, 20:22,
21:5, 22:4, 23:21,
25:24, 32:12, 38:11,
39:13, 62:5, 68:5,
68:25, 72:13
units [3] - 8:12, 9:8,
27:8
unlawful [1] - 67:18
unlawfully [1] -
67:16
unless [2] - 11:3,
57:11
unlike [3] - 47:23,
62:13, 64:6
unpleasant [3] -
52:1, 52:7, 52:8
unpredictable [2] -
34:23, 59:15
unusual [2] - 25:13,
63:2
unwarranted [2] -
31:10, 64:1
up [11] - 16:24,
33:15, 34:1, 38:15,
38:16, 39:17, 40:1,
40:2, 46:1, 58:25,
70:15
updated [1] - 28:2
uphill [1] - 48:19
uphold [2] - 44:14,
62:4
upward [4] - 21:17,
37:21, 64:19, 65:4

upward-vary [1] -
65:4
USC [9] - 4:20,
22:16, 29:12, 30:22,
54:5, 67:3, 67:24,
69:8, 69:16
utilized [2] - 16:9,
16:20

**V**

valiantly [1] - 58:10
vantage [1] - 51:12
variance [6] - 21:17,
29:24, 37:18, 37:22,
43:21, 62:23
various [6] - 23:12,
23:20, 25:2, 25:4,
26:10, 40:7
vary [2] - 64:19, 65:4
vast [1] - 25:6
verbal [1] - 33:14
verdict [2] - 10:21,
12:22
versus [5] - 2:2,
20:7, 21:5, 22:4,
25:24
vice [1] - 47:9
Vice [2] - 47:10,
61:21
vicious [1] - 64:15
victim [12] - 3:15,
13:16, 14:6, 14:8,
20:18, 23:10, 23:19,
24:11, 24:19, 25:20,
26:7, 27:5
victim-related [1] -
27:5
victims [4] - 8:1,
23:20, 36:13
victims' [1] - 23:13
video [2] - 11:4,
45:22
view [4] - 21:21,
43:23, 50:12, 53:1
views [1] - 49:21
violation [3] - 4:7,
62:9, 69:11
violence [12] - 3:2,
3:4, 11:6, 13:24,
32:14, 33:16, 35:13,
47:7, 49:3, 59:2,
60:10
violent [9] - 32:19,
33:2, 35:2, 35:12,
35:18, 45:20, 46:11,
47:14, 55:23
violent-minded [1] -
47:14

**virtually** [2] - 48:8, 49:10
**visiting** [1] - 48:7
**voices** [1] - 36:2
**voluntary** [1] - 65:7
**vs** [1] - 1:5

# W

**waiving** [1] - 67:18
**walk** [1] - 52:1
**wall** [2] - 16:24, 19:8
**wants** [1] - 11:3
**warrant** [2] - 10:21, 62:23
**warranted** [1] - 44:18
**warrants** [2] - 11:21, 61:18
**washed** [1] - 60:11
**Washington** [5] - 1:6, 1:17, 1:19, 1:24, 72:14
**watch** [2] - 35:21
**waved** [1] - 39:20
**ways** [2] - 40:7, 51:17
**weakening** [1] - 34:16
**weapon** [23] - 14:15, 14:20, 15:2, 15:5, 15:10, 15:19, 15:24, 16:6, 16:7, 16:9, 17:16, 18:19, 19:1, 24:22, 25:6, 25:9, 25:11, 25:12, 25:16, 25:17, 25:19, 25:20, 26:4
**wearing** [1] - 33:11
**wedge** [2] - 40:22, 59:23
**week** [1] - 56:9
**weigh** [1] - 62:19
**west** [8] - 20:13, 39:13, 39:18, 55:10, 55:16, 55:19, 58:11, 58:25
**whatsoever** [1] - 49:11
**white** [1] - 33:10
**whole** [4] - 35:20, 35:21, 41:21, 59:20
**Wilhoit** [1] - 38:9
**William** [1] - 38:9
**wish** [7] - 4:16, 10:17, 13:16, 31:14, 37:11, 37:16, 43:19
**wishful** [1] - 2:20
**woefully** [1] - 65:17
**woman** [1] - 41:16

**women** [1] - 38:13
**Wooden** [1] - 25:24
**WOODWARD** [35] - 1:18, 1:18, 2:11, 2:16, 2:20, 3:24, 5:13, 5:19, 9:19, 10:2, 10:7, 10:19, 11:10, 11:12, 11:24, 13:18, 14:17, 15:4, 15:13, 16:5, 18:1, 27:25, 29:19, 30:2, 43:22, 45:2, 54:8, 54:11, 55:2, 56:4, 56:14, 57:13, 70:6, 70:15, 70:22
**Woodward** [13] - 2:12, 3:23, 5:11, 9:18, 16:3, 18:16, 27:24, 29:18, 30:1, 43:19, 63:17, 70:5, 70:13
**Woodward's** [1] - 65:16
**wore** [1] - 36:17
**workplace** [1] - 24:12
**works** [1] - 57:1
**worse** [1] - 52:8
**worth** [2] - 47:22, 55:15
**wounded** [1] - 34:16
**writ** [2] - 46:10, 47:24
**written** [2] - 36:9, 64:25

# Y

**year** [9] - 28:11, 29:5, 29:6, 46:3, 46:4, 51:6, 54:17, 66:21
**years** [19] - 28:6, 28:7, 28:9, 28:10, 29:2, 29:3, 29:8, 42:4, 42:7, 44:23, 48:21, 49:7, 52:20, 53:18, 53:21, 57:4, 63:11, 64:11, 66:20
**yelled** [1] - 33:13
**yelling** [1] - 58:15
**yesterday** [1] - 3:16
**yourself** [1] - 31:18
**yourselves** [1] - 2:6

# Z

**Zone** [1] - 29:10