IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> v. ) <br> ) <br> **FEDERICO GUILLERMO KLEIN,** ) <br> ) <br> **Defendant.** ) <br> ) | **Criminal No. 1:21-cr-00040-TNM-9** |

## NOTICE OF APPEARANCE

**To the Clerk of Court:**

**You are hereby notified that I appear for the Defendant indicated above in the entitled action. I am appearing as Retained,** *pro bono*.

Dated: September 10, 2024              Respectfully submitted,

                                                                    */s/ Peter G. Haller.*

                                                    Peter G. Haller (Pro Bono Counsel)

                                                    D.C. Bar No. 983101

                                                    312 Idleman Run Rd.
                                                    Davis, WV  26260
                                                    peterhaller@hillstrat.com
                                                    (551)-358-2943


                                                    *Counsel for Defendant Frederico Guillermo Klein*

**CERTIFICATE OF SERVICE**

On September 10, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties.

Dated: September 10, 2024                    Respectfully submitted,

_/s/ Peter G. Haller._

Peter G. Haller (Pro Bono Co-Counsel)

D.C. Bar No.983101

312 Idleman Run Rd.
Davis, WV  26260
peterhaller@hillstrat.com
(551)-358-2943

*Co-Counsel for Defendant Frederico Guillermo Klein*