# EXHIBIT A



U.S. Department of Justice

Matthew M. Graves
United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D Street, NW*
*Washington, D.C. 20530*

September 3, 2024

Mark J. Langer, Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001-2866

    Re:  *United States v. Couy Griffin*, No. 22-3042
           Oral argument held December 4, 2023, before Judges Pillard, Katsas, and Rogers

Dear Mr. Langer:

    Pursuant to Federal Rule of Appellate Procedure 28(j), the government writes to provide the Court with an updated list of related cases raising "the same or similar issues." D.C. Cir. R. 28(a)(1)(C). This list is provided to the best of the undersigned's knowledge.

    The question whether the "knowingly" *mens rea* in 18 U.S.C. § 1752(a)(1) requires knowledge of a Secret Service protectee's presence within the restricted area has been raised in the following cases:

- *United States v. Celentano*, No. 24-3016
- *United States v. Christie*, No. 23-3234
- *United States v. St. Cyr*, No. 23-3174
- *United States v. Strand*, No. 23-3083

In *Christie*, which is fully briefed and ready to be scheduled for argument, the government made the argument that the protectee's presence is a jurisdictional element, the argument that Griffin has argued is forfeited in this case. *See* 3/28/24 Letter, *United States v. Griffin*, No. 22-3042. The other cases have not yet been fully briefed.

The following cases are being held in abeyance pending a decision in this case:

- *United States v. Fitzsimons*, No. 23-3123
- *United States v. Mlynarek & Balhorn*, Consolidated Nos. 24-3040 & 24-3035
- *United States v. Rahm*, No. 23-3012
- *United States v. Rhine*, No. 23-3168
- *United States v. Roche*, No. 23-3094
- *United States v. Seefried*, No. 23-3024
- *United States v. Sheppard*, No. 23-3164

The question whether the evidence was sufficient to show that the Capitol and its grounds were still "restricted" when the defendant entered has been raised in *Christie, United States v. Ballenger & Price*, Consolidated Nos. 23-3198 & 23-3199, and *United States v. Doolin*, No. 23-3133.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

        CHRISELLEN R. KOLB
        Assistant United States Attorneys

        /s/
        DANIEL J. LENERZ
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC  20530

cc:    Lisa B. Wright, Esq.
       Assistant Federal Public Defender
       625 Indiana Avenue NW, Suite 550
       Washington, D.C. 20004