IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>FEDERICO GUILLERMO KLEIN, )<br>)<br>Defendant. )<br>) | Criminal No. 1:21-cr-00040-TNM-9 |

### NOTICE OF CORRECTION / ERRATA

Counsel inadvertently made the following minor errors and submits this Notice of Correction to ECF No. 819 for the Court:

At page 6, line 6, "Mr. Klein" should be replaced with "he".

At page 14, line 15, "p. 14" should be "p. 19."

Dated: September 11, 2024

Respectfully submitted,

_/s/ Peter G. Haller._

Peter G. Haller (Pro Bono Counsel)

D.C. Bar No. 983101

312 Idleman Run Rd.
Davis, WV  26260
peterhaller@hillstrat.com
(551)-358-2943

*Co-Counsel for Defendant Frederico Guillermo Klein*

1

**CERTIFICATE OF SERVICE**

On September 11, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties.

Dated: September 11, 2024	Respectfully submitted,

*/s/ Peter G. Haller.*

Peter G. Haller (Pro Bono Counsel)

D.C. Bar No.983101

312 Idleman Run Rd.
Davis, WV  26260
peterhaller@hillstrat.com
(551)-358-2943

*Co-Counsel for Defendant Frederico Guillermo Klein*