# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3218**                                    **September Term, 2024**

**1:21-cr-00040-TNM-8**

**Filed On: September 17, 2024** [2075092]

United States of America,

        Appellee

    v.

Steven Cappuccio,

        Appellant

## **M A N D A T E**

In accordance with the order of September 17, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Emily K. Campbell
       Deputy Clerk

Link to the order filed September 17, 2024.