# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3218**　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00040-TNM-8
　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00040-TNM-9

　　　　　　　　　　　　　　　　　　　　**Filed On:** September 17, 2024

United States of America,

　　　　Appellee

　　v.

Steven Cappuccio,

　　　　Appellant

------------------------------

Consolidated with 23-3225

## O R D E R

　　Upon consideration of appellant Steven Cappuccio's motion to dismiss appeal No. 23-3218 and the authorization in support thereof, it is

　　**ORDERED** that the motion be granted and No. 23-3218 be dismissed. See D.C. Cir. Rule 42. It is

　　**FURTHER ORDERED** that the consolidation of No. 23-3218 with No. 23-3225 be terminated.

　　The Clerk is directed to issue the mandate in No. 23-3218 forthwith.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Emily Campbell
　　　　　　　　　　　　　　　　　Deputy Clerk