IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> v. ) <br> ) <br> **FEDERICO GUILLERMO KLEIN,** ) <br> ) <br> **Defendant.** ) <br> ) | **Criminal No. 1:21-cr-00040-TNM-9** |

**JOINT CONSENT MOTION FOR LEAVE TO FILE AMENDED MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE UNDER 28 USC §2255, OR IN THE ALTERNATIVE, RELEASE PENDING APPEAL, AND EXTENSION OF TIME FOR GOVERNMENT TO RESPOND**

1. The parties jointly file this Consent Motion for Leave to Amend, and for an Extension of Time to Respond.

2. Defendant Federico Guillermo Klein, ("Mr. Klein" or "Federico Klein"), through undersigned counsel, hereby respectfully seeks Leave to Amend the Motion for Leave to File Amended Motion to Vacate, Set Aside or Correct Sentence Under 28 USC §2255, or in the Alternative, Release Pending Appeal. ECF 819.

3. Undersigned counsel for Mr. Klein inadvertently made multiple typos, and submits Exhibit A, attached hereto, to replace and to substitute the Motion To Vacate, Set Aside Or Correct Sentence Under 28 USC §2255, or in the Alternative, Release Pending Appeal, ECF 819.

4. Undersigned counsel has conferred with the government, counsel of record, Ashley Akers, who consents to Mr. Klein's Motion for Leave to Amend.

1

5. Additionally, the government seeks an additional time to respond to the Motion to Vacate, Set Aside or Correct Sentence Under 28 USC §2255, or in the Alternative, Release Pending Appeal. ECF 819.

6. Undersigned Counsel consent to the government's request for an additional for time, until October 7, 2024, to respond to ECF 819.

7. The government inadvertently incorrectly calendared the time to respond to ECF 819.

8. A proposed form of Order is attached for the Court.

9. It is therefore, jointly and respectfully requested that the Court grant the Motion for Leave to Amend ECF 819 with Exhibit A.

10. It is also, jointly, and respectfully requested that the Government's Response be now due on October 7, 2024, and Mr. Klein's Reply to any Opposition, would be now due on October 14, 2024.

Dated: September 26, 2024            Respectfully submitted,

                                                  */s/ Peter G. Haller.*

Peter G. Haller (Pro Bono Counsel)

D.C. Bar No. 983101

312 Idleman Run Rd.
Davis, WV  26260
peterhaller@hillstrat.com
(551)-358-2943

*Co-Counsel for Defendant Frederico Guillermo Klein*

**CERTIFICATE OF SERVICE**

On September 26, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties.

Dated: September 26, 2024                Respectfully submitted,

                           */s/ Peter G. Haller.*

Peter G. Haller (Pro Bono Counsel)

D.C. Bar No.983101

312 Idleman Run Rd.
Davis, WV  26260
peterhaller@hillstrat.com
(551)-358-2943

*Co-Counsel for Defendant Frederico Guillermo Klein*