IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | **Criminal No. 1:21-cr-00040-TNM-9** |
| v. | ) ) |  |
| **FEDERICO GUILLERMO KLEIN,** | ) ) |  |
| **Defendant.** | ) ) |  |

## ORDER

Upon consideration of the Joint Consent Motion for Leave to Amend the Motion for Leave to File Exhibit A, the Amended Motion and Memorandum of Points and Authorities to Vacate, Set Aside or Correct Sentence Under 28 USC §2255, or in the Alternative, Release Pending Appeal, ECF 819, is hereby granted. It is Ordered that Exhibit A is now ECF 819.

Upon consideration of the Joint Consent Motion for an Extension of Time, the Government's Response to ECF 819 is now due on October 7, 2024, and Mr. Klein's Reply to any Opposition, would be now due on October 14, 2024.

_____
The Hon. District Judge Trevor N. McFadden
United States District Court Judge

*Copies to all Counsel via ECF*

1