UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-40 (TNM) |
| v. : | |
| : | |
| FEDERICO KLEIN, : | |
| : | |
| Defendant. : | |

## MOTION FOR TWO DAY EXTENSION

The United States of America hereby moves this Court for a 2-day extension of time to file our response to the defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, or in the alternative, release pending appeal, ECF No. 822-1.

The government's motion is currently due today, on October 7, 2024. Undersigned counsel arrived in San Francisco today on work travel. Since her arrival, undersigned counsel has been unable to access the VPN connection in order to access her files with the United States Attorney's Office. Although undersigned counsel has contacted the IT department for assistance, by the time the issue arose when undersigned counsel arrived in San Francisco, it was after hours in Eastern Standard Time. Because it appears that undersigned counsel will not be able to access the draft response to the defendant's motion and finalize and file it by the deadline, tonight, as previously anticipated, we respectfully ask for a two-day extension of time to file our response. A two-day extension of time is necessary because undersigned counsel will be in court during business hours tomorrow and will have limited availability to resolve the pending issue with the IT department. We respectfully request a two-day extension of time for defendant's reply as well.

The undersigned has conferred with counsel for the defendant regarding this motion and counsel has indicated that they consent to this motion.

1

WHEREFORE, the government respectfully requests that this Court grant the requested extension and enter the above-noted briefing schedule.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:    */s/ Ashley Akers*
       ASHLEY AKERS
       MO Bar No. 69601
       Trial Attorney (Detailed)
       United States Attorney's Office
       601 D Street, N.W.
       Washington, DC 20001
       Phone: (202) 353-0521
       Email: Ashley.Akers@usdoj.gov