IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>v.                                                           )<br>)<br>FEDERICO GUILLERMO KLEIN,  )<br>)<br>Defendant.                                    )  | Criminal No. 1:21-cr-00040-TNM-9 |

### NOTICE OF CORRECTION / ERRATA

Counsel inadvertently made the following error and submits this Notice of Correction to ECF No. 827 for the Court:

At page 6, line 6-7 of ECF No. 827, in our argument against the Government's claim that we are before two forums at the same time, we incorrectly represented that "outside of noticing of the appeal, no filings have yet to be scheduled".

We have since learned that Mr. Woodward filed an opening brief in docket 23-3225 prior to our filing of Mr. Klein's motion to vacate. After review of the opening brief, only a limited part of the opening brief and the motion to vacate share any overlap. The circumstances of overlap include:

1) seeking the vacatur of the conviction under §1512(c)(2), where we understand, based on conversations with the Government, that the Government will move to vacate the conviction under §1512(c)(2).

2) the vacatur of the share of the upward variance arising from USSG §2J1.2(b)(1)(B) and §2J1.2(b)(2).

1

There is no further overlap between these two forums despite many other issues raised in the motion to vacate.

Dated: October 21, 2024 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Peter G. Haller.*

　　　　　　　　　　　　　　　　　　Peter G. Haller (Pro Bono Counsel)

　　　　　　　　　　　　　　　　　　D.C. Bar No. 983101

　　　　　　　　　　　　　　　　　　312 Idleman Run Rd.
　　　　　　　　　　　　　　　　　　Davis, WV  26260
　　　　　　　　　　　　　　　　　　peterhaller@hillstrat.com
　　　　　　　　　　　　　　　　　　(551)-358-2943

　　　　　　　　　　　　　　　　　　*Co-Counsel for Defendant Frederico Guillermo Klein*

**CERTIFICATE OF SERVICE**

On October 21, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties.

Dated: October 21, 2024                     Respectfully submitted,

*/s/ Peter G. Haller.*

Peter G. Haller (Pro Bono Counsel)

D.C. Bar No.983101

312 Idleman Run Rd.
Davis, WV  26260
peterhaller@hillstrat.com
(551)-358-2943

*Co-Counsel for Defendant Frederico Guillermo Klein*