IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FEDERICO GUILLERMO KLEIN,<br><br>Defendant. | )<br>)<br>)  Criminal No. 1:21-cr-00040-TNM-9<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR LEAVE TO FILE A SUPPLEMENT TO THE AMENDED MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE UNDER 28 USC §2255, OR IN THE ALTERNATIVE, RELEASE PENDING APPEAL, AND MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Federico Guillermo Klein, ("Mr. Klein" or "Federico Klein"), through undersigned counsel, hereby respectfully files this Consent Motion for Leave to Supplement the Motion to Vacate, Set Aside and Correct his Sentence under 28 USC §2255, or in the alternative, pursuant to 1343(b) of Title 18 of the United States Code.

1. The Circuit Court ruled on *United States v. Couy Griffi,* Docket No. 22-3042 (D.C. Cir. Oct. 22, 2024).

2. Mr. Klein cited the anticipated decision in his Motion to Vacate, Set Aside and Correct his Sentence under 28 USC §2255, or in the alternative, pursuant to 1343(b) of Title 18 of the United States Code. (ECF 819, and Corrected Motion at ECF 822).

3. Mr. Klein seeks to clarify the application to his circumstances and facts, now that the Circuit Court of Appeals for the District of Columbia has issued its decision.

4. The Government consented to Mr. Klein's Motion for Leave to file a Supplement regarding the recently issued *United States v. Couy Griffin* decision.

5. The Supplement is incorporated and attached.

1

Dated: October 28, 2024                Respectfully submitted,

                                          */s/ Peter G. Haller.*

Peter G. Haller (Pro Bono Counsel)

D.C. Bar No. 983101

312 Idleman Run Rd.
Davis, WV  26260
peterhaller@hillstrat.com
(551)-358-2943

*Co-Counsel for Defendant Frederico Guillermo Klein*

**CERTIFICATE OF SERVICE**

On October 28, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to the following registered parties.

Dated: October 28, 2024                    Respectfully submitted,

                                                                         */s/ Peter G. Haller.*

                                                           Peter G. Haller (Pro Bono Counsel)

                                                           D.C. Bar No.983101

                                                           312 Idleman Run Rd.
                                                           Davis, WV  26260
                                                           peterhaller@hillstrat.com
                                                           (551)-358-2943

                                                           *Co-Counsel for Defendant Frederico Guillermo Klein*