IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| v. | ) ) | **Criminal No. 1:21-cr-00040-TNM-9** |
| **FEDERICO GUILLERMO KLEIN,** | ) ) | |
| **Defendant.** | ) ) ) | |

### DEFENDANT FEDERICO KLEIN'S SUPPLEMENT

*U.S. v. Couy Giffin* impacts Mr. Klein's Motion to Vacate in the decision in *United States v. Couy Griffin*, as explained by the Court of Appeals as follows:

> §§ 1752(a)(1)-(5). Subsection (b) provides for criminal penalties, including imprisonment or a fine, or both, for those who violate subsection (a). Id. § 1752(b). **The offense is punishable as a misdemeanor, id. § 1752(b)(2), unless a deadly or dangerous weapon is used or significant bodily injury results, in which case it may be punished as a felony**, id. § 1752(b)(1).

Docket No. 22-3042 (D.C. Cir. Oct. 22, 2024) at p. 5.

Mr. Klein was convicted with two felonies under §1752(a)(2) and §1752(a)(4), yet this court denied both the dangerous weapon enhancement and the bodily injury enhancement. (Sentencing Hearing Transcript, at p. 26, Nov. 3, 2023).

*U.S. v. Couy Griffin* makes clear that Mr. Klein did not commit these two felonies for which he was convicted, as he should have received a misdemeanor, since he was not found to have a deadly or dangerous weapon or to have committed bodily injury. The Circuit Court's explanation above makes clear the failure to adjust downward the two charges under §1752 that Mr. Klein was sentenced under. We ask the court to correct his sentence accordingly.

1

Dated: October 28, 2024               Respectfully submitted,

                                      <u>    /s/ Peter G. Haller.         </u>

                                      Peter G. Haller (Pro Bono Counsel)

                                      D.C. Bar No. 983101

                                      312 Idleman Run Rd.
                                      Davis, WV  26260
                                      peterhaller@hillstrat.com
                                      (551)-358-2943

                                      *Co-Counsel for Defendant Frederico Guillermo Klein*