IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 1:21-cr-00040-TNM-9** |
| **v.** ) | |
| ) | |
| **FEDERICO GUILLERMO KLEIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Federico Klein's Consent Motion for Leave to File a

Supplement to the Amended Motion to Vacate, Set Aside or Correct Sentence Under 28 USC

§2255, or in the Alternative, Release Pending Appeal, ECF 819 and ECF 822, the Motion for

Leave to file the Supplement is hereby granted, and is hereby deemed filed.

_____
The Hon. District Judge Trevor N. McFadden
United States District Court Judge

*Copies to all Counsel via ECF*

1